AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

Eastern District of Kentucky
**FILED**
MAR 19 2019
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Daniel Scott Nantz | ) | Case No. |
| | ) | 6:19-MJ-6017-HAI |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __1/1/2018 through 10/10/2018__ in the county of __Whitley County__ in the __Eastern__ District of __Kentucky__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C. § 846 | Conspiracy to Distribute a Mixture or Substance Containing Methamphetamine, a Schedule II Controlled Substance |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Richard A. J. Dalrymple, TFO, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **3/19/19**

*Judge's signature*

City and state: London, Kentucky    Hanly A. Ingram, U.S. Magistrate Judge
*Printed name and title*