UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
**FILED**
MAR 21 2019
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 6:19-cr-16-REW
21 U.S.C. § 846

DANIEL S. NANTZ

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

Beginning on or about January 1, 2018, the exact date unknown, and continuing through on or about October 10, 2018, in Whitley County, in the Eastern District of Kentucky, and elsewhere,

**DANIEL S. NANTZ**

did conspire with others to knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

A TRUE BILL

_____
FOREPERSON

/s/ Robert M. Duncan, Jr.
ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

## PENALTIES

Not less than 5 years and not more than 40 years imprisonment, not more than a $5,000,000 fine, and at least 4 years of supervised release.

**PLUS:**     Mandatory special assessment of $100.

**PLUS:**     Restitution, if applicable.