**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON**

Eastern District of Kentucky
**FILED**

MAR 2 1 2019

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 6:19-16-REW

**UNITED STATES OF AMERICA**                                **PLAINTIFF**

V.                **NOTICE BY UNITED STATES
REGARDING RELATED PROSECUTIONS**

**DANIEL S. NANTZ**                                      **DEFENDANTS**

\* \* \* \* \*

This criminal action is related to *United States v. Derwin Julien*, London, Criminal Action No. 6:18-CR-62, which is assigned to Judge Robert E. Wier.

Respectfully submitted,

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

By: _____
/Jenna E. Reed
Assistant United States Attorney
601 Meyers Baker Rd.
London, Kentucky 40741
(606) 330-4829
jenna.reed@usdoj.gov