# UNITED STATES DISTRICT COURT

## EASTERN    DISTRICT OF    KENTUCKY (SOUTHERN DIV)

UNITED STATES OF AMERICA
V.
DANIEL SCOTT NANTZ, aka Daniel S. Nantz

**EXHIBIT AND WITNESS LIST**

Case Number:  6:19-CR-16-1-REW-HAI

| PRESIDING JUDGE HANLY A. INGRAM | PLAINTIFF'S ATTORNEY JENNA REED | DEFENDANT'S ATTORNEY B.J. FOLEY, JR. |
|---|---|---|
| TRIAL DATE (S) Detention Hrg 3/26/19 | COURT REPORTER AUDIO FILE NUMBER | COURTROOM DEPUTY SHEILA DOUGLAS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W-1 | | 3/25/2019 | | | WITNESS:  Special Agent ATF Todd Tremaine |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.