**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION - LONDON
CASE NO. 6:19-CR-16-REW**
*ELECTRONICALLY FILED*

UNITED STATES OF AMERICA,                                                                           PLAINTIFF,

VS.

DANIEL S. NANTZ,                                                                                          DEFENDANT.

**MOTION TO DESIGNATE CASE AS COMPLEX AND TO CONTINUE JURY TRIAL**

Comes now the Defendant, Daniel S. Nantz, by and through the undersigned counsel, and respectfully moves this Honorable Court to designate the foregoing case as complex and to continue the jury trial currently scheduled for Monday, September 30, 2019, and to also continue all pretrial deadlines in conformity to the new jury trial date for the reasons set forth below:

1) The foregoing case is set for a three-day jury trial on Monday, September 30, 2019.

2) At the time the trial date was set, Defendant was under a one count indictment for conspiracy to distribute 50 grams or more of a mixture or substance containing a detectable amount methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846. The statutory penalty is not less than 5 years and not more than 40 years imprisonment.

3) On Wednesday, July 24, 2019, a seven (7) count superseding indictment was returned wherein one (1) count is for the alleged murder of Geri D. Johnson. The statutory penalty is Death or not less than Life. Defendant has reason to believe the Government is seeking approval for the death penalty.

4) On Monday, July 29, 2019, undersigned delivered the Government an external hard drive for additional discovery that is voluminous.

5) Given that thorough and effective review of discovery is critical in preparing a defense, undersigned requires more time to obtain and review any additional discovery pertaining to the superseding Indictment.

6) Therefore, the ends of justice outweigh the interest of the public and the Defendant in a speedy trial and a continuance is warranted.

7) That based on the voluminous amount of discovery still outstanding, serious nature of the alleged offense, statutory penalty and complex legal and factual issues the Defendant is moving this Honorable court to designate this case as complex.

8) Defendant is currently in custody and the United States would not be prejudiced by a continuance of the trial.

9) Undersigned counsel has personally conferred with the Defendant and has explained his Constitutional Right to a speedy trial and his rights under the Speedy Trial Act, 18, U.S.C. § 3161.  Defendant knowingly, voluntarily, and intelligently concurs with this request to continue the jury trial.

10) Although this is Defendant's third request to continue the trial, it is not made for the purpose of undue delay or lack of diligent preparation.

11) Proceeding to trial as scheduled would deny defense counsel reasonable time necessary for effective preparation.

WHEREFORE, Defendant respectfully requests an order continuing the trial and resetting pretrial deadlines in conformity to the new trial date.

Respectfully submitted,

/s/ B.J. Foley, Esq.
B.J. Foley, Esq.
*Croley, Foley & Cessna*
Telephone: (606) 549-8093
Facsimile: (606) 549-8113
Counsel for Defendant, Daniel S. Nantz

## CERTIFICATE OF SERVICE

     I hereby certify that on July 30, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will electronically forward a copy of the foregoing to all Counsel of Record.

/s/ B.J. Foley, Esq.
B.J. Foley, Esq.
Counsel for Defendant, Daniel S. Nantz