UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 6:19-CR-16-REW-HAI |
| | ) | |
| v. | ) | CLARIFYING ORDER |
| | ) | |
| DANIEL SCOTT NANTZ, | ) | |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

This order is to clarify that the supplement described at Docket Entry 52 may be filed *ex parte*.

This the 15th day of August, 2019.

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge