# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### LONDON

**CRIMINAL NO:** **6:19-CR-16-REW-HAI**

**UNITED STATES OF AMERICA**            **PLAINTIFF**

**VS.**          **DISCOVERY RECEIPT**

**DANIEL NANTZ**            **DEFENDANT**

This is to certify discovery in the above-styled case which was provided via e-mail on April 2, 2019.  Please sign and return to the U.S. Attorney's Office to confirm receipt.

| ITEM | DESCRIPTION |
|------|-------------|
| ATF Investigation | ROI 37 – Redacted |
| | ROI 15 – Redacted |
| | ROI 29 – Redacted |
| | ROI 32 – Redacted |
| | Geri Johnson ROI 3 – Redacted |
| | IMG 6048 |
| | ROI 2 – Redacted |
| | ROI 38 – Redacted |

Pursuant to Rule 16(b)(1)(A),(B), and (C), the United States requests the defendant provide the following:

1. Inspect and copy or photograph books, papers, documents, photographs, tangible objects, or copies or portions thereof, which are in the possession, custody, or control of the defendant and which the defendant intends to introduce as evidence in chief at trial.

2. Inspect and copy or photograph any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with the particular case, or copies thereof, within the possession or control of the defendant, which the

defendant intends to introduce as evidence in chief at the trial or which were prepared by a witness whom the defendant intends to call at the trial when the results or reports relate to that witness's testimony.

3.   Disclose a written summary of testimony the defendant intends to use under Rules 702, 703, and 705 of the Federal Rules of Evidence as evidence at trial.   This summary must describe the opinions of the witnesses, the bases and reasons therefor, and the witness's qualifications.


|  |  |
|---|---|
| _____4/2/2019_____ | //Jenna E. Reed / by JLW_____ |
| DATE | Jenna E. Reed |
|  | Assistant U.S. Attorney |


|  |  |
|---|---|
| _____4-4-19_____ | _____ |
| DATE | Burley J. Foley |
|  | Attorney for Daniel Nantz |