UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL NO: **6:19-CR-16-REW-HAI**

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                                    DISCOVERY RECEIPT

DANIEL NANTZ                                                          DEFENDANT

This is to certify discovery in the above-styled case which was provided via thumb drive on May 22, 2019. Please sign and return to the U.S. Attorney's Office to confirm receipt.

| ITEM | DESCRIPTION |
|---|---|
| **Facebook Search Warrant Results** | A▮ ▮<br>B▮ ▮<br>d.▮<br>d▮<br>D▮ ▮<br>G▮ ▮<br>H▮ ▮<br>L▮ ▮<br>L▮ ▮<br>M▮ ▮<br>T▮ ▮<br>T▮ ▮ |
| **Facebook Search Warrant Screenshots** | B▮ H▮<br>266 pdf images<br>269 pdf mages<br>D▮ M▮<br>37 pdf images<br>D▮ M▮<br>20 pages, pdf<br>D▮ C▮<br>53 pdf images<br>D▮ ▮ |

|  | 66 pdf images<br>H█████ J█████<br>79 pdf<br>185 pdf images<br>J███ J█████<br>79 pdf images<br>J█████<br>32 pdf images<br>L█████ C█████████<br>197 pdf images<br>R█████ L█████<br>40 pdf images<br>T█████ W█████<br>112 pdf images<br>T█████ H█████<br><ul><li>41 pdf images</li></ul>**March 20 screenshots**<ul><li>13 pdf images</li></ul> |
|---|---|
| **ATF Investigation** | **ROI 14** – Witness V Interview<br>**ROI 15** – Rec of Information (KSP Arrests)<br>**ROI 16** – Witness D Interview<br>**ROI 21** – Witness AAA Interview<br>**ROI 24** – Witness YY Interview<br>**ROI 30** – Witness D Interview<br>**ROI 32** – Witness V Proffer<br>**ROI 37** – Witness Q Interview<br>**ROI 38** – Witness R Interview<br>**ROI 39** – Witness O Interview<br>**ROI 66** – Witness O Interview<br>**ROI 75** – Witness R PROFFER<br>**ROI 86** – Daniel Nantz Interview |

Pursuant to Rule 16(b)(1)(A),(B), and (C), the United States requests the defendant provide the following:

1. Inspect and copy or photograph books, papers, documents, photographs, tangible objects, or copies or portions thereof, which are in the possession, custody, or control of the defendant and which the defendant intends to introduce as evidence in chief at trial.

2. Inspect and copy or photograph any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with the particular case, or copies thereof, within the possession or control of the defendant, which the defendant intends to introduce as evidence in chief at the trial or which were prepared by a witness whom the defendant intends to call at the trial when the results or reports relate to that witness's testimony.

3. Disclose a written summary of testimony the defendant intends to use under Rules 702, 703, and 705 of the Federal Rules of Evidence as evidence at trial. This summary must describe the opinions of the witnesses, the bases and reasons therefor, and the witness's qualifications.

_5/22/19_____  _Jenna Reed /dw_____
DATE                          Jenna E. Reed
                              Assistant U.S. Attorney

_____    _Burley Foley by Sunder J Taylor_
DATE                          Burley J. Foley
                              Attorney for Daniel Nantz