# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## LONDON

**CRIMINAL NO: 6:19-CR-16-REW-HAI**

**UNITED STATES OF AMERICA**                                  **PLAINTIFF**

**VS.**                          **SUPPLEMENTAL DISCOVERY RECEIPT**

**DANIEL NANTZ**                                              **DEFENDANT**

This is to certify discovery in the above-styled case which was provided via external hard drive on August 9, 2019. If you cannot access any of these files or believe you are entitled to additional discovery, please let us know. Please sign and return to the U.S. Attorney's Office to confirm receipt.

| ITEM | DESCRIPTION |
|---|---|
| NANTZ PHONE | AccountPackage<br>CellebriteReader.exe<br>Samsung SM-G965U Samsung Galaxy A_... |
| FBI Analysis of NANTZ PHONE | Hash.txt<br>Physical Advanced Boot Loader Samsung GSM SM-G965U Galaxy S9+ 2019_06_18 (001).zip<br>Read Me.txt |
| Amelia Jo Johnson | .MP4 video<br>Jpg image |
| B██████ Phone | 1 pdf image |
| CAC Interview Summaries | • B██████ ██terview Summar<br>• C██████ ██ Interview Summary<br>• Cumberland Valley Children's Advocacy Reports |
| Daniel Nantz Phone Records Supplied by DEA | 606-595-7333 CALL REPORT.pdf<br>606-595-7333 FREQUENCY REPORT.pdf<br>606-765-3648 Call Report.xlsx<br>606-765-3648 Frequency.pdf<br>SubscriberInformation_10337777_2019_03_18_15_19_10.259.csv |

| | |
|---|---|
| Defendant Statements | ♪ Daniel Nantz at scene.WMA<br>♪ Daniel Nantz at traffic stop.WMA<br>♪ Daniel Nantz follow up.WMA<br>♪ Daniel Nantz string.WMA |
| D_____<br>Investigation | Attempted Call to Nantz (MP3 audio // :47 sec.<br>JPG  Screenshot of Phone<br>DEA Lab Report (2018-SFL3-06077) |
| G_____ Phone<br>Records | 📄 606-765-0577 Call Report.pdf<br>📄 606-765-0577 Frequency Report.pdf<br>📊 SubscriberInformation__10525003_2019_04_19_09_45_23.978.csv |
| Geri Johnson Cellular<br>Dump | Jeri Bays Cell Phone Report    8/7/2019 9:45 AM<br>Jeri Bays Physical Extraction Files    8/7/2019 9:45 AM<br>Jeri Bays Sim and SD Card Extraction F...    8/7/2019 9:45 AM<br>Jeri Bays SIM and SD Card Report    8/7/2019 9:46 AM<br>NantzSIM    4/22/2019 6:39 PM |
| Hospital Files | ⚠ 3.16.19 gun shot ER circle.avi<br>⚠ 3.16.19 gun shot.avi |
| K_____ Facebook | 101 pdf images of Facebook screenshots |
| K_____ Facebook<br>Audio Messages | .MOV video file //:37<br>.MOV video file //:11<br>.MOV video file //:15<br>.MOV video file //:22<br>.MOV video file //:06 |
| KSP Report Redacted | • Crime Scene Log<br>• Case Report |
| KSP Supplement | **Cameras from Residence**<br>1. 📁 Android 📁 DCIM 📁 LOST.DIR 📄 time set.txt<br>2. 📁 DCIM 📄 time set.txt<br>**ME Amelia Johnson Photos**<br>• 13 pdf photos<br>**X-Rays**<br>• **Amelia Johnson**<br>  📁 DICOM 📁 IHE_PDI 📁 OTHER 📄 DICOMDIR 🌐 INDEX.HTM 📄 README.TXT<br>• **Geri Johnson** |

| | |
|---|---|
| | 📁 DICOM<br>📁 IHE_PDI<br>📁 OTHER<br>📄 DICOMDIR<br>🌐 INDEX.HTM<br>📄 README.TXT<br>• Cabinet for Health and Family Services Assessment<br>• Case Supplement<br>• DCBS K▮▮▮▮▮ (parts 1 & 2) |
| | |
| Laurel Co. Det. Center Message | • 1 jpg image (Rains/Cox) |
| Laurel Co. Det. Center Calls | • [MP3 8:51]<br>• [MP3 :05]<br>• PDF File list<br>• TXT file |
| Laurel Co Det. Center Tablet Visit | • [MP4 8:46] ▮▮▮ /Geri Johnson<br>• [MP4 2:50] ▮▮ /A▮▮▮ |
| Monday Photos | 12 pdf photos |
| Nantz Call Information | 606-595-7333 Call Report<br>606-595-7333 Call Frequency<br>Subscriber Information |
| Nantz Domestic Violence | • B▮▮▮ OL<br>• B▮▮▮ (11-D-50053 – Whitley)<br>• K▮▮ OL<br>• K▮▮ (10-M-50042 – Whitley)<br>• K▮▮ 2 (10-D-50002 – Whitley)<br>• Laurel Co EPO (08-D-217)<br>• Misdemeanor Conviction – 10-M-50014 (Laurel) |
| Pictures | • 2nd SW on Nantz Residence – 38 photos<br>• Autopsy<br>  Geri Johnson – 50 photos<br>  ME – 114 photos<br>• Clothes – 23 photos<br>• Further Investigation – 23 photos<br>• M▮▮▮ s Phone – 21 photos<br>• Scene – 253 photos<br>• Taurus Box – 3 photos<br>• Towing (69 photos) & William Nantz Home SW (72 photos)<br>• Traffic Stop (39 photos)<br>• Truck SW (95 photos) |
| ATF Investigation | **ROI 14 – Witness V Interview** |

| | |
|---|---|
| | **ROI 16** – Witness D Interview<br>**ROI 17** – Witness TT Interview<br>**ROI 21** – Witness AAA Interview<br>**ROI 24** – Witness YY Interview<br>**ROI 30** – Witness D Interview<br>**ROI 31** – Witness SS Proffer<br>**ROI 32** – Witness V Proffer<br>**ROI 66** – Witness O Interview<br>**ROI 69** – Witness FF Interview<br>**ROI 70** – Witness EE Interview<br>**ROI 71** – Witness DD Interview<br>**ROI 73** – Witness BB & CC Interview<br>**ROI 74** – Witness AA Interview<br>**ROI 75** – Witness R Proffer<br>**ROI 77** – Witness Z Interview<br>**ROI 79** – Witness Y Interview<br>**ROI 84** – Witness X Interview<br>**ROI 85** – Witness W Interview<br>**ROI 86** – Daniel Nantz Interview<br>**ROI 87** – Witness U Interview<br>**ROI 88** – Witness T Interview<br>**ROI 89** – Witness LLL Interview<br>**ROI 91** – Witness Q Interview<br>**ROI 94** – Witness NNN Interview<br>**ROI 95** – Witness OOO Interview<br>**ROI 97** – Witness QQQ Interview<br>**ROI 98** – Witness RRR Interview<br>**ROI 99** – Witness SSS Interview<br>**ROI 100** – Witness LLL Interview<br>**ROI 101** – Witness III Proffer Interview<br>**ROI 102** – Witness TTT Interview<br>**ROI 103** – Witness UUU Interview<br>**ROI 106** – Witness AA Interview<br>**ROI 107** – Witness WW Interview<br>**ROI 109** – Geri Johnson SW Execution |
| Warrants | **FACEBOOK WARRANTS**<br>Geri Bays 54<br>Jason White<br>Love.And.Loyalty (Geri)<br>Nantz<br>Geri Bays SW Packet |

|  | Geri Bays SW Packet – 19-6045M |
|---|---|
|  | Nantz12 SW Packet |
|  | Nantz12 Application |
|  | White SW Packet |
|  | **MISC** |
|  | Baptist Health Corbin |
|  | SW & Consent Forms |
|  | Phone SW & Affidavit |
| KSP Supplement | Nantz KSP Supplement – Logan Howell |
| 911 call | .WAV [4:32 min] |
|  | .WAV [18:53] |
|  | .TXT |
| MISC | • ATF Trace Results |
|  | • B⬛⬛⬛ Screenshots |
|  | • CAD Incident Detail |
|  | • Coroner & Medical Examiner Reports |
|  | • Geri – Daniel Text Thread |
|  | • Phone Tolls |
|  | • Property Forms |

2580

Pursuant to Rule 16(b)(1)(A),(B), and (C), the United States requests the defendant provide the following:

1. Inspect and copy or photograph books, papers, documents, photographs, tangible objects, or copies or portions thereof, which are in the possession, custody, or control of the defendant and which the defendant intends to introduce as evidence in chief at trial.

2. Inspect and copy or photograph any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with the particular case, or copies thereof, within the possession or control of the defendant, which the defendant intends to introduce as evidence in chief at the trial or which were prepared by a witness whom the defendant intends to call at the trial when the results or reports relate to that witness's testimony.

3. Disclose a written summary of testimony the defendant intends to use under Rules 702, 703, and 705 of the Federal Rules of Evidence as evidence at trial. This summary must describe the opinions of the witnesses, the bases and reasons therefor, and the witness's qualifications.

_8/9/19_
DATE

_Jenna Reed /JW_
Jenna E. Reed
Assistant U.S. Attorney

_8/9/19_
DATE

_Burley Foley KJW_
Burley J. Foley
Attorney for Daniel Nantz