IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) No. 6:19-CR-0016-REW-HAI |
| | ) |
| DANIEL SCOTT NANTZ | ) |

**DEFENDANT'S REPLY TO THE GOVERNMENT RESPONSE
IN OPPOSITION TO PRE-AUTHORIZATION DISCOVERY**

NOW COMES Defendant, Daniel S. Nantz, by and through undersigned counsel and in reply to the Government's Opposition to Pre Authorization Discovery requests this Court to hold the Defendant's Motion for Pre-Authorization Discovery in abeyance for thirty (30) days after the issuance of a second protective order and in support thereof states:

1. On October 29, 2019, counsel filed a Motion for Pre-Authorization Discovery.

2. On November 12, 2019, the Government filed a response in opposition to that motion. However, on November 13, 2019, the Government filed a Second Motion for Protective Order. The Government has indicated that they will be providing additional discovery following the issuance of a second protective order.

3. Once a second protective order is issued, the Government will need time to provide this additional discovery and counsel for the Defendant will need a period of time to review this additional discovery.

4. Defendant's Motion for Pre-Authorization Discovery may be rendered moot by the production of this additional discovery.

**WHEREFORE**, Defendant requests that this Court hold the Defendant's Motion for Pre-

1

Authorization Discovery in abeyance for thirty (30) days following the issuance of a second protective order.

                                               Respectfully submitted,

                                               _____/s/_____
Gary E. Proctor
Bar Roll Number 27936
The Law Offices of Gary E. Proctor, LLC
8 E. Mulberry St.
Baltimore, MD 21202
Tel:    410-444-1500
Fax:   443-836-9162
garyeproctor@gmail.com

                                               _____/s/_____
Paul K. Croley II
Law Offices of Croley
Foley & Cessna
West Short Street, Suite 820
Lexington, KY 40507
(859) 367-0050
Paul.Croley@kylegal.com

                                               _____/s/_____
BJ Foley, Jr.
Law Offices of Croley
Foley & Cessna
West Short Street, Suite 820
Lexington, KY 40507
(859) 367-0050
BJ.Foley@kylegal.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2019, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send notice to counsel of record.

                                               _____/s/_____
Gary E. Proctor