# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY

| | | | |
|---|---|---|---|
| **UNITED STATES** | * | | |
| | * | | |
| v. | * | Case No.: | 6:19-CR-16-REW-HAI |
| | * | | |
| **DANIEL S. NANTZ** | * | | |

## DEFENDANT'S STATUS REPORT

COMES NOW the Defendant, Daniel S. Nantz, by and through his counsel Gary E. Proctor, Paul Crolley and B.J. Foley and respectfully represents the following to the Court:

1.  In ECF 88 this Court ordered that "the Defendant SHALL file a status report concerning the issues raised in the motion for discovery..." by today's date. Accordingly, this report follows.

2.  In short: we are not asking the Court to rule on the motion for discovery at this time. Since the filing of the motion, the Government has provided us (pursuant to this Court's protective order) a fully unredacted copy of the ROI's. It has additionally provided us with some Criminal History Reports and the audio of one of Defendant's statements.

3.  While, to be sure, some things are outstanding, we continue to have an open dialogue and are working diligently towards resolving these issues. By way of examples: the Parties conducted an evidence review of all physical evidence on December 11, 2019, which took approximately three (3) hours. The following day, December 12, 2019, Mr. Proctor contacted Government counsel regarding outstanding medical record discovery.

4.  At this time the defense is not asking the Court to rule on ECF 76, given the willingness of the Parties to resolve outstanding discovery amongst themselves. We ask that you hold ECF 76 *sub curia* pending further request of the Defendant.

Respectfully Submitted,

_____/s/_____

Gary E. Proctor
Bar Roll Number 27936
Law Offices of Gary E. Proctor, LLC
8 E. Mulberry Street
Baltimore, Maryland 21202
Tel:    410.444.1500
Fax:    443.836.9162


_____/s/_____
Paul K. Croley II
Law Offices of Croley
Foley & Cessna
West Short Street, Suite 820
Lexington, KY 40507
(859) 367-0050
Paul.Croley@kylegal.com

_____/s/_____
BJ Foley, Jr.
Law Offices of Croley
Foley & Cessna
West Short Street, Suite 820
Lexington, KY 40507
(859) 367-0050
BJ.Foley@kylegal.com


**CERTIFICATE OF SERVICE**

I hereby certify that on this day, December 13, 2019, a copy of the foregoing was served on all parties via ECF.


_____/s/_____

Gary E. Proctor