# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| **UNITED STATES** | * |
| | * |
| v. | * Case No.: 6:19-CR-16-REW-HAI |
| | * |
| **DANIEL S. NANTZ** | * |

## DEFENDANT'S STATUS REPORT

COMES NOW the Defendant, Daniel S. Nantz, by and through his counsel Gary E. Proctor, Paul Crolley and B.J. Foley and respectfully represents the following to the Court:

1. This Court has issued two (2) Orders with regard to a status report. In the first, the Court noted that "[t]he appearance before the Attorney General's capital case review committee remains set for January 27, 2020 at 1:00 p.m. On or before February 10, 2020, counsel SHALL file a joint status report confirming whether the capital review committee proceedings were concluded and whether any additional information was obtained regarding the timeline of the committee's decision." In the second, the Court further Ordered that "the status report due on February 10, 2020, SHALL, in addition to addressing the matters specified in the minutes at Docket Entry [98], specify whether Defendant's Motion for Pre-Authorization Discovery (D.E. [76]) is now moot." Accordingly, this Status Report follows.

2. The meeting with the capital review committee did, indeed, occur on January 27, 2020. We are now awaiting their decision. The undersigned has discussed the timeline with Ms. Reed, counsel for the United States, and Ms. Reed has authorized counsel to state that the Parties jointly request a further status report be due in thirty (30) days, that is, on or before March 11, 2020. Counsel believe that, by that date, they will have a much clearer picture as to the likely timing of the committee's decision.

3. With regard to the second Order, counsel for the Defendant now believe that the Motion for Pre-Authorization Discovery is moot.

4. Ms. Reed has seen a draft of this Status Report and has authorized the

undersigned to state that the United States agrees with it.

                                          Respectfully Submitted,

                                          _____/s/_____

Gary E. Proctor
Bar Roll Number 27936
Law Offices of Gary E. Proctor, LLC
8 E. Mulberry Street
Baltimore, Maryland 21202
Tel:    410.444.1500
Fax:   443.836.9162


                                          _____/s/_____
Paul K. Croley II
Law Offices of Croley
Foley & Cessna
West Short Street, Suite 820
Lexington, KY 40507
(859) 367-0050
Paul.Croley@kylegal.com

                                          _____/s/_____
BJ Foley, Jr.
Law Offices of Croley
Foley & Cessna
West Short Street, Suite 820
Lexington, KY 40507
(859) 367-0050
BJ.Foley@kylegal.com


## CERTIFICATE OF SERVICE

     I hereby certify that on this day, February 10, 2020, a copy of the foregoing was served on all parties via ECF.

                                          _____/s/_____

                                            Gary E. Proctor