**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY**

| | | |
|---|---|---|
| **UNITED STATES** | * | |
| | * | |
| **v.** | * | **Case No.:     6:19-CR-16-REW-HAI** |
| | * | |
| **DANIEL S. NANTZ** | * | |

**DEFENDANT'S STATUS REPORT**

COMES NOW the Defendant, Daniel S. Nantz, by and through his counsel Gary E. Proctor, Paul Crolley and B.J. Foley and respectfully represents the following to the Court:

1.       The Court has previously Ordered the Parties to submit a joint status report on or before March 11, 2020.   Accordingly, this Status Report follows.

2.       The decision of whether to seek death is still pending and awaiting the decision of the Attorney General in Washington, D.C..  We do not have any indication of when that decision might occur at this time.[1]

3.       Ms. Reed has seen a draft of this Status Report and has authorized the undersigned to state that the United States agrees with it.   Therefore, counsel requests that another status report be due in forty-five (45) days from now.   Of course, should word be received by the Government, prior to that time, they will promptly inform the Court.

---

1   The undersigned, Mr. Proctor, has contacted national Federal Death Penalty Resource Counsel.  They have stated that in their experience, on average, it has of late taken somewhere between 45 and 90 days for the Attorney General to make a decision, following a meeting with the Capital Case Unit.  The Nantz defense meeting with the Capital Case Unit was 43 days ago.

Respectfully Submitted,

_____/s/_____

Gary E. Proctor
Bar Roll Number 27936
Law Offices of Gary E. Proctor, LLC
8 E. Mulberry Street
Baltimore, Maryland 21202
Tel:     410.444.1500
Fax:     443.836.9162


_____/s/_____

Paul K. Croley II
Law Offices of Croley
Foley & Cessna
West Short Street, Suite 820
Lexington, KY 40507
(859) 367-0050
Paul.Croley@kylegal.com

_____/s/_____

BJ Foley, Jr.
Law Offices of Croley
Foley & Cessna
West Short Street, Suite 820
Lexington, KY 40507
(859) 367-0050
BJ.Foley@kylegal.com


## CERTIFICATE OF SERVICE

I hereby certify that on this day, March 10, 2020, a copy of the foregoing was served on all parties via ECF.

_____/s/_____

Gary E. Proctor