UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**CRIMINAL ACTION NO. 6:19-CR-16-S-REW-HAI**                               *Under Seal*

**UNITED STATES OF AMERICA**                                                              **PLAINTIFF**

**V.**                                                <u>**STATUS REPORT**</u>

**DANIEL SCOTT NANTZ**                                                                      **DEFENDANT**

\* \* \* \* \*

The United States, by counsel, gives notice to the Court that the United States Attorney General has directed the Eastern District of Kentucky to seek the death penalty in re: *United States v. Daniel Scott Nantz.* The United States Department of Justice is working on finalizing the Notice of Intent for future filing.

        Respectfully submitted,

        ROBERT M. DUNCAN, JR.
        UNITED STATES ATTORNEY

        By:  <u>/s/ Jenna E. Reed</u>
            Assistant United States Attorney
            601 Meyers Baker Road, Suite 200
            London, Kentucky 40741
            (606) 330-4829
            Jenna.Reed@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2020, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system. I further certify that a copy of this motion has been separately provided to counsel for Daniel Scott Nantz.

/s/ Jenna E. Reed
Assistant United States Attorney