UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CRIMINAL MINUTES-GENERAL

Case No: 6:19-CR-16-S-1-REW-HAI     At: London     Date: January 14, 2021

PRESENT: Hon. Hanly A. Ingram, U.S. Magistrate Judge

| Sheila Douglas | Audio File Number | Jenna Reed |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U. S. Attorney |

I, Sheila Douglas, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file KYED-LON_6-19-CR-16-S-1-REW-HAI_20210114_145815.

DEFENDANT:                                   ATTORNEY FOR DEFENDANT:

Daniel Scott Nantz (NP)(custody)             Gary Proctor (learned) and Jeffrey Ertel
Aka Daniel S. Nantz                          (present)(CJA)

PROCEEDINGS: Telephonic Status Conference

This matter was called for a status conference. Counsel were present as noted.

Both counsel reported they have been working on enabling expert analysis of the firearm since the status conference held on December 10, 2020, DE #179. Specifically, the government is attempting to locate a suitable space and shooting range for that testing, as well as obtaining release of the firearm for testing purposes, and the defense is investigating the expert's capabilities as well. The United States reported it is working on providing early Jenck's Act material, specifically grand jury transcripts, to the defense by sending them to a US Attorney's office located near Mr. Proctor. Because of COVID-19-based limitations on Defendant's ability to access a computer located in the law library so as to review discovery, counsel for Defendant is undertaking to provide redacted paper copies of the discovery to Defendant via US mail and expects to send that package out today. Both sides reported they expect to comply with all existing deadlines and that no unanticipated matters have arisen.

The next scheduled telephonic status conference is **February 11, 2021 at 3:00 p.m.** Dial-in information is located at DE #171.

Copies: COR

Clerk's Initials: syd

TIC: 8 min.

Signed By:
*Hanly A. Ingram*
**United States Magistrate Judge**