UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CRIMINAL MINUTES-GENERAL

Case No: 6:19-CR-16-S-1-REW-HAI     At: London     Date: March 19, 2021

PRESENT: Hon. Hanly A. Ingram, U.S. Magistrate Judge

| Sheila Douglas | Audio File Number | Jenna Reed |
| --- | --- | --- |
| Deputy Clerk | Court Reporter | Assistant U. S. Attorney |

I, Sheila Douglas, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file KYED-LON_6-19-CR-16-S-1-REW-HAI_20210319_145802.

DEFENDANT:                                            ATTORNEY FOR DEFENDANT:

Daniel Scott Nantz (NP)(custody)          Gary Proctor (learned) and Jeffrey Ertel
Aka Daniel S. Nantz                             (CJA)

PROCEEDINGS: Telephonic Status Conference

        This matter was called for a status conference. Counsel were present as noted.

        The Court took up three pending matters. First, as stated by the parties in their joint status report, the defense intends to file a motion to compel discovery on Monday, March 22. *See* D.E. 213. Briefing on that motion shall be according to the Local Rules. The Court instructed the defense to address the *Nixon* factors if the defense intends to utilize any Rule 17(c) subpoena. *See United States v. Llanez-Garcia*, 735 F.3d 483, 494 (6th Cir. 2013).

        Second, the parties discussed Defendant's pending Motion for Informative Outlines (D.E. 208). The government's response is due March 31. *See* D.E. 215. Any reply by Defendant is due April 9, 2021.

        Third, the court previously set aside the deadline for the defense to file any motions attacking the sufficiency of the notice of intent to seek the death penalty and/or the validity of the aggravating circumstances. *See* D.E. 212. The defense explained that the contents of that future motion will depend upon the outcome of the discovery motion and the informative-outlines motion just filed. The government had no objection to delaying setting a new deadline until after those motions are resolved. Accordingly, this deadline will be reset in the future following additional input from the parties.

        Additionally, the government reported that the grand jury transcripts will be sent not only to New Jersey (where Mr. Proctor can view them), but also to the United States Attorney's Office in Atlanta, so Mr. Ertel can view them without having to drive to New Jersey.

Finally, the defense reported they are hopeful their psychological expert can examine Defendant within the next month, but that is uncertain because of COVID-based visiting restrictions. As the government stated, pretrial litigation over Defendant's mental health is a "looming" issue in this case. And the parties plan to discuss it further at the next teleconference.

The next scheduled telephonic status conference set for **April 8, 2021 at 3:00 p.m.** Dial-in information is located at DE #171.

Copies: COR

Clerk's Initials: syd

TIC: 18 min.

Signed By:
Hanly A. Ingram
United States Magistrate Judge