UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>DANIEL SCOTT NANTZ,<br>    Defendant. | No. 6:19-CR-16-REW-HAI |

## PROPOSED ORDER

Upon Motion by the Defendant and for good cause shown, Defendant's Motion for Discovery, Inspection, and Disclosure of Exculpatory Evidence Concerning the Government's Use of Incentivized Witnesses is HEREBY GRANTED. The Government shall produce to Defendant all documents and information responsive to his discovery requests.

So **ORDERED**, this the ____ day of _____.

_____
HON. HANLY A. INGRAM
UNITED STATES MAGISTRATE JUDGE

Prepared by:

Jeffrey L. Ertel
Counsel for Mr. Nantz