**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| | * | **Case No.: 6:19-CR-16-REW-HAI** |
| **v.** | * | |
| | * | |
| | * | |
| **DANIEL S. NANTZ** | * | |
| **Defendant** | * | |

**JOINT MOTION PROPOSING SCHEDULING**

COMES NOW the Parties, by and through undersigned counsel, respectfully represents the following to the Court:

1.  This Court has previously ordered that Counsel should meet and confer and "propose a realistic trial schedule by October 17, 2022." [R. 387]. Accordingly this Joint Motion follows:

2.  The Parties did meet and confer, telephonically, on October 7, 2022, and agree to the following dates and deadlines:

    a.  October 14, 2022:  The Parties have agreed to a telephonic status conference with the Court, now set at 10:00 a.m. (EST). [R. 388].

    b.  April 19, 2023. Final Pretrial Conference.

    c.  April 24, 2023, through May 5, 2023.  Jury Selection (two weeks).

    d.  May 8, 2023, through May 26, 2023. Jury trial, guilt/innocence phase.

    e.  June 6, 2023, through approximately June 16, 2023. Jury trial, sentencing phase proceeding.

Mr. Gary E. Proctor and Mr. Jeffery Ertel , counsel for defendant Daniel S. Nantz, have seen a draft of this Joint Motion Proposing Scheduling and have authorized counsel to state that the Defendant joins in said motion.

Respectfully Submitted,
CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

By:   /s/ *Jenna Reed*
Assistant United States Attorney
601 Meyers Baker Rd.  Suite 200
London, KY 40741
(606) 864-5523
jenna.reed@usdoj.gov

/s/ *Jeffrey L. Ertel*
Federal Defender Program, Inc.
101 Marietta Street, Suite 150
Atlanta, GA  30303
(404)688-7530
Jeff_ertel@fd.org

/s/ *Gary E. Proctor*
Law Offices of Gary E. Proctor, LLC
8 E. Mulberry Street
Baltimore, MD 21202
(410)444-1500
garyproctor@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2022, the foregoing was electronically filed through the CM/ECF system, which will send notice of the filing to counsel of record.

/s/ *Jenna Reed*
Assistant United States Attorney