UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL ACTION NO. **6:19-CR-16-2-REW-HAI**

UNITED STATES OF AMERICA                                                               PLAINTIFF

V.            **WITHDRAWAL OF NOTICE OF INTENT TO SEEK**
                                    **THE DEATH PENALTY**

DANIEL S. NANTZ                                                                          DEFENDANT

\* \* \* \* \*

The Eastern District of Kentucky has been ordered and directed to withdraw the government's Notice of Intent (NOI) to seek the death penalty. The United States of America, by and through its undersigned counsel hereby withdraws the NOI filed pursuant to 18 U.S.C. § 3593(a) on May 7, 2020. [R. 121].

                Respectfully submitted,

                CARLTON S. SHIER, IV
                UNITED STATES ATTORNEY

                By: /s/ Jenna E. Reed
                Jenna E. Reed
                Assistant United States Attorney
                601 Meyers Baker Rd.  Suite 200
                London, KY  40741
                (606) 330-4829
                FAX (606) 864-3590
                jenna.reed@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send notice to counsel of record.

/s/ Jenna E. Reed
Assistant United States Attorney