UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA,
    Plaintiff,

v.

DANIEL SCOTT NANTZ,
    Defendant.

No. 6:19-CR-16-REW-HAI

# DEFENDANT'S NOTICE CONCERNING PENDING MOTIONS

Comes now the Defendant, Daniel S. Nantz, by and through the undersigned counsel, and herein gives notice that Motion Requesting Pretrial Reliability Hearing (Doc. 310) and Motion for Discovery of Exculpatory Evidence Concerning the Government's Use of Incentivized Witnesses (Doc. 311), are hereby withdrawn as moot.

Dated: This 11th day of January, 2023.

Respectfully submitted,

/s/ *Gary E. Proctor*
Law Offices of Gary E. Proctor LLC
8 E. Mulberry Street
Baltimore MD 21202
Tel: 410 444 1500
garyeproctor@gmail.com


/s/*Jeffrey L. Ertel*
Jeffrey L. Ertel
Federal Defender Program, Inc.
101 Marietta Street, NW, Suite 1500
Atlanta, GA 30303
(404) 688-7530
Jeff_Ertel@fd.org

Counsel for Daniel S. Nantz

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of this notice was electronically filed this day, January 11, 2023, with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all parties of record in this matter.

/s/ *Jeffrey L. Ertel*
Jeffrey L. Ertel