

GOVERNMENT EXHIBIT 6:19-CR-16-REW 1A







GOVERNMENT
EXHIBIT
6:19-CR-16-REW
1B





GOVERNMENT EXHIBIT
6:19-CR-16-REW
1C









GOVERNMENT EXHIBIT
6:19-CR-16-REW
1E



