

**UK HealthCare**
Lexington Kentucky

UK ID: 025108358 / 025108358-9075
**JOHNSON, GIRL GERI**
SSN: 555555555
DOB: 3/16/2019

# Face Sheet

## Patient Information

| | | | | |
|---|---|---|---|---|
| **JOHNSON, GIRL GERI** | | 3d   Female | **Marital:** | Single |
| **Race:** | Caucasian | **Language:** English | **Ethnicity:** | Pattient Refused |
| **Admitted:** | 03/16/2019 23:48 | **Service:** Pediatrics / Neonatal | | |
| **Discharged:** | 03/19/2019 18:46 | **Exp:** 19-Mar-2019 12:00 AM | **Employer:** | UNEMPLOYED |
| **Mail Address:** | ███████████ | | | |
| **Visit Type:** | Inpatient | **Care Level:** Inpatient | | |
| **UK Location:** | Neonatal ICU / NICU-163-A | | | |
| **Chief Complaint:** | PREMATURITY <37 WEEKS, P91.60 HYPOXIC ISCHEMIC ENCEPHALOPATHY | | | |

## Providers

| | |
|---|---|
| **Attending:** | Goldstein   MD, Ricki F |
| **Admitting:** | Goldstein   MD, Bryan H |
| **PCP:** | NONE, PROVIDER |

## Guarantor Information

BOWMAN, SANDY (Grandparent)

## Nearest Relative

PATIENT, UNAVAILABLE(Unknown)

## Emergency Contact

BOWMAN, SANDY (Grandparent)

## Insurance

Q49 Name: GIRL GERI JOHNSON Company: R WELLCARE MEDICAL Policy: 22731778 Relationship: Self COB: 1

Printed: 12/19/2019 12:49:31 ( MC\sstyle0 )

Confidential information. Usage must follow UKHC Policies. Any disclosure of this information requires the patient's specific written consent. Disclosure without consent violates the patient's right to privacy and will result in disciplinary action.



# Documents Review Report

| | | | |
|---|---|---|---|
| **Patient:** BAYS, AMELIA | **MRN:** 025108358/025108358-9075 | **DOB:** 3/16/2019 | **Visit Status:** DSC |
| **Provider:** Goldstein  MD. Ricki F | **Admit Date:** 03/16/2019 | **Age:** | |
| **Location:** NICU-163-A | **Discharge Date:** 03/19/2019 | **Gender:** F | |

**NICU Note**  |  Last Updated: 3/18/2019 3:15:06 PM   [Entered: 3/17/2019 12:00:00 AM]
Authored By: Patra   MD, Aparna (Physician)

```
Kentucky Children's Hospital NICU Note

Service Date:        03/17/2019

Patient Name:        DOE, GIRL
Medical Record #:    02-51-08-35-8
Date of Birth:       03/16/2019
Patient Location:    NICU163 A
```

Weight is 1836 grams. Vital signs are within normal limits.

This is a moderately preterm infant, estimated gestational age 33 weeks, who remains admitted to the NICU in critical condition due to acute respiratory failure due to respiratory distress syndrome and acute neurological failure due to severe hypoxic ischemic encephalopathy. Infant remains on high frequency jet ventilator on 80-100% oxygen. PIP is 32, PEEP is 7, rate is 360. Infant remains on inhaled nitric oxide for persistent pulmonary hypertension. Infant is coagulopathic. Infant has concern for myocardial ischemia with elevated cardiac troponin. Infant has concern for liver ischemia with elevated liver function enzyme and infant is anuric at risk for developing acute kidney injury due to renal ischemia.  Infant's mother was deceased prior to delivering the infant emergently via C-section secondary to gunshot injury at an outside hospital. Infant was not offered therapeutic hypothermia secondary to prematurity.  Infant is NPO, is receiving mock TPN, has an umbilical venous catheter and umbilical arterial catheter in good placement. Infant was given Ativan 3 doses, Keppra, phenobarbital and fosphenytoin at the outside hospital for concerns of seizure related to severe neonatal encephalopathy.  No clinical seizures have been noted after arrival to UK NICU.  Infant remains on continuous video EEG monitoring which shows low voltage waves without any variability. Infant's phenobarbital level is 31.2, phenytoin serum level is 2.8. Infant currently remains on Keppra IV every 12 hours. Infant is on antibiotic for sepsis prophylaxis.  Maternal grandmother and maternal aunt are at the bedside.  Electrolyte panel shows hyponatremia with serum sodium of 118. Infant has lactic acidosis which is improving, hypocalcemia and has received 1 calcium bolus after admission.

On examination, infant has no spontaneous breathing, has no spontaneous eye opening, is completely flaccid and hypotonic, appears comatose. Pupils are fixed dilated with no response to light reflex.  Gag reflex and suck reflex are absent.  There is fair aeration bilateral lung fields.  No murmur is audible over the precordium.  Capillary refill is 3-4 seconds. Abdomen is soft.  Clonus response is elicited by stroking on the plantar surface of the foot.

PLAN: We will continue high frequency jet ventilator. We will wean the PIP to 30. We will continue inhaled nitric oxide and wean oxygen for saturations greater than 95% by 2% every 30 minutes.  For infant's metabolic acidosis, we will give 1 dose of sodium bicarbonate. For infant's hypocalcemia, we will give 1 dose of calcium chloride 10 mg/kg. We will monitor arterial blood gases every 4-6 hours.  We will obtain echocardiogram. We will continue Keppra and hold off other antiepileptic therapy. We will repeat CBC with differential and coagulation panel in the

---

**Requested By:** Tyler, Susan (Medical Records Coder) — **Printed from:** UHPVHC106P1

*Confidential information. Usage must follow UKHC Policies.  Any disclosure of this information requires the patient's specific written consent. Disclosure without consent violates the patient's right to privacy and will result in disciplinary action.*

12/19/2019 12:49:54 PM — **Page: 1 of 36**



## Documents Review Report

| | | | |
|---|---|---|---|
| **Patient:** BAYS, AMELIA | **MRN:** 025108358/025108358-9075 | **DOB:** 3/16/2019 | **Visit Status:** DSC |
| **Provider:** Goldstein MD. Ricki F | **Admit Date:** 03/16/2019 | **Age:** | |
| **Location:** NICU-163-A | **Discharge Date:** 03/19/2019 | **Gender:** F | |

**NICU Note**   **Last Updated:** 3/18/2019 3:15:06 PM   [Entered: 3/17/2019 12:00:00 AM]

**Authored By:** Patra MD, Aparna (Physician)

```
morning. Infant has received fresh frozen plasma secondary to the
coagulopathy.  We will repeat renal function panel in the evening to follow
the hyponatremia. For the hyponatremia, we will restrict fluids to 50
mL/kg/day as this is dilutional and we will wait for production of urine.
Infant is currently anuric.  We will monitor the BUN and creatinine level.
If infant's sodium is less than 110, we will consider sodium correction
with hypertonic saline.  We will continue NPO, continue TPN and clear
fluids. We will consult Neurology. Infant seems to be severely
encephalopathic secondary to hypoxic ischemic injury prior to birth.  We
will obtain brain MRI on day of life 4-5 depending on infant's clinical
condition.  I explained to the family the infant's clinical progress and
plan of treatment. At this time, infant does not seem to have any
neurological function and no brain activity on EEG. We will continue to
monitor EEG and counsel the family once brain MRI images are available.
Infant's condition is critical and removal of current care will result in
high risk of morbidity and even mortality.




I evaluated this patient with the rounding team, reviewed the events of the
previous day, and directed management accordingly.




Electronically Signed By:
APARNA PATRA, MD 03/18/2019 03:13 P
_____
APARNA PATRA, MD



AP/cp3

Dictated Date/Time:   03/17/2019 13:58
Transcription Date/Time:   03/18/2019 08:24
Document Number:   3767175
Job Number:   112553167
Visit #:   025108358907 5
***Document is Signed***     NOTE:   supplied by interface
```

**Requested By:** Tyler, Susan (Medical Records Coder)   **Printed from:** UHPVHC106P1

*Confidential information. Usage must follow UKHC Policies. Any disclosure of this information requires the patient's specific written consent. Disclosure without consent violates the patient's right to privacy and will result in disciplinary action.*

12/19/2019 12:49:54 PM   **Page: 2 of 36**

Case: 6:19-cr-00016-REW-HAI   Doc #: 426-3   Filed: 07/21/23   Page: 4 of 7 - Page ID#: 3218



# Documents Review Report

| | | | |
|---|---|---|---|
| **Patient:** BAYS, AMELIA | **MRN:** 025108358/025108358-9075 | **DOB:** 3/16/2019 | **Visit Status:** DSC |
| **Provider:** Goldstein MD. Ricki F | **Admit Date:** 03/16/2019 | **Age:** | |
| **Location:** NICU-163-A | **Discharge Date:** 03/19/2019 | **Gender:** F | |

**NICU Note**  Last Updated: 3/19/2019 8:23:45 AM   [Entered: 3/18/2019 12:00:00 AM]
Authored By: Patra MD, Aparna (Physician)

```
Kentucky Children's Hospital NICU Note

Service Date:         03/18/2019

Patient Name:         DOE, GIRL
Medical Record #:     02-51-08-35-8
Date of Birth:        03/16/2019
Patient Location:     NICU163 A
```

Weight is 1855 grams, gained 19 grams. Vital signs are within normal limits.

This is a moderately preterm infant born at estimated gestational age 32 weeks, now on day of life 3, who remains admitted to the NICU in critical condition due to acute neurological failure due to severe hypoxic ischemic encephalopathy and acute respiratory failure due to respiratory distress syndrome and persistent pulmonary hypertension of the newborn. The infant remains on high frequency Jet ventilator with PIP of 27, PEEP of 7, rate of 360, currently on 60% oxygen and inhaled nitric oxide 20 ppm. Infant has evidence of multiorgan failure with myocardial ischemia, liver ischemia, and acute kidney injury. Infant's lactic acidosis is slowly improving. Lactate is 3.1. Infant was anuric earlier, has urine output since yesterday with 24 hour urine output being 1.28 mL/kg/hour. Infant has a Foley catheter in place. Infant's echocardiogram done today shows severely depressed LV function. Infant's creatinine is elevated to 1.03, BUN elevated to 42. Infant remains on mock TPN and is NPO. Infant's video EEG monitoring shows attenuated waveform with burst suppression pattern which is associated with worse prognosis in hypoxic ischemic encephalopathy.

On physical exam, infant appears comatose and stuporous. There is no spontaneous eye opening or movement of extremities. Infant does not respond to painful stimuli. Her pupils are fixed, dilated with no response to light. She is hypotonic, flaccid. She has fair aeration bilateral lung fields. Her abdomen is soft, nondistended. Peripheral capillary perfusion is 3 to 4 seconds. No gag or suck reflexes elicited.

PLAN: We will wean the inhaled nitric oxide from 20 ppm to 10 ppm and continue the wean per protocol every 4 hours. We will change the ventilator support to conventional ventilator SIMV, pressure controlled with PIP of 20, PEEP of 7, rate of 40 and pressure support of 8 and hold oxygen at 60%. We will discontinue the EEG monitoring after discussions with neurology. We will repeat coagulation panel, CBC with differential, liver function tests, and renal function panel in the morning. We will order TPN and run total fluids of 70 mL/kg/day. We will continue Keppra medication per neurology recommendation. We will obtain brain MRI tomorrow once infant is off inhaled nitric oxide. At this point of time there is no recovery of brain function and given infant's severe encephalopathic physical exam chances of recovery of brain function are minimal. This was communicated to the maternal grandmother and maternal aunt during my discussions with her. They are interested in assessing the extent of brain injury with a brain MRI after which they will decide whether continuation of life support would be reasonable or whether withdrawal of care would be

**Requested By:** Tyler, Susan (Medical Records Coder)                                                  **Printed from:** UHPVHC106P1

*Confidential information. Usage must follow UKHC Policies. Any disclosure of this information requires the patient's specific written consent. Disclosure without consent violates the patient's right to privacy and will result in disciplinary action.*

12/19/2019 12:50:15 PM                                                                                            Page: 1 of 17



**Documents Review Report**

| | | | |
|---|---|---|---|
| **Patient:** BAYS, AMELIA | **MRN:** 025108358/025108358-9075 | **DOB:** 3/16/2019 | **Visit Status:** DSC |
| **Provider:** Goldstein MD. Ricki F | **Admit Date:** 03/16/2019 | **Age:** | |
| **Location:** NICU-163-A | **Discharge Date:** 03/19/2019 | **Gender:** F | |

**NICU Note**   **Last Updated:** 3/19/2019 8:23:45 AM   [**Entered:** 3/18/2019 12:00:00 AM]
**Authored By:** Patra MD, Aparna (Physician)

in infant's best interest.

I evaluated this patient with the rounding team, reviewed the events of the previous day, and directed management accordingly.

Electronically Signed By:
APARNA PATRA, MD 03/19/2019 08:22 A
_____
APARNA PATRA, MD

AP/pws

Dictated Date/Time:   03/18/2019 15:50
Transcription Date/Time:   03/19/2019 06:48
Document Number:   3767358
Job Number:   112553349
Visit #:   0251083589075
***Document is Signed***    NOTE:   supplied by interface

Requested By: Tyler, Susan (Medical Records Coder)   Printed from: UHPVHC106P1

*Confidential information. Usage must follow UKHC Policies. Any disclosure of this information requires the patient's specific written consent. Disclosure without consent violates the patient's right to privacy and will result in disciplinary action.*

12/19/2019 12:50:15 PM   Page: 2 of 17


**U K HealthCare** — Documents Review Report

| | | | |
|---|---|---|---|
| **Patient:** BAYS, AMELIA | **MRN:** 025108358/025108358-9075 | **DOB:** 3/16/2019 | **Visit Status:** DSC |
| **Provider:** Goldstein MD. Ricki F | **Admit Date:** 03/16/2019 | **Age:** | |
| **Location:** NICU-163-A | **Discharge Date:** 03/19/2019 | **Gender:** F | |

**NICU Note**  
Last Updated: 3/20/2019 2:44:09 PM   [Entered: 3/19/2019 12:00:00 AM]  
Authored By: Patra MD, Aparna (Physician)

```
Kentucky Children's Hospital NICU Note

Service Date:        03/19/2019

Patient Name:        JOHNSON, GIRL GERI
Medical Record #:    02-51-08-35-8
Date of Birth:       03/16/2019
Patient Location:    NICU163 A
```

Weight is 1775 grams, lost 80 grams. Vital signs are within normal limits.

This is the moderately preterm infant estimated gestational age 32 weeks on day of life 4. Remains admitted to the NICU in critical condition due to neurological failure due to severe hypoxic ischemic encephalopathy. Infant also has acute respiratory failure due to respiratory distress syndrome and persistent pulmonary hypertension of the newborn. Infant remains on mechanical ventilation SIMV, pressure controlled. Current oxygen requirement is 55% on PIP of 20, PEEP of 7, rate of 40, pressure support of 8, I-time of 0.35 seconds. Infant remains on inhaled nitric oxide. It was weaned overnight as per protocol for improved oxygenation. Current INO dose is 1 ppm. Infant has acute kidney injury secondary to renal ischemia. Creatinine today is 1.08, BUN is 59. Urine output is improved to 4.4 mL/kg/hour. Infant has evidence of multiorgan injury including severely depressed left ventricular function on echocardiogram. Also has elevated hepatic enzymes and absence of bowel gas on abdominal radiograph with no passage of stools and absence of bowel sounds on clinical exam suggestive of bowel ischemia. Infant has burst suppression pattern on EEG which was discontinued yesterday after more than 24 hours of continuous monitoring. Infant currently is NPO, is receiving nutrition via TPN and lipid infusion through an umbilical venous catheter. Also has an umbilical arterial catheter for blood pressure monitoring.

On examination, infant appears comatose, no spontaneous movements of extremities or eye opening is noted. Infant does not respond to painful stimuli. Her pupils are fixed dilated. There is absence of gag reflex or suck reflex. She has fair aeration bilateral lung fields. No bowels appreciated on her abdomen. Extremities are well perfused.

PLAN: We will continue mechanical ventilator. Infant is noted to have few irregular spontaneous breaths during my exam. We will wean the inhaled nitric oxide and discontinue it at noon today. We will continue NPO. Continue Keppra. Continue TPN for nutrition for fluid goal of 80 mL/kg/day. We will obtain the brain MRI today.

Updated note: Brain MRI was obtained on the afternoon of 3/20 which showed hypoxic ischemic injury in basal ganglia, thalamus and diffuse injury in cerebral cortex. Family decided to withdraw care of infant due to continued severe neurological failure and comatose condition with no recovery in brain function. Infant was placed on morphine and midazolam continuous infusion for comfort care per wishes of maternal GM. Infant removed from ventilator and passed away at 6:46 pm. Coroner's office notified.

**Requested By:** Tyler, Susan (Medical Records Coder)   **Printed from:** UHPVHC106P1

*Confidential information. Usage must follow UKHC Policies. Any disclosure of this information requires the patient's specific written consent. Disclosure without consent violates the patient's right to privacy and will result in disciplinary action.*

12/19/2019 12:50:39 PM   Page: 1 of 30


**Documents Review Report**

| | | | |
|---|---|---|---|
| **Patient:** BAYS, AMELIA | **MRN:** 025108358/025108358-9075 | **DOB:** 3/16/2019 | **Visit Status:** DSC |
| **Provider:** Goldstein  MD. Ricki F | **Admit Date:** 03/16/2019 | **Age:** | |
| **Location:** NICU-163-A | **Discharge Date:** 03/19/2019 | **Gender:** F | |

### NICU Note

Last Updated: 3/20/2019 2:44:09 PM   [Entered: 3/19/2019 12:00:00 AM]
Authored By: Patra  MD, Aparna (Physician)

I evaluated this patient with the rounding team, reviewed the events of the previous day, and directed management accordingly.

Electronically Signed By:
APARNA PATRA, MD 03/20/2019 02:43 P
_____
APARNA PATRA, MD

AP/pws

Dictated Date/Time:  03/19/2019 12:04
Transcription Date/Time:  03/19/2019 12:17
Document Number:  3767468
Job Number:  112553458
Visit #:  0251083589075
***Document is Signed***    NOTE:  supplied by interface

| Requested By: Tyler, Susan (Medical Records Coder) | | Printed from: UHPVHC106P1 |
|---|---|---|
| | *Confidential information. Usage must follow UKHC Policies. Any disclosure of this information requires the patient's specific written consent. Disclosure without consent* | |
| 12/19/2019 12:50:39 PM | *violates the patient's right to privacy and will result in disciplinary action.* | Page: 2 of 30 |