| U.S. Department of Justice | | Report of Investigation |
|---|---|---|
| Bureau of Alcohol, Tobacco, Firearms and Explosives |  EXHIBIT 7 6:19-CR-16 | |

| Title of Investigation: Lawrence Collinsworth | Investigation Number: 775066-18-0036 | Report Number: 86 |
|---|---|---|

**SUMMARY OF EVENT:**

REPORT OF INTERVIEW: On March 19, 2019, ATF and DEA interviewed DANIEL NANTZ.

**NARRATIVE:**

1. On March 19, 2019, DEA TFO Richard Dalrymple and ATF TFO Ben Graves conducted an interview with Daniel NANTZ at the DEA office in London, Kentucky. The interview was recorded using a recording device. TFO Graves provided the recording to SA Tremaine, who processed the recording as evidence. Below is a brief synopsis of that interview. The details of the interview are contained in the recording.

2. NANTZ was advised of his Constitutional rights prior to the interview. TFO Dalrymple advised NANTZ that he was involved in a methamphetamine investigation and he had been arrested based on information from that investigation. NANTZ was shown a photo of Johnathan HARPER aka "JON JON," and Lucy HUNTER. TFO Graves asked NANTZ if he could identify the subject in the photo. NANTZ advised the male in the photo was a subject he knew as "JON JON." NANTZ advised the female in the photo looked familiar but he did not know her name.

3. NANTZ was then shown a photo of Derwin JULIEN. NANTZ advised he knew the subject in the photo. NANTZ advised he did not know the subject's name but might recognize it if he heard it. TFO Graves asked NANTZ if he recognized the name "Derwin Julien" and NANTZ advised he had seen the name JULIEN in the Times-Tribune after JULIEN had been indicted.

4. TFO Graves and TFO Dalrymple asked NANTZ if he had received a phone call from JULIEN asking NANTZ to come pick up 4 ounces of methamphetamine at a hotel in Corbin. NANTZ advised he got a phone call from a guy he called "JAY," but he did not know the subject as JULIEN. NANTZ advised JULIEN introduced himself as JAY. NANTZ advised he had become acquainted with JULIEN through HARPER. NANTZ advised he had not been in contact with HARPER or JULIEN for a long time.

5. TFO Dalrymple began to further question NANTZ about his methamphetamine trafficking. At this time NANTZ advised he wanted to speak with his attorney first. TFO Dalrymple attempted to contact NANTZ's attorney via cell phone but could not reach anyone at the number NANTZ had provided. TFO Dalrymple asked

| Prepared by: Todd E. Tremaine | Title: Special Agent, London Satellite Office | Signature: | Date: 4-10-19 |
|---|---|---|---|
| Authorized by: Brian D. Beardsley | Title: Acting Resident Agent in Charge, London Satellite Office | Signature: | Date: |
| Second level reviewer (optional): Stuart L. Lowrey | Title: Special Agent in Charge, Louisville Field Division | Signature: | Date: |

| Title of Investigation: Lawrence Collinsworth | Investigation Number: 775066-18-0036 | Report Number: 86 |
|---|---|---|

NANTZ to sign the form where NANTZ had previously been advised of his Constitutional rights, and NANTZ signed the form. A few minutes later NANTZ's attorney contacted TFO Dalrymple. TFO Dalrymple and TFO Graves allowed NANTZ to speak with his attorney privately via cell phone. At this time, TFO Graves turned the recording device off. When NANTZ finished speaking with his attorney he advised his attorney had told him not to answer any questions. At this time NANTZ was transported and lodged in the Laurel County Detention Center.