**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives



EXHIBIT
8
6:19-CR-16

# Report of Investigation

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| Lawrence Collinsworth | 775066-18-0036 | 101 |

## SUMMARY OF EVENT:

REPORT OF INTERVIEW: On May 14, 2019, ATF, KSP, and DEA conducted a proffer interview with TAMMY VEST.

## NARRATIVE:

1. On May 14, 2019, ATF SA Todd Tremaine, TFO Glenn Taylor, and TFO Ben Graves conducted a proffer interview with TAMMY VEST. Also present during the interview were defense counsel Eric Edwards, AUSA Jenna Reed, Kentucky State Police Detective Jesse Armstrong, and DEA TFO Richard Dalrymple.

2. VEST stated that she knew DANIEL NANTZ and has supplied methamphetamine to NANTZ in the past. VEST advised that while she and NANTZ were being transported from the Laurel County Detention Center to the Federal Courthouse following NANTZ's arrest, NANTZ made the following statements to her: "don't believe anything you hear", "they think I'm crazy", "I love my babies" and "I didn't mean to hurt my baby." VEST stated that NANTZ was calm while saying these statements. VEST stated that the only other thing NANTZ said before they arrived at the Federal Courthouse was "I have never been in trouble before."

3. VEST advised that she met people from the London, KY area she was previously incarcerated. VEST staid she met with MICHELLE CROMER and TARA WARREN. VEST said that the first person she knew well was JOSH ANGEL. VEST advised she was then introduced to JAMES "BONES" WOODS, and then she was introduced to CRAIG SASSER. VEST said that at first, her husband, CHARLES HATHAWAY (deceased), delivered meth to ANGEL, BONES and SASSER. VEST advised that in May of 2018, her husband died in a motorcycle accident. VEST stated that she then began delivering the methamphetamine to ANGEL, BONES and SASSER following her husband's death.

4. VEST advised that she would deliver on a weekly or bi-weekly basis. VEST stated that BONES would receive one to two pounds of methamphetamine per delivery. VEST said that ANGEL would receive three to four ounces per delivery and SASSER received a couple ounces per delivery.

5. VEST advised that sometime in June or July of 2018 she met DANIEL NANTZ. VEST said that she does not remember who introduced them, but they met at a gas station off of exit 25 in Corbin, KY. VEST stated that

| Prepared by: | Title: | Signature: | Date: |
|---|---|---|---|
| Todd E. Tremaine | Special Agent, London Satellite Office | | 5-14-19 |
| Authorized by: | Title: | Signature: | Date: |
| Brian D. Beardsley | Acting Resident Agent in Charge, London Satellite Office | | |
| Second level reviewer (optional): | Title: | Signature: | Date: |
| Stuart L. Lowrey | Special Agent in Charge, Louisville Field Division | | |

ATF EF 3120.2 (10-2004)
For Official Use Only

001529

she remembered seeing GERI JOHNSON while delivering methamphetamine to NANTZ. VEST advised that she saw GERI sometime before VEST was arrested at BONES' residence in September 2018.

6. VEST stated that she delivered methamphetamine to NANTZ five times. VEST advised that NANTZ received between six to eight ounces of methamphetamine on each delivery. VEST stated that NANTZ did not pay her for the last delivery she made, and she delivered 8 ounces to NANTZ on this occasion. VEST stated that NANTZ owed her $3,000.

7. VEST stated that her adult children did make a couple trips with her to deliver methamphetamine to NANTZ. VEST advised that her son, DANTE KNIGHT, would recognize NANTZ. VEST stated that she does not know whom NANTZ sold drugs to. VEST stated that she met a guy named DAVID while delivering to NANTZ. VEST advised she did not know DAVID'S last name but he helped NANTZ with the drugs. VEST also advised that GERI was the only other person there other than DAVID.

8. VEST stated that she would put NANTZ'S address in her GPS to get to NANTZ'S residence. VEST did say that she remembered turning by a church, then onto a gravel road, and then NANTZ'S driveway was gravel. VEST stated that she remember seeing junked cars around the area of NANTZ'S and she saw kudzu vines growing on the mountainside. VEST then stated that she remembered NANTZ telling her that GERI helped him sell the drugs that he obtained from VEST.

9. VEST stated that she communicated with NANTZ by phone and text. VEST said that the texts with NANTZ should be in her phone that the DEA has in evidence. VEST advised that the contact information will be under DANIEL NANTZ or "LITTLE CUTIE." VEST stated that "LITTLE CUTIE" was her nickname for NANTZ. VEST advised that the only time she attempted to contact NANTZ through Facebook was when she was trying to collect the money NANTZ owed her. VEST said that NANTZ did not respond to her on Facebook. VEST also stated that she never met NANTZ'S father, BILL NANTZ.

10. VEST stated that everything she said about NANTZ was true and accurate. VEST stated that she had also delivered meth to RICK HUBBS or HUBBARD, in Keavy. VEST stated that she also delivered drugs to "PEG" in Barbourville.

11. VEST stated that she would stay at BONES' apartment sometimes. VEST stated that she did not remember seeing GERI at BONES' apartment. VEST also stated that she did not remember seeing GERI at the cabins at Cumberland Falls when she would meet BONES there. VEST stated that she supplied the most methamphetamine to BONES.

12. VEST advised that she does not know any of the other suppliers NANTZ had. VEST did say that she heard NANTZ was being supplied methamphetamine from Louisville, KY by other people. VEST stated that she is not connected to any of those other suppliers. VEST stated that she has not talked to NANTZ since the day they were transported to federal court together. VEST stated that she has not talked about NANTZ with anyone else while being in jail. VEST also stated that prior to the van ride with NANTZ she had not had contact with him since September of 2018. VEST did advise that NANTZ uses methamphetamine. At this time the interview was ended.