

OW stepdad ▬
Funeral/feds pulled ▬
and geri out
asking questions