

**JOHNSON, AMELIA**
**ME-C 2019-152**

EXHIBIT
**11**
6:19-CR-16

### JUSTICE AND PUBLIC SAFETY CABINET
### Office of the Associate Chief Medical Examiner

Matthew G. Bevin
Governor

100 Sower Boulevard   Suite 202
Frankfort, Kentucky  40601
(502) 564-4545

www.Kentucky.gov

Date: April 22, 2019

Name: Amelia Johnson

ME Case #: ME-C 2019-152

| To: Deputy Coroner Onda Shea Willis | County Fayette | From: Lauren Lippincott, DO |
|---|---|---|

Recommended formulation for Parts I and II on Certification of Death:

| 25. TIME OF DEATH PRONOUNCED | 26. DATE PRONOUNCED DEAD (Month, Day, Year) | 27. WAS CASE REFERRED TO MEDICAL EXAMINER-CORONER? (Yes or No) |
|---|---|---|
| 6:45 PM | 3-19-2019 | |

28. PART I. Enter the diseases, injuries, or complications that caused death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock or heart failure. List only one cause on each line.

| | | Approximate interval between onset and death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. Complications of maternal demise due to gunshot wounds | |
| | DUE TO (OR AS A CONSEQUENCE OF:) | |
| Sequentially list conditions if any leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST | b. | |
| | DUE TO (OR AS A CONSEQUENCE OF:) | |
| | c. | |
| | DUE TO (OR AS A CONSEQUENCE OF:) | |
| | d. | |
| | DUE TO (OR AS A CONSEQUENCE OF:) | |

| CAUSE OF DEATH | PART II. Other significant conditions contributed to death but not resulting in the underlying cause given in Part I. | 28a. WAS AUTOPSY PERFORMED? | 28b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF DEATH CERTIFICATE (Yes or No) |
|---|---|---|---|

| 29. MANNER OF DEATH | 30a. DATE OF INJURY | 30b. TIME OF INJURY | 30c. INJURY AT WORK (Yes or No) | 30d. DESCRIBE HOW INJURY OCCURRED |
|---|---|---|---|---|
| ☐ Natural    ☐ Pending Investigation | | | | |
| ☐ Accident | 30e. PLACE OF INJURY - At home, farm, street, factory, office building, etc. (Specify) | | 30f. LOCATION (street and number or Rural Route number, City or Town) | |
| ☐ Suicide    ☐ Undetermined | | | | |
| ☒ Homicide    ☐ Insufficient information provided | | | | |

11·19·0194 Vol IV ·22