



EXHIBIT 12
6:19-CR-16

**Matthew G. Bevin**
Governor

## JUSTICE AND PUBLIC SAFETY CABINET

Office of the Associate Chief Medical Examiner
100 Sower Blvd, Ste 202
Frankfort, Kentucky 40601
(502) 564-4545
(502) 564-1699 (fax)

**John C. Tilley**
Secretary

### FINAL DIAGNOSIS
### ME-C 2019-144
### GERI BAYS JOHNSON

I. Perforating gunshot wound of neck.
   A. Entrance: right neck.
   B. Injuries: soft tissue and blood vessels of neck, oropharynx
   C. Exit: left neck
   D. Associated findings: hemoaspiration
   E. Range: soot and stippling not identified.
   F. Pathway: right to left, slightly upward, with minimal front to back deviation
II. Perforating gunshot wound of right shoulder.
   A. Entrance: posterior lateral right shoulder
   B. Exit: superior right shoulder.
   C. Injuries: skin and subcutaneous tissue.
   D. Range: soot and stippling not identified.
   E. Pathway: right to left, back to front, and upwards.
III. Cutaneous abrasions and contusions of neck, chest and extremities.
IV. Findings consistent with pregnancy.
   A. Enlarged uterus.
   B. History of emergency caesarean section performed at hospital. (See MEC19-152)
V. Status post resuscitative efforts.
VI. Postmortem toxicology of femoral blood.
   A. Methamphetamine: 635 ng/mL
   B. Amphetamine: 57.8 ng/mL

OPINION: Based on information provided to me and the findings at autopsy, the cause of death in this 29-year-old female, Geri Bays Johnson, is due to a gunshot wound of the neck. (E965.4)

*Lauren Lippincott, DO*

DATE PERFORMED: March 17, 2019
DATE COMPLETED: April 22, 2019
COUNTY OF JURISDICTION: Whitley

11·19·0194 Vol IV ·7    NANTZ_002451

*JOHNSON, GERI BAYS*
*ME-C 2019-144*

## JUSTICE AND PUBLIC SAFETY CABINET

### Office of the Associate Chief Medical Examiner

Matthew G. Bevin
Governor

100 Sower Boulevard   Suite 202
Frankfort, Kentucky  40601
(502) 564-4545

Date: April 22, 2019

Name: Geri Bays Johnson

ME Case #: ME-C 2019-144

| To: Coroner J. Andrew Croley | County Whitley | From: Lauren Lippincott, DO |
|---|---|---|

Recommended formulation for Parts I and II on Certification of Death:

| 25. TIME OF DEATH PRONOUNCED | 26. DATE PRONOUNCED DEAD (Month, Day, Year) | 27. WAS CASE REFERRED TO MEDICAL EXAMINER/CORONER? (Yes or No) |
|---|---|---|
| 6:37 PM | 3-16-2019 | YES |

28. PART I. Enter the diseases, injuries, or complications that caused death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock or heart failure. List only one cause on each line.

IMMEDIATE CAUSE
(Final disease or condition resulting in death)

a. Gunshot wound of the neck
DUE TO (OR AS A CONSEQUENCE OF:)

Sequentially list conditions if any leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST.

b. _____
DUE TO (OR AS A CONSEQUENCE OF:)

c. _____
DUE TO (OR AS A CONSEQUENCE OF:)

d. _____
DUE TO (OR AS A CONSEQUENCE OF:)

Approximate interval between onset and death

**CAUSE OF DEATH**

PART II. Other significant conditions contributed to death but not resulting in the underlying cause given in Part I.

| 28a. WAS AUTOPSY PERFORMED? | 28b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF DEATH CERTIFICATE (Yes or No) |
|---|---|
| YES | |

29. MANNER OF DEATH
- ☐ Natural
- ☐ Pending Investigation
- ☐ Accident
- ☐ Suicide
- ☐ Undetermined
- ☒ Homicide
- ☐ Insufficient information provided

| 30a. DATE OF INJURY | 30b. TIME OF INJURY | 30c. INJURY AT WORK (Yes or No) | 30d. DESCRIBE HOW INJURY OCCURRED. |
|---|---|---|---|
| | | | |

30e. PLACE OF INJURY - At home, farm, street, factory, office building, etc. (Specify)

30f. LOCATION (street and number or Rural Route number, City or Town)

11.19. 0194 Vol IV · 8

NANTZ_002452

*JOHNSON, GERI BAYS*
*ME-C 2019-144*

## POSTMORTEM EXAMINATION

## OF THE BODY OF

## GERI BAYS JOHNSON

A postmortem examination of the body identified by the Whitley County Coroner as Geri Bays Johnson is performed at the Office of the Associate Chief Medical Examiner, Centralized Laboratory Facility, Frankfort, Kentucky on March 17, 2019, at 9:00 a.m. by Dr. Lauren Lippincott. The attendant is Mrs. Marit Sewell.

### EXTERIOR OF THE BODY

The body is received clad in a magenta bra. A blue surgical towel lays over the abdomen. The hands are covered with secured paper bags. There are no personal effects. A coroner's identification tag bearing the decedent's name is around the left great toe.

The body is that of a well-developed, well-nourished, adult white female appearing consistent with the stated age of 29 years. The body has a height of 69" and a weight of 181 pounds. The scalp hair is brown, measuring approximately 12" in length. The hair is secured with a hair tie. The eyes are closed. The pupils are viewed through clear corneae and appear equal and round, measuring 5 mm. The irides appear brown. The sclerae and conjunctivae are non-icteric. Petechiae are absent. The nose and ears are palpably intact. The lips and frenula are intact and without injury. The natural anterior dentition is in good repair. The trachea is midline. The neck is without palpable masses. The chest is symmetric and of normal mobility. The abdomen is protuberant. The genitalia is that of an adult female and appears atraumatic. The extremities are without deformity, edema or fracture. The fingernails and toenails are short and intact. The toenails are painted with a pink/coral nail polish.

The back is well-developed. The anus is atraumatic.

Rigor mortis is well-developed within the major muscle groups. Red-purple livor mortis is present posteriorly except over pressure points and blanches.

### EVIDENCE OF MEDICAL INTERVENTION

1) ½" incision over the anterior neck consistent with reported tracheostomy attempt
2) EKG pads over the torso
3) Irregular red abrasion and contusion over the midline chest
4) 7 ½" horizontal incision over the inferior abdomen with visible extruding bowel
5) Pulse oximeter over the left second finger
6) Needles catheters over the left neck and right foot
7) Needle puncture wounds over the right and left antecubital fossae and the right foot. The letters "ER" are written next to the puncture wounds over the right foot.

*JOHNSON, GERI BAYS*
*ME-C 2019-144*

### IDENTIFYING MARKS, SCARS AND TATTOOS

1) Tattoos over the left chest, thoracic back, posterior left shoulder, dorsal left forearm, dorsal left hand, and ventral right and left wrists lateral left thigh, lateral right thigh and leg
2) 1" linear scar with multiple overlying punctate abrasions over the left forearm

### INJURIES

*Multiple gunshot wounds are present. Their features are described in detail below, in reference to the standard anatomic plane, with the body in the horizontal position. There is no implied sequence of fire in the following listing.*

### PERFORATING GUNSHOT WOUND OF NECK

Located over the right neck, 7 ½" below the top of the head and 4" right of midline, is an entrance gunshot wound. The wound measures ¼" x ¼". There is a 1/8" abrasion collar. Soot and stippling are not identified.

After penetrating the skin, the projectile proceeds through the soft tissue and vasculature of the right neck, the oropharynx, and soft tissue and vasculature of the left neck. No injury to major blood vessels is identified. An exit wound is located over the left neck, 7" below the top of the head and 4" left of midline. The wound is slit-like, measuring ½" x ¼".

Associated findings include hemorrhage and soft tissue disruption along the projectile pathway. There is evidence of hemoaspiration within the lung parenchyma.

The projectile pathway is right to left, slightly upward, and with minimal front to back deviation.

### PERFORATING GUNSHOT WOUND OF RIGHT SHOULDER

Located over the posterior lateral right shoulder, 2" below the top of the right shoulder and 9" right of midline is an entrance gunshot wound. The wound measures 3/16" x 1/8". An eccentric abrasion collar measures 1/8" from 3 to 9 o'clock and measures 1/16" in the remainder. Soot and stippling are not identified.

After penetrating the skin, the projectile proceeds through the soft tissue without injury to bone or major blood vessels.

An exit gunshot wound is located at the top of the right shoulder, 5 ½" right of midline. The wound measures ¼" x ¼". There is a 1 ½" x ½" purple – blue contusion surrounding the wound.

The projectile pathway is right to left, back to front, and upwards.

*JOHNSON, GERI BAYS*
*ME-C 2019-144*

OTHER INJURIES

1) 3/8" x 1/8" irregular red abrasion over the anterior left neck
2) 1 ½" x 1" pink contusion over the lateral right forearm
3) 2" x 1" contusion over the lateral left arm
4) 5/8" x 1/8" irregular abrasion over the lateral left arm
5) Multiple blue-purple contusions measuring from ¼" up to 1 ¼" over the right and left upper extremities
6) Multiple purple-pink contusions measuring from ½" to 1" over the lateral right and left lower extremity
7) 3/8" linear abrasion over the mid medial right leg
8) Few linear red abrasions measuring up to 1 ¼" over the anterior left leg

THE INJURIES DESCRIBED ABOVE WILL NOT BE DELINEATED IN THE REMAINDER OF THIS REPORT

INTERIOR OF THE BODY

A "Y" incision is carried through a midline panniculus measuring up to 5 cm through, reddish musculature into an abdominal cavity lined with glistening serosa and containing no free fluid. Generally, the intra-abdominal viscera maintain their usual in situ relations. Anteriorly, the liver edge is sharp and the diaphragm displays no abnormality. The appendix is present.

The mediastinum is midline. There is no free fluid in either smooth pleural space.

CARDIOVASCULAR

The heart is of the normal configuration and weighs 330 grams. The epicardial surface contains a normal amount of glistening, yellow adipose tissue. The ventricular walls are of normal thickness. The mural and valvular endocardia are smooth and glistening. The papillary muscles and projecting myocardial muscle bundles are of normal prominence. The chordae tendineae display no abnormality. The sinotubular junction demonstrates no significant atherosclerotic changes. The coronary ostia are in their usual location and give rise to normally distributed coronary arteries. Sectioning the coronary arteries reveals no atherosclerosis or thrombosis. On section, the firm, brown myocardium is of normal consistency without hemorrhage or fibrosis.

The systemic aorta is of normal caliber and elasticity. The intimal surface is smooth and glistening. The ostia of the large branches are of normal distribution and dimension. Exploration and inspection of the large veins reveals no evidence of antemortem clot.

RESPIRATORY

The lungs are of the usual lobation and weigh 410 and 370 grams, right and left respectively. The lungs are normally inflated. The pleural surfaces are gray-red and smooth.

*JOHNSON, GERI BAYS*
*ME-C 2019-144*

Mild to moderate amounts of subpleural anthracotic pigment are present within all lobes. The bronchi are of normal distribution and dimension. They are lined by a smooth, tan epithelium. The pulmonary vasculature is of normal distribution and dimension. The vessels show a smooth, glistening intimal lining and no antemortem clot. Sectioning the pulmonary parenchyma reveals a mild amount of frothy fluid. No focus of consolidation or calcification is identified. The hilar lymph nodes are mildly anthracotic and non-calcified.

## LIVER AND GALLBLADDER

The liver weighs 2,450 grams. The capsule is intact, smooth, and shiny. Sectioning reveals a uniformly brown and soft hepatic parenchyma. No focal lesions are identified.

The gallbladder contains approximately 5 mL of bile and no stones. The large bile ducts are patent and of normal caliber and distribution.

## GENITOURINARY

The right kidney weighs 130 grams. The left kidney weighs 140 grams. The renal capsules are removed with ease to reveal smooth, red-brown cortical surfaces. The cortices are sharply delineated from the underlying medullary pyramids. The usual arcuate markings are preserved. The calyces, pelves and ureters are unremarkable.

The urinary bladder contains no urine. The bladder mucosa is gray-tan and smooth without focal lesions. The ureteral orifices are patent.

The vagina is normally wrinkled and contains no foreign material. The ectocervix displays no abnormality and the cervical os is patent. The endocervical mucosa is pink-tan and unremarkable. The uterus is enlarged and is with a 6" incision over the anterior surface. The dilated endometrial cavity is irregular and hemorrhagic. No placental tissue is identified.

The fallopian tubes are patent and unremarkable. The ovaries are of similar size and shape with a white-tan, cerebriform cortical surface. Sectioning the ovaries reveals no abnormality.

## SPLEEN

The spleen weighs 210 grams. The capsule is intact. The parenchyma is red-purple with easily discernible red and white pulp.

## PANCREAS

The pancreas is tan-yellow with a normal lobulated appearance. There is no fibrosis or calcification. The ducts are patent and of normal caliber.

## ADRENALS

11.19.0194 Vol IV.12

NANTZ_002456

*JOHNSON, GERI BAYS*
*ME-C 2019-144*

The adrenal glands are of normal size and shape. They are composed of yellow outer cortical rims overlying deeper brown cortical zones and gray medulla.

## ALIMENTARY TRACT

The intact esophagus is lined by gray-white, smooth mucosa with normal longitudinal folds. The gastroesophageal junction is unremarkable. The gastric wall is intact and of usual thickness. Within the gastric lumen is approximately 250 mL of green fluid and multiple partially digested food particles. No pills or capsules are identified. The gastric mucosa is tan-pink and arranged in the usual rugal folds. The small and large intestines are unremarkable.

## MUSCULOSKELETAL

Examination and palpation of the sternum, ribs, spine and pelvis reveals no fractures.

## NECK

The hyoid bone and thyroid cartilages are intact. The airway is clear of foreign material. The mucosal surfaces of the larynx and trachea are smooth, pink-tan and unremarkable. The vocal cords display no abnormality.

## THYROID

The thyroid gland is unremarkable.

## HEAD

There is no soft tissue hemorrhage within the scalp. The calvarium is intact and displays no abnormality. The dura is of normal tenseness. The superior sagittal sinus is patent and in the midline. The leptomeninges are glistening and translucent. The brain is of normal convolutional pattern and weighs 1,430 grams.

Examination of the arteries at the base of the brain reveals them to be of normal distribution and dimension. They are smooth-walled, collapsed and transparent. The uncinate gyri and cerebellar tonsils do not demonstrate pressure phenomena.

Multiple frontal sections of the brain at approximate levels of 2 cm reveal normal relations of gray and white substance. No focal abnormal markings are demonstrated. The ventricles contain clear fluid and the lining ependyma is smooth and glistening. The choroid plexuses display no abnormality. The basal ganglia are unremarkable.

Multiple horizontal sections of the cerebellum, pons and medulla reveal normal architecture of these structures without focal abnormal markings.

*JOHNSON, GERI BAYS*
*ME-C 2019-144*

Examination of the base of the skull, after removal of the brain and dura, reveals no fractures.

RADIOGRAPHY

Radiograph of the head, neck, and shoulders reveals no retained radiopaque foreign objects

DISPOSITION OF EVIDENCE

The following items are maintained at the OACME:
1) Photographic documentation
2) Diagrammatic documentation
3) Radiographic documentation
4) Tissue for stock
5) DNA standard card
6) Cardiac blood for short term storage

Femoral blood and vitreous fluid are submitted in a sealed kit to AXIS Forensic Toxicology for toxicologic analysis.

The following items are obtained by Kentucky State Police:

1) Right and left fingernail clippings and clippers
2) Paper bags from right and left hands
3) DNA card
4) Bra