**GOVERNMENT EXHIBIT 6:19-CR-16-REW 16**

...of Justice
..., Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: Lawrence Collinsworth | Investigation Number: 775066-18-0036 | Report Number: 70 |
|---|---|---|

## SUMMARY OF EVENT:

**REPORT OF INTERVIEW**: On March 16, 2019, ATF interviewed JACOB VANN.

## NARRATIVE:

1. On March 16, 2019, ATF TFO Raleigh Benge and TFO Glenn Taylor conducted an interview with JACOB VANN at Baptist Health of Corbin. The entire interview was recorded using an audio recorder. The following is a brief synopsis of that interview. The details are contained in the recording.

2. VANN stated that he and GERI JOHNSON were best friends. VANN stated that JOHNSON messaged him via Facebook on this date and asked him to come to DANIEL NANTZ's and get her. VANN stated that he knows NANTZ a little. VANN stated that JOHNSON told him that NANTZ had shot at her a couple weeks ago. VANN advised JOHNSON stated that NANTZ was very jealous and would get violent with her. VANN stated that JOHNSON told him this incident happened at NANTZ'S residence.

3. VANN stated that he has seen NANTZ with weapons in the past. VANN stated that he has seen NANTZ with a .38 caliber handgun, a 9mm handgun and other weapons too. VANN stated that the 9mm was a small black semiautomatic weapon. VANN stated that NANTZ "runs around with a male subject with the last name of MACINTOSH.

4. VANN then showed TFO Benge the messages from JOHNSON on Facebook to him. VANN stated that these messages were sent around 3:46 pm on March 16, 2019. TFO Benge took pictures of those messages. VANN stated that he knows JOHNSON and she would not kill herself. VANN stated that he had never seen JOHNSON with any kind of weapon.

5. VANN stated that JOHNSON told him that she loved NANTZ and that's why she went back to him. VANN stated that he doesn't know if NANTZ dealt meth or not. VANN again stated that NANTZ was very jealous of JOHNSON. VANN stated that JOHNSON had a silver Samsung phone. VANN stated that his phone number was 526-8060. At this time the interview was ended.

Attachment: Photos of JACOB VANN and GERI JOHNSON Text Message Conversation

| Prepared by: Raleigh B. Benge | Title: Task Force Officer, London Satellite Office | Signature: | Date: 3/20/19 |
|---|---|---|---|
| Authorized by: Brian D. Beardsley | Title: Acting Resident Agent in Charge, London Satellite Office | Signature: | Date: 3/20/2019 |
| Second level reviewer (optional): Stuart L. Lowrey | Title: Special Agent in Charge, Louisville Field Division | Signature: | Date: |

Page 1 of 1

ATF EF 3120.2 (10-2004)
For Official Use Only

000553

**Geri Bays**

Invite Geri to Messenger

THU 11:19 PM

Hey u ok Alisha worried

Please lmk

2:26 PM

U good man

000554

