## CONTINUATION PAGE/SUPPLEMENTARY
## UNIFORM OFFENSE REPORT

### Elaina Jones Nantz:

On March 19, 2019, Daniel Nantz was arrested on federal charges. He was on Helvetia Road in London, KY, at his aunt's house. Elaina Jones Nantz, Daniel's wife, was there with their infant son. I had spoken to Elaina earlier this day, telling her about the CAC interview I had set up for MINOR and MINOR. I asked if Elaina or the boys had seen Daniel since the shooting.

| Det. Jesse Armstrong | 477 | 100 hours | March 16, 2019 | |
|---|---|---|---|---|
| **Trooper Making Report** | **Badge No.** | **Time Spent** | **Date** | **Reviewed By** |

11.19.0194 Vol II · 28

## CONTINUATION PAGE/SUPPLEMENTARY UNIFORM OFFENSE REPORT

**ORI:** KYKSP1100      **Case Number:** 11-19-0194
**Title of Investigation:** Murder      **Violation:** 09150

She said they had not, but I knew that was a lie through Det. Brian Lewis. Elaina admitted that she took the kids to see Daniel the day before on a follow up phone call. She said she lied because she was not sure if she was supposed to do it, but said no one told her not to. I spoke to Elaina after Nantz was arrested and removed from the home. These are her statements:

- I asked Elaina why she was there. She said she brought their child to see Daniel. She said they had not been together since August.
- Elaina said Daniel called her the day of the shooting at 1620hrs. She said he called and asked what she was doing.
- She said she told Daniel she would call him back after she was finished eating. She said she tried to call him when she got home.
- Elaina said Daniel answered the phone while all this was going on. She said Daniel answered and was screaming that Johnson had shot herself. She said she heard sirens in the background.
- Elaina allowed me to look at her phone. There were only a few message threads saved. She said she usually only saved Daniel's messages.
- Her messages to Daniel went back several months.
- Elaina said she never saw Daniel use drugs or get high. She said she had heard plenty about him using drugs, but she had no knowledge of it. She admitted that she might not have known, because she had never been around drugs.
- I saw that Elaina had talked to William Nantz several times. She said he had not made any comments on what was going on with Daniel.
- When looking at Elaina's phone, I saw that she called and spoke to Daniel at 1833hrs. She talked to him for 67 seconds. There were missed calls to Daniel at 1834hrs and 1837hrs.
- Elaina said the only thing she got out of the conversation was that he screamed Johnson had shot herself. She said Daniel did not answer the other two phone calls.
- I saw messages on Elaina's phone to Daniel in which she asked about a gun he stole. Daniel denies stealing the gun in the messages.

| Det. Jesse Armstrong | 477 | 100 hours | March 16, 2019 | |
|---|---|---|---|---|
| **Trooper Making Report** | **Badge No.** | **Time Spent** | **Date** | **Reviewed By** |

11-19-0194 Vol II · 29

## CONTINUATION PAGE/SUPPLEMENTARY
## UNIFORM OFFENSE REPORT

**ORI:** KYKSP1100            **Case Number:** 11-19-0194
**Title of Investigation:** Murder            **Violation:** 09150

- Elaina said the gun belonged to her brother-in-law and went missing after she and Daniel split up. She said Trey Monico was her brother-in-law, and asked for the gun back. She said when her mom went to get it, the gun was gone, but the box was left.
- She said she thought someone in her family still had the box the gun came in.
- Elaina said Daniel had never been violent toward her. I found a few messages on Elaina's phone that appeared to be in the context of a threat. She admitted that Daniel had made statements like that before, but maintained that he had never been violent toward her.
- Elaina said Daniel did not spend any time alone with MINOR or MINOR when she brought them over yesterday.

---

| Det. Jesse Armstrong | 477 | 100 hours | March 16, 2019 | |
|---|---|---|---|---|
| **Trooper Making Report** | **Badge No.** | **Time Spent** | **Date** | **Reviewed By** |

11-19-0194-Vol II-30