EXHIBIT
24
6:19-CR-16

**Body**
**Attachments** Justin:
sticker (369239263222822)
**Type** image/png
**Size** 0
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=369239263222822&mid=mid.%2
4cAAAAAL1ZOu1u6B7ru1ottmYf6G2B&uid=100
032835082488&accid=100032835082488&prev
iew=0&hash=AQCCub6GbDOU-
G6ecZGTsBoJxmpTnjbm62_qRuHWJRZW4Q



**Photo Id:** 369239263222822

**Author** Justin Spencer (100029935182357)
**Sent** 2019-02-18 21:35:03 UTC
**Body** https://www.youtube.com/watch?v=IeO9bey8Crg&feature=share
**Share** **Date Created** 2019-02-18 21:35:03 UTC
**Summary** One of my favorite songs.There are some parts
in the video I didn't understand so if you know
please let me know. Like, Comment, and
Subscribe. IG: viii.iii....
**Text**
**Title** My Nigga by YG, Young Jeezy & Rich Homie
Quan (Lyr
**Url** https://www.youtube.com/watch?v=IeO9bey8Cr
g

**Thread** (154819372173930)
**Current** 2019-07-09 15:20:51 UTC
**Participants** Earl Mcintosh (100029376049739)
Daniel Nantz (100032835082488)

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-17 19:36:33 UTC
**Call Record** **Type** audio
**Missed** true
**Duration** 0

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-17 19:35:45 UTC
**Body** Hey it's important come to zarens

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-17 12:50:49 UTC
**Body** Aye bro come see me im here if u need me love u

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-17 02:43:16 UTC
**Body**   I love you bub im so sorry man come get me daniel km here bub

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-16 20:12:52 UTC
**Body**   Shelies headache is to bad for her to call

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-16 20:09:41 UTC
**Body**   She told me to stay till he got back

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-16 20:08:30 UTC
**Body**   Saying she recievd a call  about tyler

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-16 20:08:10 UTC
**Body**   Aye tyler mom jest left here triping out

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-16 18:59:00 UTC
**Body**   Car

**Author**   Daniel Nantz (100032835082488)
**Sent**   2019-03-16 18:58:51 UTC
**Body**   SUV or car

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-16 18:58:13 UTC
**Body**   Newer

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-16 18:58:10 UTC
**Body**   Black honda

**Author**   Daniel Nantz (100032835082488)
**Sent**   2019-03-16 18:57:50 UTC
**Body**   What kind of vehicle

**Author**   Daniel Nantz (100032835082488)
**Sent**   2019-03-16 18:57:48 UTC
**Body**   In what

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-16 18:54:55 UTC
**Body**   He left with gage to turdys

**Author**   Daniel Nantz (100032835082488)
**Sent**   2019-03-16 18:51:27 UTC
**Body**   Wheres tyler

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-16 17:50:39 UTC
**Body**   Got anything.?

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-16 16:00:25 UTC

**Body**       Billy us selling his truck and gonna pay u all

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-16 15:56:03 UTC
**Body** Aye bro ill have some cash in a little

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-16 13:13:08 UTC
**Call Record**                **Type** audio
**Missed** true
**Duration** 0

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-16 13:11:11 UTC
**Body** Did u send Dave

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-16 13:05:12 UTC
**Body** Put me squared up right

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-16 13:04:57 UTC
**Body** Aye soon as my boy gets high home i got that 160 i owe u

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-16 11:11:58 UTC
**Body** Its new

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-16 11:11:54 UTC
**Body** I got you a point put up

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-16 07:14:11 UTC
**Call Record**                **Type** audio
**Missed** true
**Duration** 0

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-16 06:23:56 UTC
**Call Record**                **Type** audio
**Missed** true
**Duration** 0

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-16 06:21:36 UTC
**Call Record**                **Type** audio
**Missed** true
**Duration** 0

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-16 05:11:23 UTC
**Body** Buba

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-16 04:42:18 UTC
**Call Record**                **Type** audio
**Missed** true

**Duration**

0

| | |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |
| **Sent** | 2019-03-16 01:58:21 UTC |
| **Call Record**    **Type** | audio |
| **Missed** | true |
| **Duration** | 0 |

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-15 23:31:16 UTC
**Body** Lol

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-15 23:31:15 UTC
**Body** Thats funny shit lpl

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-15 23:30:13 UTC
**Body** He lost 160 bucks and has a g left for 50 lol

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-15 23:29:35 UTC
**Body** Haha billy lost all his money an stuff karma lol

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-15 20:15:20 UTC
**Body** Ok bub

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-15 20:10:39 UTC
**Body** Paid

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-15 20:10:36 UTC
**Body** I cant afford it till I get laid

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-15 20:01:57 UTC
**Body** Me

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-15 20:01:52 UTC
**Body** Dam man i owe u 160 make it 200  and bring ne another

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-15 20:01:36 UTC
**Body** You:
**Attachments** sticker (369239263222822)
    **Type** image/png
    **Size** 0
    **URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=369239263222822&mid=mid.%24cAAAAA1L06rNvtDdaiFpgvIMvBja_&uid=100032835082488&accid=100032835082488&preview=0&hash=AQBjkYRoOKXv00Hvcd8oySSdDufGmAqj93rWuzkFptniEA



**Photo Id:** 369239263222822

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-15 20:00:33 UTC
**Body** Yeah i know bub i had wat i was suppsed to let somekne take it from me not again

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-15 19:59:41 UTC
**Body** Show me u make pro ml uses that u cant keep I really wish u would show me something I do nm like ya and I dont like people at all

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-15 19:58:54 UTC
**Body** Im get u that 10 millmeter

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-15 19:57:04 UTC
**Body** Holler at me

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-15 18:44:25 UTC
**Body** Lmk

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-15 18:27:00 UTC
**Body** Im not getting twisted  anymore i need money

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-15 18:25:11 UTC
**Body** Are u there bub

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-15 18:22:14 UTC
**Body** Im at tracys

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-15 18:21:11 UTC
**Body** Lmk sonething

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-15 18:19:20 UTC
**Body** Lmk sonething  man

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-15 18:18:28 UTC
**Body** Again

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-15 18:18:26 UTC
**Body** Bub  i owe 80 bucks twice  i had your money and that peaice right

give me another chance let me try agakn

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-15 15:46:04 UTC
**Body** U there

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-15 15:44:20 UTC
**Body** Come quick that way u can get it

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-15 15:43:55 UTC
**Body** Bub

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-15 15:43:52 UTC
**Body** Tyler got 100

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-15 15:42:55 UTC
**Body** Wrud bub

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-15 15:40:06 UTC
**Body** Hey

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-15 14:33:35 UTC
**Body** Holler at me

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-15 14:21:48 UTC
**Body** Ole boy has 450 ima pile him

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-15 14:21:11 UTC
**Body** Aye

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-15 14:20:35 UTC
**Call Record**           **Type** audio
                       **Missed** true
                    **Duration** 0

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-15 14:20:21 UTC
**Body** Aye

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-15 10:24:31 UTC
**Body** If i can get a front i will show out forreeal

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-15 10:24:10 UTC
**Body** Bub

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-15 10:15:10 UTC
**Body** Wat now

**Author**
Daniel Nantz (100032835082488)
**Sent** 2019-03-15 10:13:14 UTC
**Body** If he need come to me

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-15 08:56:27 UTC
**Call Record**          **Type** audio
                        **Missed** false
                       **Duration** 74

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-15 08:49:04 UTC
**Body** They woke me up wrud

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-15 08:48:41 UTC
**Call Record**          **Type** audio
                        **Missed** false
                       **Duration** 2

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-15 08:46:54 UTC
**Body** Hey bub billyys here

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-15 08:24:51 UTC
**Body** Hey

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-15 05:08:03 UTC
**Body** Me

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-15 05:08:01 UTC
**Body** Come see ne

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-15 05:01:44 UTC
**Body** U there

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-15 04:58:46 UTC
**Body** Give me little to go on

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-15 04:58:16 UTC
**Body** Yeah  come take me down down there i will

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-15 04:57:32 UTC
**Body** Well get it and I'll hook you up

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-15 04:57:12 UTC
**Body** No not yet its at kurts

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-15 04:56:18 UTC

**Body**
Did u get that ex or not

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-15 04:56:12 UTC
**Body** Nothing yet

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-15 04:56:00 UTC
**Body** Up

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-15 04:55:58 UTC
**Body** Yeah iv been all over the place trying to come u ppl

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-15 04:54:47 UTC
**Body** Yeah I just got it bub

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-15 04:54:26 UTC
**Body** Im goin bed

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-15 04:49:42 UTC
**Body** Aye bub can i get a shot off u

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-15 03:49:19 UTC
**Body** Waiting on that ex but

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-15 00:05:47 UTC
**Body** Wrud

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-15 00:04:34 UTC
**Body** Nothing bub   trying  round up sone money i can get u a ex
hopefully tonight i need a shot lol

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-15 00:03:25 UTC
**Body** Sup

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-14 23:52:37 UTC
**Body** Holer at me

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-14 23:34:12 UTC
**Body** Ever do any good  this shit everyone slese has is bullshit

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-14 23:08:58 UTC
**Body** Tonight its yours  come see me

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-14 22:11:11 UTC
**Body** Yes

**Author**
    Earl Mcintosh (100029376049739)
**Sent** 2019-03-14 21:36:50 UTC
**Body** Want a red 400 ex

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-14 21:34:58 UTC
**Body** Everyone packing a little today could i get a g for 80

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-14 20:41:30 UTC
**Body** Store

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-14 20:41:25 UTC
**Body** 2 county boys are at stote

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-14 19:52:02 UTC
**Body** Yeah

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-14 19:43:04 UTC
**Body** Yeah it's fixed. I'm at the doc with my babies

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-14 19:30:40 UTC
**Body** Wrud

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-14 19:20:00 UTC
**Body** Fixed

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-14 19:19:34 UTC
**Body** Get ur truck

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-14 19:14:15 UTC
**Body** Me an dave dont get along

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-14 18:13:34 UTC
**Body** At tylers

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-14 16:36:03 UTC
**Body** Cone to shellies ig u need me im dyeing

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-14 16:19:22 UTC
**Body** Im fucking dyeing lol

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-14 16:19:12 UTC
**Body** Are u up

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-14 16:04:04 UTC

**Body**
   Pot

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-14 16:04:00 UTC
**Body** Wat can u get an oz for

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-14 15:53:48 UTC
**Body** Wrud

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-14 03:14:42 UTC
**Body** Yeah

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-14 02:08:31 UTC
**Body** U coneing over

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-14 01:15:12 UTC
**Body** Im on it

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-14 01:14:49 UTC
**Body** That's 4 u to find out

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-14 00:55:30 UTC
**Body** Who can we pile back

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-14 00:51:41 UTC
**Call Record**              **Type** audio
                        **Missed** false
                      **Duration** 51

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-14 00:49:23 UTC
**Body** Come get me lets show out ill do watever

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-14 00:47:07 UTC
**Call Record**              **Type** audio
                        **Missed** true
                      **Duration** 0

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-14 00:44:13 UTC
**Call Record**              **Type** audio
                        **Missed** true
                      **Duration** 0

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-14 00:40:02 UTC
**Call Record**              **Type** audio
                        **Missed** true
                      **Duration** 0

Facebook Business Record                                          Page 196

**Author**
      Earl Mcintosh (100029376049739)
**Sent** 2019-03-14 00:39:17 UTC
**Body** Come get me ill get us a shot of scott burnette

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-14 00:20:24 UTC
**Body** Any ideas

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-14 00:11:54 UTC
**Body** Im trying to get brooke  spunn out it aint working aat all

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-14 00:10:41 UTC
**Body** Scott burnette supposed to give me some i need a ride

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-14 00:09:55 UTC
**Body** Fuck no i wish bub

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-14 00:09:38 UTC
**Body** U got any dope

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-14 00:09:32 UTC
**Body** What u doin  tonight

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-14 00:09:13 UTC
**Body** Hopefully

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-14 00:08:46 UTC
**Body** Okay

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-14 00:08:16 UTC
**Body** No im not i took some antibiotics

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-14 00:07:32 UTC
**Body** Ur about to die from staff

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-13 23:47:54 UTC
**Body** Aye u wanna go raise hell im down

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-13 23:09:19 UTC
**Body** Ill holler

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-13 23:08:31 UTC
**Body** Sorry bub someone else will want

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-13 23:07:50 UTC

Facebook Business Record                                           Page 197

**Body**   Ught he. Backed out

**Author**   Daniel Nantz (100032835082488)
**Sent**   2019-03-13 23:07:13 UTC
**Body**   Yeah

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-13 22:48:36 UTC
**Body**   Hes waiting

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-13 22:42:36 UTC
**Body**   Aye wanna  get ride of a quater o past kellys in rockholds

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-13 22:38:06 UTC
**Call Record**   **Type**   audio
**Missed**   false
**Duration**   27

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-13 22:34:25 UTC
**Body**   Were u at

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-13 22:25:00 UTC
**Body**   I know were ghost  live u need him

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-13 22:22:37 UTC
**Body**   I got a plan

**Author**   Daniel Nantz (100032835082488)
**Sent**   2019-03-13 22:22:06 UTC
**Body**   Okay

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-13 22:17:10 UTC
**Body**   Lmk some  thing if i gotta go kick doors  in tonight and rob whoever ima have some money

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-13 22:08:58 UTC
**Body**   He tried cut me over my phone lol

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-13 22:08:22 UTC
**Body**   I swear i didnt take anything of ur bub i wouldinnnnt ran off but david was wiged way out

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-13 22:03:33 UTC
**Body**   No but  iv had people all day   20 40   over an again

**Author**   Daniel Nantz (100032835082488)
**Sent**   2019-03-13 21:39:27 UTC
**Body**   U got any cash

Facebook Business Record                                    Page 198

| | |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |
| **Sent** | 2019-03-13 21:17:04 UTC |
| **Body** | Love u bub |

| | |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |
| **Sent** | 2019-03-13 21:10:17 UTC |
| **Body** | Ill do watever bub |

| | |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |
| **Sent** | 2019-03-13 21:09:00 UTC |
| **Body** | Im dyeing for little wat do u need me to do for a good shot for me and brooke |

| | |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |
| **Sent** | 2019-03-13 21:07:48 UTC |
| **Body** | Lol |

| | |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |
| **Sent** | 2019-03-13 21:05:56 UTC |
| **Body** | They rook of walking qat do u want for a tenager |

| | | |
|---|---|---|
| **Author** | | Earl Mcintosh (100029376049739) |
| **Sent** | | 2019-03-13 20:51:52 UTC |
| **Call Record** | **Type** | audio |
| | **Missed** | true |
| | **Duration** | 0 |

| | | |
|---|---|---|
| **Author** | | Earl Mcintosh (100029376049739) |
| **Sent** | | 2019-03-13 20:49:58 UTC |
| **Call Record** | **Type** | audio |
| | **Missed** | true |
| | **Duration** | 0 |

| | |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |
| **Sent** | 2019-03-13 20:48:38 UTC |
| **Body** | There a whole house  full |

| | |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |
| **Sent** | 2019-03-13 20:37:19 UTC |
| **Body** | Bub were u at |

| | |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |
| **Sent** | 2019-03-13 20:31:21 UTC |
| **Body** | Hahah |

| | |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |
| **Sent** | 2019-03-13 20:30:57 UTC |
| **Body** | I.  Found kurts old lady |

| | | |
|---|---|---|
| **Author** | | Earl Mcintosh (100029376049739) |
| **Sent** | | 2019-03-13 20:30:33 UTC |
| **Call Record** | **Type** | audio |
| | **Missed** | true |
| | **Duration** | 0 |

| | |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |
| **Sent** | 2019-03-13 20:20:16 UTC |
| **Body** | {Bub look who i found |

Facebook Business Record                                     Page 199

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-13 19:59:34 UTC
**Call Record**   **Type**   audio
**Missed**   true
**Duration**   0

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-13 19:58:54 UTC
**Call Record**   **Type**   audio
**Missed**   true
**Duration**   0

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-13 19:53:18 UTC
**Body**   They  have to try make u not like me  jealoyse

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-13 19:39:36 UTC
**Body**   If u want

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-13 19:38:01 UTC
**Body**   She left u can cone over

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-13 19:37:38 UTC
**Body**   I gues il help

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-13 19:36:25 UTC
**Body**   So she can pay her dettt

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-13 19:36:08 UTC
**Body**   Kelly gonna rip ole boy tonight ima help

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-13 19:34:27 UTC
**Body**   Im hide8n

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-13 19:34:00 UTC
**Body**   Lol

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-13 19:33:59 UTC
**Body**   Tylers mom here goddam

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-13 19:33:37 UTC
**Body**   Bub

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-13 19:33:36 UTC
**Body**   Wrud

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-13 19:26:23 UTC

Facebook Business Record                                    Page 200

**Body**
I swear

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-13 19:26:14 UTC
**Body** Il have this bitch looking like mcdonalds drive threw in a hour

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-13 19:25:56 UTC
**Body** Guitar

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-13 19:25:30 UTC
**Body** There playing gitar

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-13 19:25:16 UTC
**Body** What

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-13 19:24:46 UTC
**Body** Goddam lee and Tyler  are ducking each outher dicks

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-13 19:22:05 UTC
**Body** Yeah

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-13 19:21:49 UTC
**Body** Choose to be a privacy patient

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-13 19:21:45 UTC
**Body** Cutt it off

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-13 19:21:24 UTC
**Body** My leg is fucked up lol im not going to rhe hospital fuck it idgaf

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-13 18:55:24 UTC
**Body** Cone see  me

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-13 18:52:58 UTC
**Body** Let me try one more man  i know im digging a hole ateast u know im there anytime u need me and i will get right this time

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-13 18:32:38 UTC
**Body** I think i could do good if i had some  david  crazy fucking ass pppulled a knife on me over my phone i had ro roll out

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-13 18:22:46 UTC
**Body** Denise is wanting  a 20 now

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-13 18:21:32 UTC

**Body**   If u wanna go to hillside an  holler at my buddy hes got 40

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-13 18:18:53 UTC
**Body**   David an kim went to lorettas if u got 40 gone then i bet thats were it went they told me to stay put of ur room when they left casue id pile u and david all wiged out acting stupid over anything so i rolled out

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-13 18:17:01 UTC
**Body**   Swing by get me if u want

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-13 18:09:37 UTC
**Call Record**         **Type**   audio
**Missed**   true
**Duration**   0

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-13 17:38:36 UTC
**Body**   Bub

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-13 17:38:33 UTC
**Body**   U there

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-14 00:18:38 UTC
**Body**   Earl:
**Attachments**   sticker (369239263222822)
**Type**   image/png
**Size**   0
**URL**   https://attachment.fbsbx.com/messaging_attachment.php?aid=369239263222822&mid=mid.%24cAAAAA1L06rNvqtX1dlpeZC09rQP8&uid=100032835082488&accid=100032835082488&preview=0&hash=AQA5mBsdU-Crs7i8OB6QbNuDyBBslXsRXn_d0gdxlM-GJw



**Photo Id:**  369239263222822

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-14 00:18:36 UTC
**Body**   Earl:
**Attachments**   sticker (369239263222822)
**Type**   image/png
**Size**   0
**URL**   https://attachment.fbsbx.com/messaging_attachment.php?aid=369239263222822&mid=mid.%2

4cAAAAA1L06rNvqtXstVpeZCtZpCqX&uid=1000
32835082488&accid=100032835082488&previ
ew=0&hash=AQAqEQdct3BTOx1C1gVJI20N6f29
4v1Q3o1Ur1VdNKMyKw



**Photo Id:** 369239263222822

| | |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |
| **Sent** | 2019-03-13 23:25:02 UTC |
| **Body** | Earl: |
| **Attachments** | sticker (369239263222822) |
| **Type** | image/png |
| **Size** | 0 |
| **URL** | https://attachment.fbsbx.com/messaging_attach ment.php?aid=369239263222822&mid=mid.%2 4cAAAAA1L06rNvqqTjTVpeV-gKICvt&uid=10003 2835082488&accid=100032835082488&previe w=0&hash=AQDH6RUZimXk7kc2q9XL7pG2uOg O4tjSwBY5B2_abh0Eag |



**Photo Id:** 369239263222822

| | |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |
| **Sent** | 2019-03-13 21:07:41 UTC |
| **Removed by Sender** | 2019-03-13 21:10:02 UTC |
| **Body** | Earl removed a message |

| | |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |
| **Sent** | 2019-03-13 17:37:13 UTC |
| **Body** | Talking |

| | |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |
| **Sent** | 2019-03-13 17:37:05 UTC |
| **Body** | Are u up wtf is  dave ralking about |

| | |
|---|---|
| **Author** | Daniel Nantz (100032835082488) |
| **Sent** | 2019-03-13 06:23:18 UTC |
| **Body** | Do u have new ones. |

| | |
|---|---|
| **Author** | Daniel Nantz (100032835082488) |
| **Sent** | 2019-03-13 06:11:52 UTC |
| **Body** | Okay |

Facebook Business Record                                      Page 203

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-13 06:11:19 UTC
**Body**   Marissa said cone in an do one if u want to

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-13 06:07:38 UTC
**Body**   U all right

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-13 06:06:59 UTC
**Body**   Ok bub jest checking

**Author**   Daniel Nantz (100032835082488)
**Sent**   2019-03-13 06:06:13 UTC
**Body**   Yeah

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-13 06:04:18 UTC
**Body**   Lmk

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-13 06:04:16 UTC
**Body**   ?

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-13 06:04:14 UTC
**Body**   U coming back

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-13 00:56:44 UTC
**Body**   ?

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-13 00:55:48 UTC
**Body**   Bub everyone needing what do we do

**Author**   Daniel Nantz (100032835082488)
**Sent**   2019-03-13 00:54:07 UTC
**Body**   What

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-13 00:51:14 UTC
**Body**   Is th phin that loud

**Author**   Daniel Nantz (100032835082488)
**Sent**   2019-03-12 22:30:12 UTC
**Body**   Yeah I was finding out about the law being g here for shelly

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-12 22:14:16 UTC
**Body**   U ok

**Author**   Daniel Nantz (100032835082488)
**Sent**   2019-03-12 21:52:00 UTC
**Body**   You:
**Attachments**   sticker (369239263222822)
**Type**   image/png
**Size**   0

**URL** https://attachment.fbsbx.com/messaging_attach ment.php?aid=369239263222822&mid=mid.%2 4cAAAAA1L06rNvpSlYPlpc-QMnruV0&uid=10003 2835082488&accid=100032835082488&previe w=0&hash=AQB-b9fpEMYf01c7qi-tZdmMit_hH2IAAvByJSegIPR7Mg



**Photo Id:** 369239263222822

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-12 20:28:43 UTC
**Body** Ur the man with the plan I'm just enforcer lol

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-12 20:27:21 UTC
**Body** She's on the road beside binges

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-12 20:26:43 UTC
**Body** No kims out

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-12 20:25:58 UTC
**Body** If u want to it don't matter to me

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-12 20:24:07 UTC
**Body** Earl:
**Attachments** sticker (369239263222822)
**Type** image/png
**Size** 0
**URL** https://attachment.fbsbx.com/messaging_attach ment.php?aid=369239263222822&mid=mid.%2 4cAAAAA1L06rNvpSJk_1pc5HgRN1ac&uid=1000 32835082488&accid=100032835082488&previ ew=0&hash=AQBLufATPpmFcoxxAmyyNtnXVD8 f5AAairVJDy5CmzBmtQ



**Photo Id:** 369239263222822

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-12 20:23:19 UTC

Facebook Business Record                                    Page 205

**Body**

She's walking from Pinky's to the store

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-12 20:21:23 UTC
**Body** She's walking towards the store and church

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-12 20:13:31 UTC
**Body** Okay where and did Kim go to jail

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-12 20:09:20 UTC
**Body** Shesatwoodbine

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-12 20:09:16 UTC
**Body** Aye pick maranda up for me lol

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-12 20:01:25 UTC
**Body** Jest Kim

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-12 20:01:02 UTC
**Body**

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-12 20:00:59 UTC
**Body** For sure

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-12 19:59:19 UTC
**Body** No one went to jail

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-12 19:58:58 UTC
**Body** They want there for anything else for sure

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-12 19:39:04 UTC
**Body** At shellies

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-12 19:39:04 UTC
**Body** Law was looking for kim

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-12 04:43:20 UTC
**Body** I have your phone come on

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-12 04:35:56 UTC
**Body** Asholes lol

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-12 04:34:34 UTC
**Call Record**             **Type** audio
                    **Missed** false

Facebook Business Record                                          Page 206

**Duration**
82

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-12 04:32:45 UTC
Call Record                    **Type** audio
                               **Missed** true
                               **Duration** 0

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-12 04:32:32 UTC
**Body** Holler at me

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-12 04:32:11 UTC
**Body** Aye I lost my phone I'mneed a ride

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-12 01:41:48 UTC
**Body** Will do

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-12 01:38:45 UTC
**Body** Plz

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-12 01:38:18 UTC
**Body** Ur good if you run across any antibiotics  swip em upset

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-12 01:37:18 UTC
**Body** It was an accident bub didnt mean to call

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-12 01:35:39 UTC
**Body** Im laying down hide from tyler mom

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-12 01:34:56 UTC
**Body** U there

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-12 01:34:36 UTC
Call Record                    **Type** audio
                               **Missed** true
                               **Duration** 0

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-12 01:34:19 UTC
Call Record                    **Type** audio
                               **Missed** true
                               **Duration** 0

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-12 01:12:12 UTC
Call Record                    **Type** audio
                               **Missed** false
                               **Duration** 228

Facebook Business Record                                                     Page 207

**Author**    Earl Mcintosh (100029376049739)
**Sent**    2019-03-12 01:07:26 UTC
**Body**    The law hot

**Author**    Earl Mcintosh (100029376049739)
**Sent**    2019-03-12 01:07:06 UTC
**Body**    ANTIBIOTICS

**Author**    Earl Mcintosh (100029376049739)
**Sent**    2019-03-12 01:06:47 UTC
**Body**    I need ride to hospital or some anti bioritcs

**Author**    Earl Mcintosh (100029376049739)
**Sent**    2019-03-12 01:05:48 UTC
**Body**    Legs

**Author**    Earl Mcintosh (100029376049739)
**Sent**    2019-03-12 01:05:43 UTC
**Body**    Im not lieing bub im flat broke and my lefs killing me   so i didn't come back

**Author**    Daniel Nantz (100032835082488)
**Sent**    2019-03-12 01:04:45 UTC
**Body**    Dont lie to me earl

**Author**    Earl Mcintosh (100029376049739)
**Sent**    2019-03-12 00:28:41 UTC
**Body**    Idk what to do

**Author**    Earl Mcintosh (100029376049739)
**Sent**    2019-03-12 00:28:19 UTC
**Body**    Fuck man

**Author**    Earl Mcintosh (100029376049739)
**Sent**    2019-03-12 00:28:12 UTC
**Body**    Ate he didnt go threw

**Author**    Earl Mcintosh (100029376049739)
**Sent**    2019-03-12 00:25:30 UTC
**Body**    Aye

**Author**    Daniel Nantz (100032835082488)
**Sent**    2019-03-11 23:19:01 UTC
**Body**    Sup

**Author**    Daniel Nantz (100032835082488)
**Sent**    2019-03-11 23:18:54 UTC
**Call Record**    **Type**  audio
    **Missed**  true
    **Duration**  0

**Author**    Earl Mcintosh (100029376049739)
**Sent**    2019-03-11 22:54:05 UTC
**Call Record**    **Type**  audio
    **Missed**  true
    **Duration**  0

**Author**    Earl Mcintosh (100029376049739)

Facebook Business Record                                           Page 208

| | |
|---|---|
| **Sent** | 2019-03-11 20:36:20 UTC |
| **Body** | Omw |

| | |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |
| **Sent** | 2019-03-11 20:35:46 UTC |
| **Body** | Ok |

| | |
|---|---|
| **Author** | Daniel Nantz (100032835082488) |
| **Sent** | 2019-03-11 20:35:41 UTC |
| **Body** | Gates dummy locked |

| | |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |
| **Sent** | 2019-03-11 20:35:00 UTC |
| **Body** | Ok |

| | |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |
| **Sent** | 2019-03-11 20:34:56 UTC |
| **Body** | Earl: |
| **Attachments** | sticker (369239343222814) |
| **Type** | image/png |
| **Size** | 0 |
| **URL** | https://attachment.fbsbx.com/messaging_attachment.php?aid=369239343222814&mid=mid.%24cAAAAA1L06rNvn7xvfVpbncn1xNvD&uid=100032835082488&accid=100032835082488&preview=0&hash=AQAmXhJw4yxL9CeWPA-3YvlbeGQXBaWmLiawf9e77YrDpA |



**Photo Id:** 369239343222814

| | |
|---|---|
| **Author** | Daniel Nantz (100032835082488) |
| **Sent** | 2019-03-11 20:34:33 UTC |
| **Body** | Come to my place |

| | |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |
| **Sent** | 2019-03-11 20:34:33 UTC |
| **Body** | Bub u there |

| | |
|---|---|
| **Author** | Daniel Nantz (100032835082488) |
| **Sent** | 2019-03-11 20:34:24 UTC |
| **Body** | Where is turdy? |

Facebook Business Record                                          Page 209

**Author**
Earl Mcintosh (100029376049739)
**Sent** 2019-03-11 20:33:26 UTC
**Call Record**          **Type** audio
                      **Missed** true
                     **Duration** 0

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-11 20:32:23 UTC
**Body** Aye the sherrif has yellow tape all around that bike at turdys

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-11 20:31:22 UTC
**Call Record**          **Type** audio
                      **Missed** true
                     **Duration** 0

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-11 20:22:54 UTC
**Body** Bub

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-11 20:21:02 UTC
**Body** What are u doing

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-11 01:05:37 UTC
**Body** Love u bub

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-11 01:02:03 UTC
**Call Record**          **Type** audio
                      **Missed** false
                     **Duration** 236

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-11 00:50:52 UTC
**Body** I tryed  to help her

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-11 00:50:51 UTC
**Body** Wrud bub i didnt make that deal thats on her bub

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-11 00:46:59 UTC
**Body** Aye u ok

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-10 20:54:00 UTC
**Call Record**          **Type** audio
                      **Missed** true
                     **Duration** 0

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-10 20:52:22 UTC
**Body** Aye can i get a tenager for 40

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-10 17:48:09 UTC

Facebook Business Record                                          Page 210

**Call Record**

|  |  |
|---|---|
| **Type** | audio |
| **Missed** | false |
| **Duration** | 137 |

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-10 17:44:37 UTC
**Body** U therr

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-10 17:43:49 UTC

**Call Record**

|  |  |
|---|---|
| **Type** | audio |
| **Missed** | true |
| **Duration** | 0 |

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-10 17:39:40 UTC
**Body** Be carefull

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-10 17:39:36 UTC
**Body** Busted

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-10 17:39:27 UTC
**Body** Kim got buated leaveing schott burnette

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-10 17:39:10 UTC
**Body** Kim is asleep

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-10 17:38:59 UTC

**Call Record**

|  |  |
|---|---|
| **Type** | audio |
| **Missed** | false |
| **Duration** | 37 |

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-10 17:37:52 UTC
**Body** Kim jest got busted on 6 past lees

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-10 17:32:12 UTC

**Call Record**

|  |  |
|---|---|
| **Type** | audio |
| **Missed** | true |
| **Duration** | 0 |

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-10 16:00:59 UTC
**Body** Sherrig went by

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-10 15:57:41 UTC
**Body** Call me

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-10 15:54:57 UTC
**Body** Bub

Facebook Business Record                                      Page 211

| | |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |
| **Sent** | 2019-03-10 15:54:36 UTC |
| **Call Record** **Type** | audio |
| **Missed** | true |
| **Duration** | 0 |

| | |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |
| **Sent** | 2019-03-10 15:53:18 UTC |
| **Call Record** **Type** | audio |
| **Missed** | true |
| **Duration** | 0 |

| | |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |
| **Sent** | 2019-03-10 15:50:33 UTC |
| **Call Record** **Type** | audio |
| **Missed** | true |
| **Duration** | 0 |

| | |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |
| **Sent** | 2019-03-10 15:44:48 UTC |
| **Body** | Do u want me to kill her |

| | |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |
| **Sent** | 2019-03-10 15:42:53 UTC |
| **Body** | Are u allright im dyein for some h |

| | |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |
| **Sent** | 2019-03-10 15:40:28 UTC |
| **Body** | No this was when u droped us off at there house  i guess and she did most of it i guess idk |

| | |
|---|---|
| **Author** | Daniel Nantz (100032835082488) |
| **Sent** | 2019-03-10 15:39:33 UTC |
| **Body** | Was he at Tyler's with you guys |

| | |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |
| **Sent** | 2019-03-10 15:39:14 UTC |
| **Body** | Kelly |

| | |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |
| **Sent** | 2019-03-10 15:39:09 UTC |
| **Body** | Mikie |

| | |
|---|---|
| **Author** | Daniel Nantz (100032835082488) |
| **Sent** | 2019-03-10 15:38:54 UTC |
| **Body** | Who is a baby |

| | |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |
| **Sent** | 2019-03-10 15:38:32 UTC |
| **Body** | She said that boy took bunch of it  davidrd mnorsicy |

| | |
|---|---|
| **Author** | Daniel Nantz (100032835082488) |
| **Sent** | 2019-03-10 15:37:19 UTC |
| **Body** | He or she what |

| | |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |
| **Sent** | 2019-03-10 15:37:15 UTC |
| **Body** | I think she is a baby |

**Author**      Earl Mcintosh (100029376049739)
**Sent**      2019-03-10 15:36:47 UTC
**Body**      Earl:
**Attachments**      sticker (369239343222814)

**Type**      image/png
**Size**      0
**URL**      https://attachment.fbsbx.com/messaging_attach
ment.php?aid=369239343222814&mid=mid.%2
4cAAAAA1L06rNvmYUeE1paD_OtkJDM&uid=100
032835082488&accid=100032835082488&prev
iew=0&hash=AQB7veaW-4_bY7prMmS8KiKP0vP
wPnPClqAF9CbVxM4rZA



**Photo Id:**  369239343222814

**Author**      Earl Mcintosh (100029376049739)
**Sent**      2019-03-10 15:34:21 UTC
**Body**      Lmk hoq much mula u nred

**Author**      Earl Mcintosh (100029376049739)
**Sent**      2019-03-10 15:33:42 UTC
**Body**      How much did ahe get

**Author**      Earl Mcintosh (100029376049739)
**Sent**      2019-03-10 15:26:03 UTC
**Body**      Earl:
**Attachments**      sticker (369239263222822)

**Type**      image/png
**Size**      0
**URL**      https://attachment.fbsbx.com/messaging_attach
ment.php?aid=369239263222822&mid=mid.%2
4cAAAAA1L06rNvmXtIV1paDX7drheB&uid=1000
32835082488&accid=100032835082488&previ
ew=0&hash=AQDBrbo6p2Wr5Vvq_M7UdIaFH54
p0QAVAqmvWhDg0M9k1A



Facebook Business Record                                    Page 213

**Photo Id:**
369239263222822

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-03-10 15:25:45 UTC
**Type**  audio
**Call Record**
**Missed**  true
**Duration**  0

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-03-10 15:22:45 UTC
**Body**  What do i do

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-03-10 15:19:42 UTC
**Body**  How much do i owe

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-03-10 15:19:11 UTC
**Body**  Sherrfi went by

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-03-10 15:17:54 UTC
**Type**  audio
**Call Record**
**Missed**  true
**Duration**  0

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-03-10 15:14:37 UTC
**Body**  We fucked

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-03-10 15:13:32 UTC
**Body**  Im bringin his head on plater

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-03-10 15:12:39 UTC
**Body**  Earl:
**Attachments**  sticker (369239263222822)
**Type**  image/png
**Size**  0
**URL**  https://attachment.fbsbx.com/messaging_attach
ment.php?aid=369239263222822&mid=mid.%2
4cAAAAA1L06rNvmW8C51paCm2LcFwS&uid=10
0032835082488&accid=100032835082488&pre
view=0&hash=AQDjBRPl1oPP9apO5muJUYDcm3
emJjafPtRC3lfZa3AJ_A



**Photo Id:**  369239263222822

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-10 15:12:28 UTC
**Body** David morrssey

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-10 15:11:33 UTC
**Body** That dude jeat ran off with a ball an i got a g an half  so qere
fucked

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-10 11:27:24 UTC
**Body** I'll be there

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-10 11:10:42 UTC
**Body** She gave me  lityle under a ball get ride of

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-10 10:46:29 UTC
**Body** No hes here but aint talkjng  to her

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-10 10:45:57 UTC
**Body** With tyler

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-10 10:45:05 UTC
**Body** Her

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-10 10:43:52 UTC
**Body** Why u need here

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-10 10:42:56 UTC
**Body** Shes in outher room

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-10 10:42:43 UTC
**Body** Kelly

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-10 10:42:31 UTC
**Body** U know who mofo

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-10 10:41:59 UTC
**Body** Im lay down for a few holler when i get up love u

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-10 10:41:08 UTC
**Body** Bub

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-10 10:41:06 UTC
**Body** Knaw mean

**Author** Earl Mcintosh (100029376049739)

Facebook Business Record                                    Page 215

**Sent**
2019-03-10 10:40:31 UTC
**Body** Got find the  money first

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-10 10:39:57 UTC
**Body** Who

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-10 10:39:13 UTC
**Body** Where she be?

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-10 10:38:35 UTC
**Body** Im good trying to make sum gwap

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-10 10:22:18 UTC
**Body** Checkin on my  boy

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-10 10:03:29 UTC
**Body** Earl:
**Attachments** sticker (369239263222822)
**Type** image/png
**Size** 0
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=369239263222822&mid=mid.%2
4cAAAAA1L06rNvmFP4zlpZw6rFXXfG&uid=1000
32835082488&accid=100032835082488&previ
ew=0&hash=AQCFDch0Rlq_XTy3T_cRLDHwCLv
MLy9K4kcH5x7Me76c3Q



**Photo Id:** 369239263222822

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-10 09:40:33 UTC
**Body** Bub

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-10 09:40:17 UTC
**Body** U lookking for me

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-10 07:16:15 UTC
**Body** Ok i will

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-10 07:16:07 UTC
**Body** Get Lee looking its important t

Facebook Business Record                                      Page 216

**Author**
        Earl Mcintosh (100029376049739)
**Sent** 2019-03-10 07:15:58 UTC
**Body** Hold 0n i find her

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-10 07:15:50 UTC
**Body** Where at though?

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-10 07:14:56 UTC
**Body** No she with some guy in black chevelay

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-10 07:14:34 UTC
**Body** Yes she may be at curts

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-10 07:14:11 UTC
**Body** Yes earlier why u need me to find her

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-10 07:13:43 UTC
**Body** I be to see you soon have u seen kim

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-10 07:12:51 UTC
**Body** Tylers still

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-10 07:12:42 UTC
**Body** Who is that? Where are you

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-10 07:11:47 UTC
**Body** Burnette

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-10 07:11:42 UTC
**Body** Patterson?

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-10 07:11:37 UTC
**Body** Scott who?

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-10 07:11:13 UTC
**Body** Scott. Said they went by 8 times

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-10 07:02:58 UTC
**Body** Still?

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-10 05:53:14 UTC
**Body** Law is all over dowis chapel

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-10 03:39:37 UTC

**Body**
    I am tryiung to

**Author**  Daniel Nantz (100032835082488)
**Sent**  2019-03-10 03:39:23 UTC
**Body**  Be smooth about it bro

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-03-10 03:13:23 UTC
**Body**  Earl:
**Attachments**  sticker (369239263222822)
    **Type**  image/png
    **Size**  0
    **URL**  https://attachment.fbsbx.com/messaging_attach
ment.php?aid=369239263222822&mid=mid.%2
4cAAAAA1L06rNvltyCp1pZZcyx74x6&uid=1000
32835082488&accid=100032835082488&previ
ew=0&hash=AQBcpcL0wqznWraSKZfXmGuhCW
hnndBv1q63ul9x4LHhaQ



    **Photo Id:**  369239263222822

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-03-10 03:13:09 UTC
**Body**  Yeah ur right

**Author**  Daniel Nantz (100032835082488)
**Sent**  2019-03-10 03:12:53 UTC
**Body**  Need to pretend your leaving  and he will show up

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-03-10 03:09:37 UTC
**Body**  I know it will be it allready is  i think havent made my mind up

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-03-10 03:08:46 UTC
**Body**  Earl:
**Attachments**  sticker (369239263222822)
    **Type**  image/png
    **Size**  0
    **URL**  https://attachment.fbsbx.com/messaging_attach
ment.php?aid=369239263222822&mid=mid.%2
4cAAAAA1L06rNvlthJ_VpZZL55-9Rj&uid=100032
835082488&accid=100032835082488&preview
=0&hash=AQBpsFmbDT8pKWCu4oTO053Tms7
wa1yfnEE6g3rkqWbV3A

Facebook Business Record                                      Page 218



**Photo Id:** 369239263222822

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-10 03:08:41 UTC
**Body** He does it's over for him.

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-10 03:08:05 UTC
**Body** But ill find out

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-10 03:06:58 UTC
**Body** Yet

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-10 03:06:56 UTC
**Body** Im not foraure

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-10 03:06:37 UTC
**Body** Yeah an  he is telling geri i know he is

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-10 03:01:18 UTC
**Body** Im boooouut to steal all hisss stuff

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-10 03:00:56 UTC
**Body** Ur right

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-10 03:00:26 UTC
**Body** Cause that boy been retelling him who's there

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-10 02:55:13 UTC
**Body** Hes still not here

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-10 02:55:03 UTC
**Body** In waiting on my pistol or money tyler is gonna grt ficked up

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-10 02:54:38 UTC
**Body** No not realy

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-10 02:54:03 UTC
**Body** Yeah are u

**Author** Earl Mcintosh (100029376049739)

**Sent**

2019-03-10 01:57:59 UTC

**Body** U allrigggght

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-09 20:11:15 UTC
**Body** Ok

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-09 20:08:24 UTC
**Body** Omw be ready

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-09 20:08:20 UTC
**Body** Okay

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-09 20:08:04 UTC
**Body** Im at tylers

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-09 20:07:33 UTC
**Body** Dont say nothing to her bub I'll be right there

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-09 18:53:07 UTC
**Body** Are u ok

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-09 18:52:45 UTC
**Body** U ok im in woodbine jerry wrote me

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-09 18:52:30 UTC
**Call Record** 
**Type** audio
**Missed** false
**Duration** 35

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-08 10:07:51 UTC
**Body** 5957333

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-08 10:07:36 UTC
**Call Record** 
**Type** audio
**Missed** false
**Duration** 368

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-08 10:01:14 UTC
**Body** Im at wallmart

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-08 10:01:02 UTC
**Body** Dam bub im hit now

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-08 08:11:11 UTC
**Call Record** 
**Type** audio

Facebook Business Record                                                   Page 220

|  |  |
|---|---|
| **Missed** | true |
| **Duration** | 0 |

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-08 07:11:58 UTC
**Body** Werw u at

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-08 06:21:49 UTC
**Body** Ugh im at Marissa i dont think ima crazh

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-08 05:19:55 UTC
**Body** Do u have a place to crash

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-08 05:10:59 UTC
**Body** Im killed put

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-08 05:09:11 UTC
**Body** What

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-08 04:28:22 UTC
**Body** Idk

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-08 04:28:17 UTC
**Body** I might maoe it

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-08 04:27:37 UTC
**Body** Come to my place I got a building

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-08 04:25:55 UTC
**Body** Any ideas

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-08 04:25:39 UTC

| **Call Record** | **Type** | audio |
|---|---|---|
| | **Missed** | true |
| | **Duration** | 0 |

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-08 04:21:58 UTC
**Body** Im killed out bro me an that chick killed out idk what to do

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-08 04:19:48 UTC

| **Call Record** | **Type** | audio |
|---|---|---|
| | **Missed** | false |
| | **Duration** | 92 |

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-08 03:55:57 UTC
**Body** Im at tylers bub in tierd an FDR wore out

Facebook Business Record

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-03-08 03:54:57 UTC
**Body**  Bub in ar tyrese

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-03-08 03:54:49 UTC
**Body**  Hey

**Author**  Daniel Nantz (100032835082488)
**Sent**  2019-03-08 01:16:00 UTC
**Body**  I'm at end of Helton lane

**Author**  Daniel Nantz (100032835082488)
**Sent**  2019-03-08 01:12:11 UTC
**Body**  Here

**Author**  Daniel Nantz (100032835082488)
**Sent**  2019-03-08 01:10:02 UTC
**Body**  I wanna see her

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-03-08 01:02:04 UTC
**Body**  Hual ass we be walking toward end of the roads

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-03-08 01:01:20 UTC
**Body**  Lol i did

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-03-08 01:01:10 UTC
**Body**  Were u at

**Author**  Daniel Nantz (100032835082488)
**Sent**  2019-03-08 01:01:06 UTC
**Body**  Tell her wait for me lol

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-03-08 01:00:35 UTC
**Body**  Allright tylers moms here ill be ready

**Author**  Daniel Nantz (100032835082488)
**Sent**  2019-03-08 01:00:19 UTC
**Body**  Omw

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-03-07 23:46:59 UTC
**Body**  Lmk

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-03-07 23:46:00 UTC
**Body**  Aye i got this heater sold for  100 in a minute ill have that  80 plus another 40  see if u swing by a 25 cent peaice this time

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-03-07 23:15:20 UTC
**Body**  U  comeing

**Author**  Earl Mcintosh (100029376049739)

Facebook Business Record                                    Page 222

**Sent** 2019-03-07 23:06:18 UTC
**Body** Ok

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-07 23:04:26 UTC
**Body** Yes

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-07 23:04:20 UTC
**Body** Can she come

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-07 23:03:53 UTC
**Body** Yeah i  got ole girl qith me bub

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-07 23:03:38 UTC
**Body** Stay there I'll be there need u to ride wit me to do something

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-07 23:03:05 UTC
**Body** Tylers

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-07 23:02:54 UTC
**Body** Where you at?

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-07 23:00:28 UTC
**Body** :)

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-07 22:59:31 UTC
**Body** Wrud

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-07 22:59:22 UTC
**Body** Okay

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-07 22:38:50 UTC
**Body** Its not hot

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-07 22:36:57 UTC
**Body** !!

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-07 22:36:52 UTC
**Body** Im get it how i live bub love you

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-07 22:34:16 UTC
**Body** Thought that counts

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-07 22:34:09 UTC
**Body** I aint gonna shoot anyone

Facebook Business Record                                   Page 223

**Author**
    Earl Mcintosh (100029376049739)
**Sent** 2019-03-07 22:34:01 UTC
**Body** Yeah bub  im tierd of fighting and people be shady asf bub  im tierd of getting fucked and being brooke

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-07 22:32:50 UTC
**Body** It's slow hang in there u dont need that

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-07 22:32:26 UTC
**Body** Slow ass day

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-07 22:31:58 UTC
**Body** Ruger 25 ima keep it i got 20 on that  and a tennager left

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-07 22:31:15 UTC
**Body** Aye

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-07 21:40:49 UTC
**Body** Not yet bub still waiting

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-07 20:50:22 UTC
**Body** She make it yet

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-07 20:03:18 UTC
**Call Record**     **Type** audio
    **Missed** false
    **Duration** 168

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-07 19:59:49 UTC
**Body** Aye i got a quater onion gone for 250

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-07 17:55:53 UTC
**Body** Bub u ok

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-07 17:54:29 UTC
**Call Record**     **Type** audio
    **Missed** true
    **Duration** 0

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-07 17:41:29 UTC
**Body** Tyleedrs

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-07 17:27:40 UTC
**Body** Where u at now

**Author** Earl Mcintosh (100029376049739)

Facebook Business Record                                         Page 224

| | |
|---|---|
| **Sent** | |
| | 2019-03-07 16:43:05 UTC |
| **Body** | I got my phone back bub |

| | |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |
| **Sent** | 2019-03-07 10:10:44 UTC |
| **Call Record** | |
| **Type** | audio |
| **Missed** | false |
| **Duration** | 23 |

| | |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |
| **Sent** | 2019-03-07 10:09:41 UTC |
| **Body** | The goddm law spooked. Us |

| | |
|---|---|
| **Author** | Daniel Nantz (100032835082488) |
| **Sent** | 2019-03-07 09:30:54 UTC |
| **Body** | Need u here in 5 minutes if possible |

| | |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |
| **Sent** | 2019-03-07 09:22:41 UTC |
| **Body** | 10minutes |

| | |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |
| **Sent** | 2019-03-07 09:22:15 UTC |
| **Body** | Omw |

| | |
|---|---|
| **Author** | Daniel Nantz (100032835082488) |
| **Sent** | 2019-03-07 09:20:34 UTC |
| **Body** | Now come now |

| | |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |
| **Sent** | 2019-03-07 09:20:25 UTC |
| **Body** | Ok bub jest tell me when |

| | |
|---|---|
| **Author** | Daniel Nantz (100032835082488) |
| **Sent** | 2019-03-07 09:20:05 UTC |
| **Body** | May need you two to come get me at the place when you and them took my truck. |

| | |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |
| **Sent** | 2019-03-07 09:19:57 UTC |
| **Body** | Were. Do we need to go |

| | |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |
| **Sent** | 2019-03-07 09:19:30 UTC |
| **Body** | Yeah |

| | |
|---|---|
| **Author** | Daniel Nantz (100032835082488) |
| **Sent** | 2019-03-07 09:19:24 UTC |
| **Body** | Is Lee there still or what |

| | |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |
| **Sent** | 2019-03-07 09:19:12 UTC |
| **Body** | Ur right |

| | |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |
| **Sent** | 2019-03-07 09:18:16 UTC |
| **Body** | I gotta quict letting people do melike this |

Facebook Business Record

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-07 09:18:13 UTC
**Body** Is Lee there?

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-07 09:17:51 UTC
**Body** Ur right bub.

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-07 09:17:27 UTC
**Body** Take it back if it's yours wtf

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-07 08:44:24 UTC
**Body** I found my phone a zs i cqnt get it back unless i have a quater

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-07 08:44:03 UTC
**Body** Goddam dope whores. Didnt even get me tyler monday got. Me i gotcha in hour

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-07 08:42:19 UTC
**Body** Il have that 60 bucks in an hour. I got fucked. When fell asleep took my phone and all my dope but my buddy is gonna throw me a quater onion

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-07 08:40:25 UTC
**Body** I'm sure

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-07 08:40:22 UTC
**Body** Earlier

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-07 08:40:17 UTC
**Body** U shure i lost wifi

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-07 08:40:03 UTC
**Call Record**
**Type** audio
**Missed** true
**Duration** 0

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-07 08:39:57 UTC
**Body** I'm good bro

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-07 08:39:20 UTC
**Body** Lee said yeah

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-07 08:37:56 UTC
**Body** U need a ride

**Author** Earl Mcintosh (100029376049739)

Facebook Business Record                                        Page 226

| | |
|---|---|
| **Sent** | |
| | 2019-03-07 08:37:01 UTC |
| **Call Record** | |
| **Type** | audio |
| **Missed** | true |
| **Duration** | 0 |

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-07 08:29:31 UTC
**Body** Wwre u at

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-07 08:28:45 UTC
**Body** Bub

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-07 08:25:40 UTC
**Body** Wete at on 26

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-07 07:45:02 UTC
**Body** I'm already on 26 can I get a ride in about an hour ask Lee I will pay him

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-07 07:36:03 UTC
**Body** Ugh lee said

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-07 07:21:10 UTC
**Body** Can u come to Brooklyn bros

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-07 07:19:51 UTC
**Body** Where are u at

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-07 07:16:09 UTC
**Body** Yeah were u at

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-07 07:14:14 UTC
**Body** I need a ride if so

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-07 07:14:03 UTC
**Call Record**
**Type** audio
**Missed** true
**Duration** 0

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-07 07:13:37 UTC
**Body** Hey are u in town?

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-07 07:13:17 UTC
**Body** Ill write u in a minute when i get back to tylers

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-07 07:09:29 UTC

**Body**

Out in town waiting. Onittle money ugh whores or tyler or austin got me last night when i felm asleep im takeing care of it now. Anysec  now

**Author**  Daniel Nantz (100032835082488)
**Sent**  2019-03-07 05:07:55 UTC
**Body**  What are u doing? Where ya at

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-03-06 23:29:23 UTC
**Body**  I can help

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-03-06 23:24:30 UTC
**Body**  Why

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-03-06 23:24:28 UTC
**Body**  No jeep

**Author**  Daniel Nantz (100032835082488)
**Sent**  2019-03-06 23:22:59 UTC
**Body**  Me too buddy does your ride have a truck

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-03-06 23:21:11 UTC
**Body**  Il be around

**Author**  Daniel Nantz (100032835082488)
**Sent**  2019-03-06 23:16:58 UTC
**Body**  Nope

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-03-06 23:16:49 UTC
**Body**  I got a a ride u home

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-03-06 23:16:03 UTC
**Body**  Cone get me if u can they piled me qhen i feel aslepp so im pilwing tyler

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-03-06 23:15:38 UTC
**Body**  Aye

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-03-06 02:34:56 UTC
**Call Record**  **Type**  audio
**Missed**  false
**Duration**  118

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-03-06 02:32:48 UTC
**Call Record**  **Type**  audio
**Missed**  false
**Duration**  44

**Author**  Earl Mcintosh (100029376049739)

**Sent**

2019-03-06 02:15:01 UTC

**Body**  Love u man

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-03-06 01:52:33 UTC
**Call Record**  **Type**  audio
**Missed**  true
**Duration**  0

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-03-06 01:48:10 UTC
**Body**  Im at tyler monday tyey got kelly coffie

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-03-06 01:47:11 UTC
**Body**  Finally

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-03-06 01:47:04 UTC
**Body**  I got me a badaes little slut

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-03-06 01:46:38 UTC
**Call Record**  **Type**  audio
**Missed**  false
**Duration**  68

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-03-05 14:14:12 UTC
**Call Record**  **Type**  audio
**Missed**  true
**Duration**  0

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-03-05 14:13:02 UTC
**Body**  Bub  lmk im readg to roll

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-03-05 14:12:38 UTC
**Body**  HOLLER AT ME

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-03-05 14:12:18 UTC
**Body**  Holler

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-03-05 14:12:02 UTC
**Body**  :(

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-03-05 14:11:12 UTC
**Body**  Hey front me a half o for 350  i got take it to gurdler to get ride of for 475

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-03-05 14:10:10 UTC
**Call Record**  **Type**  audio
**Missed**  true

**Duration**   0

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-05 09:12:26 UTC
**Body**   New sticker

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-05 09:11:27 UTC
**Body**   For ur liscence plate

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-05 09:10:52 UTC
**Body**   I got u sone tags

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-05 09:10:44 UTC
**Body**   Can i cone over

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-05 09:08:26 UTC
**Call Record**            **Type**   audio
                       **Missed**   true
                       **Duration**   0

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-05 06:13:05 UTC
**Body**   Hey

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-04 07:32:50 UTC
**Body**   Aye

**Author**   Daniel Nantz (100032835082488)
**Sent**   2019-03-04 06:11:47 UTC
**Call Record**            **Type**   audio
                       **Missed**   true
                       **Duration**   0

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-04 00:02:45 UTC
**Body**   U therr

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-04 00:00:47 UTC
**Body**   Lmk dustin and kurt punked me out for takeing ger gun they took my shoes

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-03 23:59:16 UTC
**Call Record**            **Type**   audio
                       **Missed**   true
                       **Duration**   0

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-03 23:58:46 UTC
**Call Record**            **Type**   audio
                       **Missed**   true
                       **Duration**   0

**Author**    Earl Mcintosh (100029376049739)
**Sent**      2019-03-03 23:57:38 UTC
**Body**      Ill have ur cash or u xan do me like bret did turdy

**Author**    Earl Mcintosh (100029376049739)
**Sent**      2019-03-03 23:54:11 UTC
**Body**      I got a ride still if u will let me get a quatrt for 3 bills

**Author**    Earl Mcintosh (100029376049739)
**Sent**      2019-03-03 23:52:37 UTC
**Body**      That finaly got rided of that bitch bub

**Author**      Earl Mcintosh (100029376049739)
**Sent**        2019-03-03 22:18:52 UTC
**Body**        Earl:
**Attachments** sticker (369239263222822)
          **Type** image/png
          **Size** 0
          **URL** https://attachment.fbsbx.com/messaging_attach
                  ment.php?aid=369239263222822&mid=mid.%2
                  4cAAAAA1L06rNvdui4CFpRZ6tSE4xx&uid=1000
                  32835082488&accid=100032835082488&previ
                  ew=0&hash=AQBO53shFZM6lyC5jEZ4pAUDPMg
                  hAGO_XCc-SnZJVGYNfQ



          **Photo Id:** 369239263222822

**Author**      Earl Mcintosh (100029376049739)
**Sent**        2019-03-03 20:32:23 UTC
**Body**        Earl:
**Attachments** sticker (369239263222822)
          **Type** image/png
          **Size** 0
          **URL** https://attachment.fbsbx.com/messaging_attach
                  ment.php?aid=369239263222822&mid=mid.%2
                  4cAAAAA1L06rNvdoc7qlpRUHvfvAzY&uid=1000
                  32835082488&accid=100032835082488&previ
                  ew=0&hash=AQAnKeB9bPvWooJElabM22FTzfyk
                  8TP5VCxwKWUSBAI2dQ



          **Photo Id:** 369239263222822

**Author**      Earl Mcintosh (100029376049739)
**Sent**        2019-03-03 20:27:29 UTC
**Call Record**
    **Type**       audio
    **Missed**     true
    **Duration**   0

**Author**      Earl Mcintosh (100029376049739)
**Sent**        2019-03-03 20:26:27 UTC
**Call Record**
    **Type**       audio
    **Missed**     true
    **Duration**   0

**Author**      Earl Mcintosh (100029376049739)
**Sent**        2019-03-03 20:21:51 UTC
**Body**        We're b u w

**Author**      Earl Mcintosh (100029376049739)
**Sent**        2019-03-03 20:20:23 UTC
**Body**        Earl:
**Attachments** sticker (369239343222814)
    **Type**  image/png
    **Size**  0
    **URL**   https://attachment.fbsbx.com/messaging_attach ment.php?aid=369239343222814&mid=mid.%2 4cAAAAA1L06rNvdnw7WlpRTYTT3Sq1&uid=100 032835082488&accid=100032835082488&prev iew=0&hash=AQDHVxhqGVfE1Rz0KqiFDgB_SQ7 MDKkqol0KVGCU90RjnQ



**Photo Id:** 369239343222814

**Author**      Earl Mcintosh (100029376049739)
**Sent**        2019-03-03 20:20:22 UTC
**Body**        Earl:
**Attachments** sticker (369239263222822)
    **Type**  image/png
    **Size**  0
    **URL**   https://attachment.fbsbx.com/messaging_attach ment.php?aid=369239263222822&mid=mid.%2 4cAAAAA1L06rNvdnw5NVpRTXobV2Ls&uid=100 032835082488&accid=100032835082488&prev iew=0&hash=AQALPscnJiTgtjR0LDq-

kBWZtgVjcOng8aL662VJWjZiUA



**Photo Id:** 369239263222822

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-03 20:20:21 UTC
**Body** I'm at the end of drive way

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-03 20:20:18 UTC
**Body** We're u at

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-03 20:20:18 UTC
**Body** Omw

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-03 19:47:06 UTC
**Call Record**              **Type** audio
**Missed** true
**Duration** 0

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-03 19:46:11 UTC
**Body** Come to me

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-03 19:46:02 UTC
**Call Record**              **Type** audio
**Missed** false
**Duration** 27

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-03 19:45:14 UTC
**Body** Got wheels?

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-03 19:18:57 UTC
**Call Record**              **Type** audio
**Missed** false
**Duration** 14

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-03 19:17:17 UTC
**Call Record**              **Type** audio
**Missed** true
**Duration** 0

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-03 19:15:28 UTC
**Body** It's not like I'ma fuck u man ur all I got

Facebook Business Record                                          Page 233

**Author**      Earl Mcintosh (100029376049739)
**Sent**        2019-03-03 19:15:06 UTC
**Body**        Front me a quarter 0 for 350 and I'll pay u by tonight

**Author**      Earl Mcintosh (100029376049739)
**Sent**        2019-03-03 19:14:42 UTC
**Body**        First place I pulled in

**Author**      Earl Mcintosh (100029376049739)
**Sent**        2019-03-03 19:13:14 UTC
**Body**        I was whatching for u

**Author**      Earl Mcintosh (100029376049739)
**Sent**        2019-03-03 19:13:08 UTC
**Body**        I just made Kim 200 bucks man I need a front

**Author**      Earl Mcintosh (100029376049739)
**Sent**        2019-03-03 19:11:55 UTC
**Call Record**            **Type**  audio
                        **Missed**  true
                      **Duration**  0

**Author**      Daniel Nantz (100032835082488)
**Sent**        2019-03-03 12:09:05 UTC
**Body**        I'm at my gate

**Author**      Earl Mcintosh (100029376049739)
**Sent**        2019-03-03 12:05:59 UTC
**Body**        I'm on corn creek

**Author**      Daniel Nantz (100032835082488)
**Sent**        2019-03-03 12:05:57 UTC
**Body**        Yeah come on

**Author**      Earl Mcintosh (100029376049739)
**Sent**        2019-03-03 12:03:10 UTC
**Body**        Aye I'm headed ur way

**Author**      Earl Mcintosh (100029376049739)
**Sent**        2019-03-03 12:01:55 UTC
**Body**        Earl:
**Attachments** sticker (369239263222822)
                        **Type**  image/png
                        **Size**  0
                         **URL**  https://attachment.fbsbx.com/messaging_attach
                                  ment.php?aid=369239263222822&mid=mid.%2
                                  4cAAAAA1L06rNvdLPf9FpQ26UTETOX&uid=100
                                  032835082488&accid=100032835082488&prev
                                  iew=0&hash=AQBNnLbkhtnCHL4eOTBQaOdlost
                                  Re98ryQc6JAx2NvA3Ew



Facebook Business Record                                    Page 234

**Photo Id:**
369239263222822

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-03 12:01:44 UTC
**Body** Im onw

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-03 11:58:42 UTC
**Body** Earl:
**Attachments** sticker (369239263222822)
**Type** image/png
**Size** 0
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=369239263222822&mid=mid.%2
4cAAAAA1L06rNvdLDwClpQ2ukl0XnC&uid=1000
32835082488&accid=100032835082488&previ
ew=0&hash=AQDe-f7QYEyCQ4HJANKUTIONM89
Gw3jdRHoI9cfwK6aENQ



**Photo Id:** 369239263222822

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-03 11:58:19 UTC
**Body** I got a ride I gotta be quick before she gets up

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-03 11:57:27 UTC
**Body** Do u want me to bring it now

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-03 11:56:54 UTC
**Body** She diyched me too Curt all night did a quarter oz with hjm and
Brooke came back and passed out so

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-03 11:54:02 UTC
**Body** Send me some pics

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-03 11:52:43 UTC
**Body** Yet

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-03 11:52:40 UTC
**Body** I haven't seen it yer

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-03 11:52:32 UTC
**Body** IDK ole boy got an AR 15 2

**Author**
    Daniel Nantz (100032835082488)
**Sent**  2019-03-03 11:52:03 UTC
**Body**  I know she dont did she steal baby a truck

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-03-03 11:51:33 UTC
**Body**  I need something to make money on and she don't need it anyway

**Author**  Daniel Nantz (100032835082488)
**Sent**  2019-03-03 11:50:55 UTC
**Body**  That a boy

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-03-03 11:49:03 UTC
**Body**  I do I'm pileing it of kim

**Author**  Daniel Nantz (100032835082488)
**Sent**  2019-03-03 11:47:28 UTC
**Body**  Who's got it

**Author**  Daniel Nantz (100032835082488)
**Sent**  2019-03-03 11:47:28 UTC
**Body**  Yeah

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-03-03 11:37:29 UTC
**Call Record**      **Type**  audio
      **Missed**  true
      **Duration**  0

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-03-03 11:36:26 UTC
**Body**  U there

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-03-03 11:33:06 UTC
**Body**  Aye would u trade a brand new Luger high point 9mm

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-03-03 11:04:10 UTC
**Body**  Dam man

**Author**  Daniel Nantz (100032835082488)
**Sent**  2019-03-03 07:29:41 UTC
**Body**  No

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-03-03 06:05:15 UTC
**Body**  U find them

**Author**  Daniel Nantz (100032835082488)
**Sent**  2019-03-03 03:10:52 UTC
**Body**  I was just checking.

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-03-03 03:10:37 UTC
**Body**  Dam man

Facebook Business Record                                        Page 236

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-03 03:08:43 UTC
**Body**   I know better

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-03 03:08:29 UTC
**Body**   Goddam it should be there bub I wouldn't take ur key

**Author**   Daniel Nantz (100032835082488)
**Sent**   2019-03-03 03:08:06 UTC
**Body**   I cant find it

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-03 03:08:00 UTC
**Body**   Kim be ooke and Kurt ran of left me

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-03 03:07:47 UTC
**Body**   No bub I left it there I swear

**Author**   Daniel Nantz (100032835082488)
**Sent**   2019-03-03 03:07:16 UTC
**Body**   Do u have my s10 key

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-03 02:37:27 UTC
**Body**   Kim ran off with Kurt

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-03 01:11:45 UTC
**Body**   :(

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-03 01:11:32 UTC
**Body**   And pot

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-03 01:09:49 UTC
**Body**   Dam

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-03 01:09:22 UTC
**Body**   I don't lie untill I get really out there bub I got 25 people hitting me up needing and no work

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-03 01:04:16 UTC
**Body**   I'm sorry Daniel man won't happen again I didn't like that punk awe boy ethier

**Author**   Daniel Nantz (100032835082488)
**Sent**   2019-03-03 01:02:12 UTC
**Body**   U didnt tell me that earl

**Author**   Earl Mcintosh (100029376049739)
**Sent**   2019-03-03 00:21:02 UTC
**Body**   They were in her roommates floor door way

Facebook Business Record                                            Page 237

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-03 00:19:49 UTC
**Body** I have no intention of stealing off u or Ger

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-03 00:18:44 UTC
**Body** I never stole them bub I found them I knew they was fake that's why I gave u. Extra 100

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-03 11:54:51 UTC
**Body** Earl sent a photo.
**Attachments** image-624111431393020 (624111431393020)
**Type** image/jpeg
**Size** 53257
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=624111431393020&mid=mid.%24cAAAAA1L06rNvdK1oAFpQ2gKgs9S7&uid=100032835082488&accid=100032835082488&preview=0&hash=AQDDvr5QJxkKpmfa2T5BeUt0Qjv6q-ZciYLle6DDzhSZ7g

Facebook Business Record
Page 238



Facebook Business Record                                                Page 239

**Photo Id:**
624111431393020

|  |  |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |
| **Sent** | 2019-03-03 11:55:35 UTC |
| **Body** | Earl sent a photo. |
| **Attachments** | image-2716578401715710 (2716578401715710) |
| **Type** | image/jpeg |
| **Size** | 54937 |
| **URL** | https://attachment.fbsbx.com/messaging_attachment.php?aid=2716578401715710&mid=mid.%24cAAAAA1L06rNvdK4VNlpQ2i6d8hLx&uid=100032835082488&accid=100032835082488&preview=0&hash=AQB_o0Nlr3oVvMPbcPR-zrkt_jMqTlrO5Qv3B5mjAQr9tw |

Facebook Business Record



Facebook Business Record                                                Page 241

**Photo Id:**

2716578401715710

| | |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |
| **Sent** | 2019-03-06 01:52:42 UTC |
| **Body** | Earl sent a voice message. |
| **Attachments** | audioclip-1551837161000-3204.mp4 (402977507187288) |
| **Type** | audio/mpeg |
| **Size** | 27069 |
| **URL** | https://attachment.fbsbx.com/messaging_attachment.php?aid=402977507187288&mid=mid.%24cAAAAA1L06rNvgfk0vlpULPhiYD23&uid=100032835082488&accid=100032835082488&preview=0&hash=AQCj-Y7nDBLJTjwFF0sxNSINGR-skrGWVcz_Ij2KwGRkZA |

| | |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |
| **Sent** | 2019-03-05 09:12:21 UTC |
| **Body** | Earl sent a photo. |
| **Attachments** | image-982464895280212 (982464895280212) |
| **Type** | image/jpeg |
| **Size** | 17846 |
| **URL** | https://attachment.fbsbx.com/messaging_attachment.php?aid=982464895280212&mid=mid.%24cAAAAA1L06rNvfmVbSlpTR_-25P8H&uid=100032835082488&accid=100032835082488&preview=0&hash=AQAZazVA4C1c0ess5EInSKmzhieNfKHV9f7oDFP2kkV1nw |

Facebook Business Record                    Page 242



Facebook Business Record                                          Page 243

**Photo Id:**

982464895280212

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-03 11:50:31 UTC
**Body** Earl sent a photo.
**Attachments** image-578340449243926 (578340449243926)
**Type** image/jpeg
**Size** 54342
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=578340449243926&mid=mid.%2
4cAAAAA1L06rNvdKlzKFpQ2NhMbFZB&uid=100
032835082488&accid=100032835082488&prev
iew=0&hash=AQBVCG7paxlxyTK2fCxQ5K2WbJq
djXDpx4cHM1UuIbOzrw

Facebook Business Record



Facebook Business Record                                        Page 245

**Photo Id:**

578340449243926

|  |  |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |
| **Sent** | 2019-03-07 22:31:26 UTC |
| **Body** | Earl sent a photo. |
| **Attachments** | image-375535566601577 (375535566601577) |
| **Type** | image/jpeg |
| **Size** | 35660 |
| **URL** | https://attachment.fbsbx.com/messaging_attachment.php?aid=375535566601577&mid=mid.%24cAAAAA1L06rNvi42ns1pWkhbEn2sH&uid=100032835082488&accid=100032835082488&preview=0&hash=AQBvdfkmmKxtrem7ig2UhwM-aSO00tjGomRact8MMCYBvw |

Facebook Business Record



**Photo Id:**
375535566601577

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-03 00:17:01 UTC
**Body** U did steal them. No earl u never mentioned nothing about those u sood them to courtney didnt u

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-03 00:11:42 UTC
**Body** Sorry bro I figured ole boy would get ran of and lnew those were fake I paid u the whole time :)

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-03 00:02:44 UTC
**Body** Earl:
**Attachments** sticker (369239263222822)
**Type** image/png
**Size** 0
**URL** https://attachment.fbsbx.com/messaging_attach ment.php?aid=369239263222822&mid=mid.%2 4cAAAAA1L06rNvciFzG1pQNwpxEZHb&uid=100 032835082488&accid=100032835082488&prev iew=0&hash=AQATW997RAqmi3fLAE_mj9khIkv R8qp_l_bjbe4TFq2WxA



**Photo Id:** 369239263222822

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-03 00:02:36 UTC
**Body** I knew they was fake I  gave u the money for em that's why I have u that money

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-02 23:45:14 UTC
**Body** Quit talking on this messenger shit. Did u get those from her? Dont lie this is the last chance

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-02 23:26:49 UTC
**Body** I got it gone

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-02 23:25:34 UTC
**Body** O

Facebook Business Record                                        Page 248

**Author**
    Earl Mcintosh (100029376049739)
**Sent** 2019-03-02 23:25:32 UTC
**Body** Ugh can I get a front on a quarter

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-02 23:23:43 UTC
**Body** I dont know what u are talking about

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-02 23:21:26 UTC
**Body** Been rough eay

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-02 23:20:19 UTC
**Body** I need to front something'  I can get gone 1qt and maybe a couple balls gone

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-02 23:19:26 UTC
**Body** Still up bub

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-02 18:37:31 UTC
**Call Record**　　　　　　　**Type** audio
**Missed** true
**Duration** 0

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-02 18:25:38 UTC
**Body** Bub can I get a tenner

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-02 18:24:57 UTC
**Body** Hey

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-02 18:24:37 UTC
**Body** Aye

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-02 14:09:15 UTC
**Body** Wrud

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-01 02:54:00 UTC
**Body** Living rppp

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-01 02:53:54 UTC
**Body** I'm where you were

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-01 02:53:48 UTC
**Body** Where

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-01 02:53:37 UTC
**Body** U there

Facebook Business Record                                                Page 249

**Author**    Earl Mcintosh (100029376049739)
**Sent**    2019-03-01 02:53:21 UTC
**Body**    If we can sit here for a minute

**Author**    Earl Mcintosh (100029376049739)
**Sent**    2019-03-01 02:53:09 UTC
**Body**    I'm down stairs I got 100 bucks on the way

**Author**    Earl Mcintosh (100029376049739)
**Sent**    2019-03-01 02:52:51 UTC
**Call Record**    **Type**    audio
**Missed**    false
**Duration**    0

**Author**    Earl Mcintosh (100029376049739)
**Sent**    2019-03-01 02:52:06 UTC
**Body**    U there

**Author**    Earl Mcintosh (100029376049739)
**Sent**    2019-03-01 02:51:33 UTC
**Body**    I got someone coming

**Author**    Earl Mcintosh (100029376049739)
**Sent**    2019-03-01 02:51:00 UTC
**Body**    Yeah

**Author**    Daniel Nantz (100032835082488)
**Sent**    2019-03-01 02:50:52 UTC
**Body**    Aye

**Author**    Earl Mcintosh (100029376049739)
**Sent**    2019-03-01 02:44:33 UTC
**Body**    Aye

**Author**    Earl Mcintosh (100029376049739)
**Sent**    2019-03-01 02:33:29 UTC
**Body**    Aye

**Author**    Earl Mcintosh (100029376049739)
**Sent**    2019-03-01 02:32:11 UTC
**Body**    I got someone coming with some Mula from Williamsburg

**Author**    Earl Mcintosh (100029376049739)
**Sent**    2019-03-01 02:27:58 UTC
**Body**    Hey

**Author**    Daniel Nantz (100032835082488)
**Sent**    2019-02-23 06:08:47 UTC
**Body**    Where he at now

**Author**    Earl Mcintosh (100029376049739)
**Sent**    2019-02-23 05:59:34 UTC
**Body**    He was

**Author**    Daniel Nantz (100032835082488)
**Sent**    2019-02-23 05:01:58 UTC
**Body**    Bret with you guys too?

**Author**    Earl Mcintosh (100029376049739)
**Sent**    2019-02-23 04:47:52 UTC
**Body**    I got Kim with me and my vuddybaz1a3

**Author**    Daniel Nantz (100032835082488)
**Sent**    2019-02-23 02:38:45 UTC
**Body**    When man cause I need a ride

**Author**    Earl Mcintosh (100029376049739)
**Sent**    2019-02-23 01:35:54 UTC
**Body**    Yeah

**Author**    Daniel Nantz (100032835082488)
**Sent**    2019-02-23 01:05:59 UTC
**Body**    U coming by?

**Author**    Earl Mcintosh (100029376049739)
**Sent**    2019-02-23 00:27:24 UTC
**Body**    Earl:
**Attachments**    sticker (369239263222822)
**Type**    image/png
**Size**    0
**URL**    https://attachment.fbsbx.com/messaging_attach
ment.php?aid=369239263222822&mid=mid.%2
4cAAAAA1L06rNvSQUpLVpF7_fxPtMh&uid=1000
32835082488&accid=100032835082488&previ
ew=0&hash=AQByJr-E20D3sFVMZxAsm-
WdRNgtjDggmFywqT1uXH8oFQ



**Photo Id:**  369239263222822

**Author**    Daniel Nantz (100032835082488)
**Sent**    2019-02-23 00:15:15 UTC
**Body**    Teamwork I b home in 5

**Author**    Earl Mcintosh (100029376049739)
**Sent**    2019-02-22 23:36:31 UTC
**Body**    Owe well

**Author**    Earl Mcintosh (100029376049739)
**Sent**    2019-02-22 23:35:41 UTC
**Body**    I'm not fucking with her peoples though me an u was buddy's
before

**Author**    Earl Mcintosh (100029376049739)
**Sent**    2019-02-22 23:31:39 UTC
**Body**    Quarter onion

**Author**    Earl Mcintosh (100029376049739)
**Sent**    2019-02-22 23:30:44 UTC

Facebook Business Record | Page 251

**Body**
    Throw me a quarter shells mad cause I put her our bus I guess

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-02-22 23:28:07 UTC
**Call Record**
    **Type** audio
    **Missed** false
    **Duration** 178

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-02-22 23:25:02 UTC
**Body** Call me when ya can

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-02-22 23:23:15 UTC
**Body** Shellie is pissed I guess cause I been huslin

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-02-22 23:22:11 UTC
**Call Record**
    **Type** audio
    **Missed** true
    **Duration** 0

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-02-22 23:20:50 UTC
**Call Record**
    **Type** audio
    **Missed** true
    **Duration** 0

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-02-22 23:20:44 UTC
**Call Record**
    **Type** audio
    **Missed** true
    **Duration** 0

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-02-22 23:18:00 UTC
**Body** I got it held down

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-02-22 23:16:13 UTC
**Call Record**
    **Type** audio
    **Missed** false
    **Duration** 13

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-02-22 23:15:51 UTC
**Body** I'm straight huslin

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-02-22 23:15:36 UTC
**Body** Lmk

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-02-22 23:15:30 UTC
**Body** Little

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-02-22 23:14:52 UTC

Facebook Business Record                                    Page 252

**Body**

Aye I got that outher think I can get a ball or something this time that way i can go ahead and make li6tpe

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-02-22 23:13:58 UTC
**Call Record**
    **Type** audio
    **Missed** true
    **Duration** 0

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-02-22 23:13:42 UTC
**Call Record**
    **Type** audio
    **Missed** true
    **Duration** 0

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-02-22 12:00:09 UTC
**Body** Okay

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-02-22 08:50:37 UTC
**Body** I'm at Tracy's

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-02-22 07:34:12 UTC
**Body** Where ya at now

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-02-22 07:05:55 UTC
**Body** Head this way

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-02-22 07:03:43 UTC
**Body** I can come to u

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-02-22 07:03:42 UTC
**Body** Raiper  holler

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-02-22 07:03:41 UTC
**Body** Railed holler

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-02-22 06:43:43 UTC
**Body** Where u at

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-02-22 06:23:28 UTC
**Body** Aye bub let me get a little  I'll pay like a ball

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-02-22 05:57:08 UTC
**Body** Aye bub

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-02-22 01:37:35 UTC
**Call Record**
    **Type** audio

Facebook Business Record                                      Page 253

|  |  |
|---|---|
| **Missed** | true |
| **Duration** | 0 |

| | |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |
| **Sent** | 2019-02-22 01:11:38 UTC |
| **Call Record** | **Type** audio |
| | **Missed** true |
| | **Duration** 0 |

| | |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |
| **Sent** | 2019-02-22 01:09:49 UTC |
| **Body** | Aye |

| | |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |
| **Sent** | 2019-02-22 00:56:19 UTC |
| **Call Record** | **Type** audio |
| | **Missed** true |
| | **Duration** 0 |

| | |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |
| **Sent** | 2019-02-22 00:54:47 UTC |
| **Call Record** | **Type** audio |
| | **Missed** true |
| | **Duration** 0 |

| | |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |
| **Sent** | 2019-02-21 23:09:28 UTC |
| **Call Record** | **Type** audio |
| | **Missed** true |
| | **Duration** 0 |

| | |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |
| **Sent** | 2019-02-21 23:08:13 UTC |
| **Body** | Aye spot me a ball |

| | |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |
| **Sent** | 2019-02-21 23:07:53 UTC |
| **Call Record** | **Type** audio |
| | **Missed** true |
| | **Duration** 0 |

| | |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |
| **Sent** | 2019-02-21 21:42:42 UTC |
| **Body** | Fuck wonder why |

| | |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |
| **Sent** | 2019-02-21 21:42:35 UTC |
| **Body** | Yeah |

| | |
|---|---|
| **Author** | Daniel Nantz (100032835082488) |
| **Sent** | 2019-02-21 21:40:22 UTC |
| **Body** | Law at benges bro |

| | |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |
| **Sent** | 2019-02-21 21:35:16 UTC |
| **Body** | Talking to |

| | |
|---|---|
| **Author** | Earl Mcintosh (100029376049739) |

**Sent**

2019-02-21 21:35:14 UTC

**Call Record**

    **Type**  audio

    **Missed**  true

    **Duration**  0

**Author**  Daniel Nantz (100032835082488)

**Sent**  2019-02-21 21:33:20 UTC

**Call Record**

    **Type**  audio

    **Missed**  false

    **Duration**  19

**Author**  Earl Mcintosh (100029376049739)

**Sent**  2019-02-21 21:25:12 UTC

**Call Record**

    **Type**  audio

    **Missed**  true

    **Duration**  0

**Author**  Earl Mcintosh (100029376049739)

**Sent**  2019-02-21 21:24:27 UTC

**Body**  I'm s at ur crib

**Author**  Earl Mcintosh (100029376049739)

**Sent**  2019-02-21 21:00:30 UTC

**Body**  Aye I got a little pistol trade once

**Author**  Daniel Nantz (100032835082488)

**Sent**  2019-02-21 20:44:57 UTC

**Body**  How many?

**Author**  Earl Mcintosh (100029376049739)

**Sent**  2019-02-21 20:27:24 UTC

**Body**  Down past Joey padellys

**Author**  Daniel Nantz (100032835082488)

**Sent**  2019-02-21 20:13:04 UTC

**Body**  Where

**Author**  Earl Mcintosh (100029376049739)

**Sent**  2019-02-21 20:09:38 UTC

**Body**  I seen law

**Author**  Earl Mcintosh (100029376049739)

**Sent**  2019-02-21 20:09:36 UTC

**Body**  I'm down 6

**Author**  Earl Mcintosh (100029376049739)

**Sent**  2019-02-21 20:09:34 UTC

**Body**  Seen law

**Author**  Daniel Nantz (100032835082488)

**Sent**  2019-02-21 20:08:27 UTC

**Body**  Where you at I'm at friendlies

**Author**  Daniel Nantz (100032835082488)

**Sent**  2019-02-21 19:51:56 UTC

**Body**  Stay closeim omw to po box

**Author**  Earl Mcintosh (100029376049739)

**Sent**

2019-02-21 19:37:11 UTC

**Body**  Bout how long  bub

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-02-21 19:30:18 UTC
**Body**  When you be home

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-02-21 19:29:29 UTC
**Body**  Ok ima roll out then

**Author**  Daniel Nantz (100032835082488)
**Sent**  2019-02-21 19:29:11 UTC
**Body**  I'm not home yet

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-02-21 19:29:05 UTC
**Body**  Bub

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-02-21 19:29:00 UTC
**Body**  I'm in ur drive way

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-02-21 19:28:52 UTC
**Call Record**              **Type**  audio
                     **Missed**  true
                     **Duration**  0

**Author**  Daniel Nantz (100032835082488)
**Sent**  2019-02-21 15:46:25 UTC
**Body**  B

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-02-21 14:40:38 UTC
**Body**  Aye

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-02-21 09:40:58 UTC
**Body**  Allright bub

**Author**  Daniel Nantz (100032835082488)
**Sent**  2019-02-21 09:40:46 UTC
**Body**  Holler at me when u get down this way

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-02-21 09:28:05 UTC
**Body**  ?

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-02-21 09:18:48 UTC
**Body**  Need me to handle anything for u man I'm coneing to get my
         hands dirty anyway

**Author**  Earl Mcintosh (100029376049739)
**Sent**  2019-02-21 09:09:45 UTC
**Body**  Might as well show out before I get picked up

Facebook Business Record                                              Page 256

**Author**   Earl Mcintosh (100029376049739)
**Sent**     2019-02-21 09:09:07 UTC
**Body**     I got indited man so fuck it

**Author**   Earl Mcintosh (100029376049739)
**Sent**     2019-02-21 09:08:46 UTC
**Body**     Yeah aye my ride jest left Corbin I need a little come up when I get to woodbine have any ideas

**Author**   Daniel Nantz (100032835082488)
**Sent**     2019-02-21 09:07:32 UTC
**Body**     Hell yeah stay on that path bub

**Author**   Earl Mcintosh (100029376049739)
**Sent**     2019-02-21 06:10:51 UTC
**Body**     Yeah augh  she allright she works at Wendys gonna hook me up with a job

**Author**   Daniel Nantz (100032835082488)
**Sent**     2019-02-21 06:10:17 UTC
**Body**     I know really dont know her

**Author**   Earl Mcintosh (100029376049739)
**Sent**     2019-02-21 05:58:23 UTC
**Body**     Hahaha

**Author**   Earl Mcintosh (100029376049739)
**Sent**     2019-02-21 05:58:21 UTC
**Body**     U know his ex Denise

**Author**   Daniel Nantz (100032835082488)
**Sent**     2019-02-21 05:55:47 UTC
**Body**     I do why

**Author**   Earl Mcintosh (100029376049739)
**Sent**     2019-02-21 05:52:31 UTC
**Body**     I hope u know wally Jones

**Author**   Daniel Nantz (100032835082488)
**Sent**     2019-02-21 05:51:12 UTC
**Body**     Going to

**Author**   Daniel Nantz (100032835082488)
**Sent**     2019-02-21 05:51:08 UTC
**Body**     Is she goi gto

**Author**   Earl Mcintosh (100029376049739)
**Sent**     2019-02-21 05:50:14 UTC
**Body**     Yeah if I can get this Denise bitch come get me

**Author**   Daniel Nantz (100032835082488)
**Sent**     2019-02-21 05:49:24 UTC
**Body**     Not really been working around the house

**Author**   Earl Mcintosh (100029376049739)
**Sent**     2019-02-20 18:50:22 UTC
**Body**     Wats going on nothing

**Author**
Daniel Nantz (100032835082488)
**Sent** 2019-02-20 18:50:07 UTC
**Body** Do that

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-02-20 18:39:38 UTC
**Body** Aye I'll be in woodbine in a day or so I'll come see u

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-02-16 17:53:49 UTC
**Body** Thanks man keep it real bub holler at me if u need me

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-02-16 17:52:49 UTC
**Body** Will do

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-02-16 17:52:23 UTC
**Body** Aye if u see kurtis helton tell him earl said SHOTGUNS SHELLS WE
GONNA ALLWAYS HIT THE TARGETS haha

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-02-16 17:52:17 UTC
**Body** He is a bitch

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-02-16 17:49:36 UTC
**Body** curt woudiny  ever holler at me on video chat hed hang up hid his
face like a bitch lol

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-02-16 17:47:12 UTC
**Body** How it Goin

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-02-16 17:46:45 UTC
**Body** Aye

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-02-16 17:46:28 UTC
**Body** Aye bub

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-02-14 08:23:42 UTC
**Body** Earl:
**Attachments** sticker (369239263222822)
**Type** image/png
**Size** 0
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=369239263222822&mid=mid.%2
4cAAAAA1L06rNvHF_8jFo6xqxoiCxc&uid=10003
2835082488&accid=100029376049739&previe
w=0&hash=AQDXh7HK0hJBlE5Yaw6xj8K407bSg
YQMY8DjA1Jy9x9N2Q

Facebook Business Record                                        Page 258



**Photo Id:** 369239263222822

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-02-14 08:19:04 UTC
**Body** This girl  down here takes the worry away forreal  if I get out ur way I'll stop an see u bub be good

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-02-14 08:14:59 UTC
**Body** I'm over it forreal

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-02-14 08:13:38 UTC
**Body** Old news  I'm over it naw mean bub

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-02-14 08:10:55 UTC
**Body** I'm wit you that's fucked up

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-02-14 08:06:42 UTC
**Body** Yeah fuck him man

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-02-14 08:05:43 UTC
**Body** Yeah I had a hunch that shits been going down

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-02-14 07:33:08 UTC
**Body** Haha

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-02-14 07:30:55 UTC
**Body** Aye kurts been fucking my old laide man   that's fucked up right

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-02-13 11:05:25 UTC
**Body** Earl:
**Attachments** sticker (369239263222822)
**Type** image/png
**Size** 0
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=369239263222822&mid=mid.%24cAAAAA1L06rNvF82tfFo5ohm3HwuH&uid=100032835082488&accid=100032835082488&preview=0&hash=AQAJpK9Ijkd1W8eYb4pq_Jo74QYKBmthtG6ZsE7UuvWJdA

Facebook Business Record                                                    Page 259



**Photo Id:** 369239263222822

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-02-13 11:04:35 UTC
**Body** Wat  up

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-02-08 08:19:13 UTC
**Body** Ok

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-02-08 00:55:42 UTC
**Body** I'll be around

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-02-08 00:53:23 UTC
**Body** Alright bub

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-02-08 00:52:22 UTC
**Body** Stay away from it bub. I got some stuff I need to tell ya when I see ya.

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-02-08 00:50:05 UTC
**Body** So far man when I come home ima swing threw one day if u don't care

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-02-08 00:48:32 UTC
**Body** That all u been doin

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-02-08 00:47:45 UTC
**Body** Same old shit been smoking  pot bub

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-02-08 00:46:28 UTC
**Body** Nothing wbu

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-02-07 14:02:48 UTC
**Body** Wrud bub

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-01-31 20:38:02 UTC
**Body** Buglary 3 theftt over 500 recieving over 500 crimal mischief 1 degree posseiin of buglary tools

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-01-31 20:29:18 UTC

**Body**
    I heard what did you get charged with?

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-01-31 19:30:22 UTC
**Body** Decent man been in jail

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-01-31 19:29:11 UTC
**Body** Good wbu

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-01-31 19:21:38 UTC
**Body** How are u

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-01-31 19:10:24 UTC
**Body** Hey bub

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-01-31 18:45:27 UTC
**Body** Hey this bub

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-01-31 18:30:29 UTC
**Body** Say hi to your new Facebook friend, Earl.

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-03-02 23:19:16 UTC
**Body** Earl sent a photo.
**Attachments** image-611605662599630 (611605662599630)
    **Type** image/jpeg
    **Size** 26716
    **URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=611605662599630&mid=mid.%2
4cAAAAA1L06rNvcfmoGFpQLRYfQtTi&uid=1000
32835082488&accid=100032835082488&previ
ew=0&hash=AQD9UC_BvOmY95ImPfnyrXhG12s
mRbrc13-I0qjuDwE1aĀ

Facebook Business Record
Page 261



Facebook Business Record                                           Page 262

**Photo Id:**
611605662599630

**Author** Earl Mcintosh (100029376049739)
**Sent** 2019-01-31 22:50:38 UTC
**Body** Earl sent an attachment.
**Share** **Date Created** 2019-01-31 22:50:37 UTC
**Text**
**Title** Status Update
**Url** https://www.facebook.com/FITZY.JR/posts/10155
637019511039

**Thread** (10157102955573454)
**Current** 2019-07-09 15:20:52 UTC
**Participants** Randa Danielle (501363453)
Daniel Nantz (100032835082488)

**Author** Randa Danielle (501363453)
**Sent** 2019-03-12 07:19:03 UTC
**Body** Gotcha darlin

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-12 07:17:44 UTC
**Body** Keep that secret

**Author** Randa Danielle (501363453)
**Sent** 2019-03-12 07:11:21 UTC
**Body** Idc what nobody says about you man you  do have a sweet side! I
won't tell nobody though be our secret lol

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-12 07:07:30 UTC
**Body** I try

**Author** Randa Danielle (501363453)
**Sent** 2019-03-12 05:59:45 UTC
**Body** :)

**Author** Randa Danielle (501363453)
**Sent** 2019-03-12 05:59:40 UTC
**Body** Oh ok, how sweet of ya

**Author** Daniel Nantz (100032835082488)
**Sent** 2019-03-12 05:59:13 UTC
**Body** Just checkin on you

**Author** Randa Danielle (501363453)
**Sent** 2019-03-12 05:58:39 UTC
**Body** I'm at mamaws in here with the kids....why whats up darlin?