GOVERNMENT EXHIBIT
6:19-CR-16-REW
25A









GOVERNMENT
EXHIBIT
6:19-CR-16-REW
25B





GOVERNMENT EXHIBIT
6:19-CR-16-REW
25C