

GOVERNMENT
EXHIBIT
6:19-CR-16-REW

26