


**GOVERNMENT EXHIBIT
6:19-CR-16-REW
27**