EXHIBIT
29
6:19-CR-16

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

**ORI:** KYKSP1100  
**Title of Investigation:** Murder

**Case Number:** 11-19-0194  
**Violation:** 09150

Tpr. Howell escorted the wrecker to Post 11, where the truck was stored inside for a later search.

## Daniel Nantz: 1052 Steel Hollow Road

At 2048hrs, I arrived at 1052 Steele Hollow Road. This is the residence of Daniel Nantz. When I drove through the gate to Nantz's property, I noticed that it was severely damaged. Tpr. Jones was still keeping the crime scene log. I briefly spoke to Deputy Prewitt. He said, when he arrived, he walked through the home and made sure no one else was there. He said he also wrangled the dogs in the yard and put them in their cage. Dep. Prewitt said he looked for some time for the gun used in the shooting. He said it was still daylight when he arrived, but no gun was to be found.

Before I walked through the scene, I spoke to Nantz for a few moments again at 2049hrs. These are his statements:

- I asked Nantz, who was looking down at his driveway, where this altercation took place.
- He said his truck was pulled to the front of the S-10, and the altercation happened on the passenger side of his truck.
- Nantz said his truck was facing the S-10 and the altercation happened on the passenger side.
- He said Johnson was back toward the outbuildings after the second shot was fired. He said he felt like she was holding the gun in her right hand when he tried to take it.
- Nantz said the gun should be located near the S-10.
- He said Johnson staggered toward the outbuilding. He first said he ran over and carried her back to the truck. Then Nantz said he backed the truck to her, and loaded her in the truck from in front of the outbuilding.

| Det. Jesse Armstrong | 477 | 100 hours | March 16, 2019 | |
|---|---|---|---|---|
| **Trooper Making Report** | **Badge No.** | **Time Spent** | **Date** | **Reviewed By** |

11-19-0194 Vol II . 5

**CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT**

**ORI:** KYKSP1100  **Case Number:** 11-19-0194
**Title of Investigation:** Murder  **Violation:** 09150

I walked through the outside property after I spoke to the deputy. The home is a singlewide trailer to the right, and slightly downhill of the roadway to the drive. The trailer was a singlewide trailer with a covered front porch and red roof. A black Chevrolet S-10 pickup was parked in the drive, nearest the home, facing away from the home. An above ground pool was located to the right of the home. There were three, white outbuildings across the driveway from the front of the trailer. A large wooden doghouse stood to the front-left of the home. Looking out from the front of the trailer, there was a blood trail beginning in front of the S-10 pickup. This is the largest amount of blood, and appears to be the beginning of the incident. A blue barrel was located at the left of the drive. The barrel had a large amount of blood on it at a downward angle. The blood trail leads away from the front of the trailer. Not far up the trail from the barrel, we located an armrest from a vehicle door covered in blood. Up the trail from the armrest was a white tote bag with a female's contents. The bag was also covered in blood. The trail of blood extended on away from the home, then made a right turn and continued in front of the three white outbuildings. A pile of tires was located between the second and third buildings. At the last outbuilding, a silver Dodge Charger was parked facing away from the outbuilding. The end of the blood trail was in between the pile of tires and Dodge Charger. There was not a large pool of blood at the end of the trail.

After walking through the scene, I walked back up to the road where William Nantz , Daniel's father, was located. I asked if I could speak to him. These are his statements:

- William said he owns this property. He and Daniel were both confused on whether it was 1052 or 1252 Steel Hollow Road.
- William said Daniel called him and told him to go get his kids. He said Daniel told him someone shot themselves, but he could not make out whom it was.
- He said Daniel was screaming. William said he came to the residence and picked up the kids and took them to Daniel's wife, Elaina Jones Nantz.
- William said Daniel did not come to his shop and tell him what happened. He said he talked to him on the phone.

| Det. Jesse Armstrong | 477 | 100 hours | March 16, 2019 | |
|---|---|---|---|---|
| **Trooper Making Report** | **Badge No.** | **Time Spent** | **Date** | **Reviewed By** |

11.19.0194 Vol II . 6

**CONTINUATION PAGE/SUPPLEMENTARY**
**UNIFORM OFFENSE REPORT**

**ORI:** KYKSP1100     **Case Number:** 11-19-0194
**Title of Investigation**: Murder     **Violation:** 09150

guy who watched his kids. Nantz told me it may be David Huff, but he would have no idea where to find Huff.

Detectives Brian Lewis U/1811 and Dackery Larkey U/1121, along with Tpr. Howell, processed the crime scene. While processing the outside scene, Det. Lewis found a Federal brand .38 special shell casing in the driveway. It was found where the front passenger side of Nantz's truck would have been parked, just a few feet away from where the blood started. He also found a silver loop earring near the beginning of the blood. This would have also been near the passenger side of where the truck was parked. The earring was later matched to the one earring Johnson was still wearing, collected from autopsy. A clear plastic bag of a white crystal substance was found near the armrest of the door, on the ground.

A search of the inside of the residence revealed seven items of evidence that were collected. A black .22 long rifle magazine with seven rounds of ammunition was found in the master bedroom water heater closet. A Para 9mm empty magazine was found in the armoire of the same room. Also in the master bedroom was a set of three gray, plastic drawers. I opened the top drawer and found a piece of cardboard. There were a few clothing items in the top drawer, but the cardboard was in the front right corner of the drawer. It was not covered by any of the clothes and the note written on the cardboard was immediately legible. The note had somewhat of a heading that read "DW stepdad ███". The body of the note read "Funeral/fed's pulled ███ and geri out asking questions". This is a picture of the note where it was found:

| Det. Jesse Armstrong | 477 | 100 hours | March 16, 2019 | |
|---|---|---|---|---|
| **Trooper Making Report** | **Badge No.** | **Time Spent** | **Date** | **Reviewed By** |

11.19.0194 Vol II . 12

**CONTINUATION PAGE/SUPPLEMENTARY**
**UNIFORM OFFENSE REPORT**

**ORI:** KYKSP1100                                              **Case Number:** 11-19-0194
**Title of Investigation:** Murder                              **Violation:** 09150



Two cameras were found at the residence. They were CopCam brand. One was hanging on a wire in the master bedroom, and the other was on the front porch. A Remington Model 514 .22 caliber rifle was found behind the television in the master bedroom. Finally, a silver Samsung Galaxy Grand Prime smart phone was found on the kitchen counter. This phone was believed to be Johnson's.

While searching the residence, a bullet hole was found in the headboard of the bed in the master bedroom. This would explain the gunshot MINOR #1 heard from that room, before Nantz and Johnson went outside. Splinters from the headboard were still lying on the mattress on the bed, suggesting the shot was very recent. The bullet traveled through the bed and wall of the trailer, coming to rest at an unknown location outside.

| Det. Jesse Armstrong | 477 | 100 hours | March 16, 2019 | |
|---|---|---|---|---|
| **Trooper Making Report** | **Badge No.** | **Time Spent** | **Date** | **Reviewed By** |

11.19.0194 Vol II . 13