**BAPTIST HEALTH**

BH CORPORATE EASTERN TIME ZONE
2600 STANLEY GAULT PKWY
STE 101
LOUISVILLE KY 40223-4166

Johnson, Geri
MRN: 8910319449, DOB: 4/5/1989, Sex: F

EXHIBIT 31
619-CR-16

### Patient

**Release Authorization**

Type: No Authorization Required
Effective Date:                                         Expiration Date:
Received By:     Interface, Scans Incoming     Received Date:     3/4/2021  8:19 AM

Scan on 3/4/2021 0819 by New Onbase, Eastern: 3/4/2021 (below)

## OFFICE OF THE WHITLEY COUNTY CORONER

103 South Second Street
Williamsburg, Kentucky
40769
606-549-1234
FAX: 606-515-6144

### Request For Medical Records

TO: Medical Records
Fax Number: 1-270-575-2213
Date: 03/02/2021
NAME OF DECEASED: Geri Danielle (Bays) Johnson
DATE OF DEATH: March 16, 2019     DATE OF BIRTH:

As Authorized by Kentucky Revised Statue (K.R.S. 72.415) and the Attorney General Option 92-24 and 89-62 relating to Medical Examiner/Coroner record release, please provide the following medical records on the deceased patient whose death our office is investigating.

**Emergency Room:**
- ☒ Provisional of Death, Face Sheet, Notes related to this ER episode.
- ☒ Physical, Nurse, and Staff, patient login sheet.
- ☒ Personal Effects of Deceased
- ☒ Attending Physician

**LABORATORY**
- ☒ Blood and/or Reports
- ☐ All Reports

**PHARMACY**
- ☐ All Records from the past ____ Years of deceased.

**CLINIC**
- ☐ Problem List
- ☐ Last Progress Note
- ☐ Medication List
- ☒ Referring Medical Personnel.

**Mental Health/Nursing Home/Dental**
- ☐ Physician Notes
- ☐ Written/Films
- ☐ Nursing notes
- ☒ Incident Report
- ☐ Consultations info.

These records will be destroyed or kept in the file as confidential or potential evidence.

Thank You
Andrew Croley, MFS.
Whitley County Coroner

| BAPTIST HEALTH | Baptist Health Corbin<br>1 Trillium Way<br>Corbin KY 40701-8727 | Johnson, Geri<br>MRN: 8910319449,<br>Adm: 3/16/2019, D/C: 3/16/2019 | Sex: F |

**03/16/2019 - ED in Baptist Health Corbin Emergency Department (continued)**

ED Provider Note (continued)

Subjective
Patient is a 29-year-old female who presents the emergency department with a gunshot wound to the base of her skull. Patient presented via private vehicle and was dropped off by her supposed boyfriend who simply states "she is pregnant". Once the patient was out of the vehicle boyfriend left the scene in his pickup truck and no further history was available. Patient appears to be in advanced stages of pregnancy and CPR was initiated.

Review of Systems
Unable to perform ROS: Patient unresponsive

Past Medical History:
Diagnosis                                                                                                    Date
- Depression

No Known Allergies

Past Surgical History:
Procedure                                                                              Laterality           Date
- DILATATION AND CURETTAGE

No family history on file.

Social History

Socioeconomic History
- Marital status:            Divorced
    Spouse name:             Not on file
- Number of children:        Not on file
- Years of education:        Not on file
- Highest education level:   Not on file

Tobacco Use
- Smoking status:            Current Every Day Smoker
    Packs/day:               1.00
    Types:                   Cigarettes

Substance and Sexual Activity
- Alcohol use:               No
- Drug use:                  No
    Comment: stopped drugs x2 weeks
- Sexual activity:           Yes

Objective
Physical Exam
Constitutional:
**See code exam**

Printed on 3/9/21 5:29 PM                                                                          Page 5

 BAPTIST HEALTH® | Baptist Health Corbin<br>1 Trillium Way<br>Corbin KY 40701-8727 | Johnson, Geri<br>MRN: 8910319449,<br>Adm: 3/16/2019, D/C: 3/16/2019 | , Sex: F

**03/16/2019 - ED in Baptist Health Corbin Emergency Department (continued)**

**ED Provider Note (continued)**

Procedures

**ED Course**

ED Course
Sun Mar 17, 2019
1840    Time of death at over 1837.  [EG]

ED Course User Index
[EG] Greco, Esther Lee, DO

**MDM**
**Number of Diagnoses or Management Options**
Cardiopulmonary arrest (CMS/HCC): new and requires workup
Gunshot wound of head, initial encounter: new and requires workup
**Risk of Complications, Morbidity, and/or Mortality**
Presenting problems: high
Diagnostic procedures: high
Management options: high

**Critical Care**
Total time providing critical care: 30-74 minutes **(30 mins)**

**Patient Progress**
Patient progress: other (comment) **(expired)**

**Final Diagnoses**
Cardiopulmonary arrest (CMS/HCC)
Gunshot wound of head, initial encounter

Greco, Esther Lee, DO
03/18/19 2302

Electronically signed by Greco, Esther Lee, DO at 03/18/19 2302

**Clinical Notes**
  **Progress Notes**
    Bailey, Rebecca Ruth at 3/16/2019 2140

 **BAPTIST HEALTH**

| Baptist Health Corbin | Johnson, Geri | |
|---|---|---|
| 1 Trillium Way | MRN: 8910319449, | , Sex: F |
| Corbin KY 40701-8727 | Adm: 3/16/2019, D/C: 3/16/2019 | |

### 03/16/2019 - ED in Baptist Health Corbin Emergency Department (continued)

**Clinical Notes (continued)**

Author: Bailey, Rebecca Ruth  Service: Case Management  Author Type: Social Worker
Filed: 03/18/19 1415  Date of Service: 03/16/19 2140  Creation Time: 03/18/19 1415
Status: Signed  Editor: Bailey, Rebecca Ruth (Social Worker)

**Case Management/Social Work**

**Patient Name:** Geri Johnson
**Date of Birth:** 4/5/1989
**MRN:** 8910319449
**Admit Date:** 3/16/2019

SS received call via on-call per Roger who states there has been a woman, 30 weeks pregnant, brought into the ED with a GSW to the head. Roger states the infant has been delivered via c-section and is currently in the NICU. Roger states the mother is unidentified at this time. Roger requests staff to be made aware to contact SS if needed. SS contacted the nursery per Amy and made them aware.

No other needs identified.

Electronically signed by:
Rebecca Ruth Bailey
03/18/19 2:15 PM

Electronically signed by Bailey, Rebecca Ruth at 03/18/19 1415

### 03/16/2019 - ED in Baptist Health Corbin Emergency Department (continued)

**Procedure Notes**

**Op Note by Gilbert, Travis Daniel, DO at 3/16/2019 2140**

Author: Gilbert, Travis Daniel, DO  Service: Obstetrics  Author Type: Physician
Filed: 03/17/19 1404  Date of Service: 03/16/19 2140  Creation Time: 03/17/19 1354
Status: Signed  Editor: Gilbert, Travis Daniel, DO (Physician)

### BH Corbin
### Cesarean Section Operative Note

**Pre-Operative Dx:**
1. Intrauterine pregnancy
2. Maternal gunshot wound to the head with impending death

**Postoperative dx:**
1. Same

**Procedure:**  Perimortem cesarean section
**Surgeon:**

**Anesthesia:**  None, pt deceased
**EBL:**  minimal

 **BAPTIST HEALTH**

| | | |
|---|---|---|
| Baptist Health Corbin | Johnson, Geri | |
| 1 Trillium Way | MRN: 8910319449, | Sex: F |
| Corbin KY 40701-8727 | Adm: 3/16/2019, D/C: 3/16/2019 | |

**03/16/2019 - ED in Baptist Health Corbin Emergency Department (continued)**

**Procedure Notes (continued)**

No intake/output data recorded.

**Antibiotics:** none

**Infant:** See neonatal resuscitation sheet

**Procedure Details:**
I was called by the emergency room physician secondary to a pregnant woman being dropped off at the emergency room with a gunshot wound to the head. They were actively doing CPR and they were able to get separate fetal heart tones with Doppler on the baby. Per his report the mother was most likely not going to make it and they wanted me to come in to deliver the baby.

I arrived very quickly after being called. A visual examination of the mother revealed a probable third trimester pregnancy. There were fetal heart tones by Doppler. The mother was actively getting CPR and was otherwise in asystole. She was intubated and had a gunshot wound to the head.

I quickly made a Pfannenstiel incision with the scalpel and entered the abdomen bluntly. I made a transverse incision into the uterus and delivered the baby in less than 1 minute. We handed the baby off to the waiting nursery staff and neonatologist who were present.

As soon as I deliver the baby the emergency room physician called the code and resuscitative measures were stopped. I returned the uterus to the peritoneal cavity but did not close as the patient was pronounced dead.

**Complications:** none

**Grafts or Implants:** NA

Travis Daniel Gilbert, DO
3/17/2019
1:54 PM

 **BAPTIST HEALTH**  | Baptist Health Corbin<br>1 Trillium Way<br>Corbin KY 40701-8727 | Johnson, Geri<br>MRN: 8910319449,    , Sex: F<br>Adm: 3/16/2019, D/C: 3/16/2019

**03/16/2019 - ED in Baptist Health Corbin Emergency Department (continued)**

**Procedure Notes (continued)**

Electronically signed by Gilbert, Travis Daniel, DO at 03/17/19 1404

## *** END OF REPORT ***