**EXHIBIT 32**
**6:19-CR-16**

## CONTINUATION PAGE/SUPPLEMENTARY UNIFORM OFFENSE REPORT

**ORI:** KYKSP1100  **Case Number:** 11-19-0194
**Title of Investigation:** Murder  **Violation:** 09150

After walking through the scene, I walked back up to the road where William Nantz Daniel's father, was located. I asked if I could speak to him. These are his statements:

- William said he owns this property. He and Daniel were both confused on whether it was 1052 or 1252 Steel Hollow Road.
- William said Daniel called him and told him to go get his kids. He said Daniel told him someone shot themselves, but he could not make out whom it was.
- He said Daniel was screaming. William said he came to the residence and picked up the kids and took them to Daniel's wife, Elaina Jones Nantz.
- William said Daniel did not come to his shop and tell him what happened. He said he talked to him on the phone.

| Det. Jesse Armstrong | 477 | 100 hours | March 16, 2019 | |
|---|---|---|---|---|
| **Trooper Making Report** | **Badge No.** | **Time Spent** | **Date** | **Reviewed By** |

11.19.0194 Vol II · 6

**CONTINUATION PAGE/SUPPLEMENTARY**
**UNIFORM OFFENSE REPORT**

**ORI:** KYKSP1100  **Case Number:** 11-19-0194
**Title of Investigation:** Murder  **Violation:** 09150

- William also said that Daniel brought the Dodge Charger to his home three or four days ago.
- William said he threw Johnson out of the house in July and told her not to come back. He said another female was with her when he told her to leave.
- William said that Daniel called him and told him to go to the house and pick up the children. He said Daniel was with the police.
- William said, "So, I came down here and picked them up." William showed me on his phone when Daniel called. Daniel called at 1832hrs and spoke to William for 44 seconds.
- It appeared William called him back at the same time, but it only listed 12 seconds.
- William said the kids were in the house playing Nintendo when he got there. He said he asked them what happened and they said they only heard gunshots.
- William said he did not touch anything when he came to the house.
- He confirmed that the gate was not damaged earlier in the day when he was at the house. He said he was there earlier, when Kentucky was playing basketball, to get his wrecker that was parked.
- William said Daniel was there when he picked his wrecker up. Then he said he did not see anyone there.
- He said he did not know Johnson had been staying there.
- William said he told Daniel, not long ago, that the police were looking for Johnson.
- William said he called Daniel at 1832, before Daniel had even called him. He said he had a question about a car. William said he did not make it five steps and Daniel called him back and told him to go get the children.
- William said he was not at the shop if Daniel went there. He said he was picking up a vehicle for KSP Post 10.
- William reiterated that he did not take anything from the home when he picked the kids up.

| Det. Jesse Armstrong | 477 | 100 hours | March 16, 2019 | |
|---|---|---|---|---|
| **Trooper Making Report** | **Badge No.** | **Time Spent** | **Date** | **Reviewed By** |

11-19-0194 Vol II -7