EXHIBIT
34
6:19-CR-16

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI: KYKSP1100 Case Number: 11-19-0194

Title of Investigation: Murder Violation: 09150

## Daniel Nantz Interview at Traffic Stop:

I got Daniel Nantz out of Tpr. Howell's vehicle at 1958hrs. He had already been read Miranda Warning. Nantz asked, on the way to my car, if he could get his cell phone out of the back of the truck. He told me that she was pregnant with his baby girl. Nantz was handcuffed, but I removed the handcuffs to speak to him. At the beginning of the interview, Nantz made the motions of crying and sounded like he was crying, but there were no tears. He said he was going to be sick and leaned out of the car to spit. He also spit several times on his pants. Nantz was covered in blood and said he had blood in his mouth from attempting some form of CPR on his girlfriend. I told Nantz he was not under arrest. He agreed that his rights had been read to him. Nantz said the police did not stop him, but he waved them down when he saw them. I told Nantz he could leave when he wanted to. These are his statements:

- Nantz said his girlfriend was Geri Johnson. He said he had known her since October.
- He said she had lived with him until they had a fight and he drove her down the road and dropped her off. Nantz said this was around September of last year and she went to jail the next day.
- Nantz said Johnson came back at the end of January and had lived with him since then. He said, last night, Johnson told him she had gotten a phone call telling her she was federally indicted. He said she did not say why and he did not ask.
- He said she was supposed to turn herself in. Nantz said she told him it had to do with drugs.
- Nantz said he had worked earlier today. He said Johnson was mad he worked, and accused him of being with another woman when he got home.
- Nantz said he started crying when he got home and had a headache because of the impending indictment.

| Det. Jesse Armstrong | 477 | 100 hours | March 16, 2019 | |
|---|---|---|---|---|
| Trooper Making Report | Badge No. | Time Spent | Date | Reviewed By |

**CONTINUATION PAGE/SUPPLEMENTARY UNIFORM OFFENSE REPORT**

**ORI:** KYKSP1100 **Case Number:** 11-19-0194

**Title of Investigation:** Murder **Violation:** 09150

- Nantz said Johnson got high on meth this morning. He said he did not know where she got it.
- He said he cooked his kids some food and ate with them when he got home. He skipped around and paused while talking about the event.
- Nantz said he was asleep with a rag on his head, but remembered Johnson talking to him. He said she talked about her life being over.
- He said he remembered Johnson getting off him while he was lying there. He said Johnson told him she loved him.
- Nantz said the next thing he remembered was the door scratching when it opened. He said he woke up in a panic.
- He said he walked into the room and told his boys to go clean their room.
- Nantz said he walked onto the porch and he saw something. He said he knows now it was a gun. He said he took off and grabbed Johnson from behind.
- Nantz said Johnson swung him off her. He then stopped to tell me that he had taught Johnson some self-defense and she used it to swing him off her.
- Nantz could not give details about how the incident happened. He skipped around and talked about not knowing where the gun was. He said the gun went off and he did not know who was shot.
- Nantz said he fell back on his butt after the first shot. He said the second time it went off, he saw blood and freaked out. He said it was all over him and coming out of her neck.
- He said he ran over and grabbed Johnson and she pushed him away again. He said he grabbed her a second time and put her in the truck. He said he pulled his shirt off and put it on her neck, started the truck, and took off.
- Nantz said he drove through the gate because he did not know where the keys were, or if it were locked. He said he tried to hold onto her neck.
- He said she lost consciousness on the way to the hospital and he tried to give Johnson CPR while he was on the phone. He said there was blood in her mouth and it went all over him. He said he got sick and may have let off of her neck.

| Det. Jesse Armstrong | 477 | 100 hours | March 16, 2019 | |
|---|---|---|---|---|
| **Trooper Making Report** | **Badge No.** | **Time Spent** | **Date** | **Reviewed By** |

11·19·0194 Vol II ·3

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

**ORI:** KYKSP1100 **Case Number:** 11-19-0194

**Title of Investigation:** Murder **Violation:** 09150

- Nantz said he called 911 on the way to the hospital. Nantz said he drove her to the hospital and they were waiting on him outside when he got there. He said he was told there was nothing else he could do by the dispatcher.
- He said he left the hospital because he needed to get gas to get back to his kids. Nantz said his 11 year old and 7 year old were at home alone.
- Nantz said he came to his dad's shop and told him to go get his kids, who were at home alone. Nantz said his dad told him he would go get them, and he pulled out and came back toward the hospital.
- He said he saw the police on the way back to the hospital. Nantz said he waved down the officer, and then his truck quit.
- Nantz said his two sons were home when the shooting happened.
- He then, without me asking, told me that he did not drop anyone off. He said he did not know what they were talking about when he was asked if he dropped someone off. He said, "I promise you I didn't."
- Nantz said he was in such a hurry he ran over his gate.
- He said the gun was in her hand the last time he saw it. He said it should be there unless she slung it somewhere.
- He said he did not know what kind of gun it was, and that he did not get to see it.
- Nantz said he woke up at three o'clock in the morning last night and Johnson was writing him a letter saying her life was over. He said he did not know where the letter was, and Johnson never gave it to him.
- Nantz went over trying to grab Johnson again, before she shot herself. He was unclear of exactly where he was when she shot herself. He said he thought he was on her right side, but could not remember what hand she had the gun in.

I asked Nantz to ride to his house with us. He agreed to do so. I called William Nantz, Daniel's father, to make sure the two children at home were with him. I confirmed that he had the kids with him. Nantz asked, again, to get his phone out of the truck. Daniel stepped out of the vehicle and smoked before we left. He also got a coat from the wrecker driver because he had no shirt on. The interview was recorded. This is a summary only.

| Det. Jesse Armstrong | 477 | 100 hours | March 16, 2019 | |
|---|---|---|---|---|
| **Trooper Making Report** | **Badge No.** | **Time Spent** | **Date** | **Reviewed By** |

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

ORI: KYKSP1100 Case Number: 11-19-0194

Title of Investigation: Murder Violation: 09150

Tpr. Howell escorted the wrecker to Post 11, where the truck was stored inside for a later search.

## Daniel Nantz: 1052 Steel Hollow Road

At 2048hrs, I arrived at 1052 Steele Hollow Road. This is the residence of Daniel Nantz. When I drove through the gate to Nantz's property, I noticed that it was severely damaged. Tpr. Jones was still keeping the crime scene log. I briefly spoke to Deputy Prewitt. He said, when he arrived, he walked through the home and made sure no one else was there. He said he also wrangled the dogs in the yard and put them in their cage. Dep. Prewitt said he looked for some time for the gun used in the shooting. He said it was still daylight when he arrived, but no gun was to be found.

Before I walked through the scene, I spoke to Nantz for a few moments again at 2049hrs. These are his statements:

- I asked Nantz, who was looking down at his driveway, where this altercation took place.
- He said his truck was pulled to the front of the S-10, and the altercation happened on the passenger side of his truck.
- Nantz said his truck was facing the S-10 and the altercation happened on the passenger side.
- He said Johnson was back toward the outbuildings after the second shot was fired. He said he felt like she was holding the gun in her right hand when he tried to take it.
- Nantz said the gun should be located near the S-10.
- He said Johnson staggered toward the outbuilding. He first said he ran over and carried her back to the truck. Then Nantz said he backed the truck to her, and loaded her in the truck from in front of the outbuilding.

| Det. Jesse Armstrong | 477 | 100 hours | March 16, 2019 | |
|---|---|---|---|---|
| Trooper Making Report | Badge No. | Time Spent | Date | Reviewed By |

11-19-0194 Vol II . 5

**CONTINUATION PAGE/SUPPLEMENTARY UNIFORM OFFENSE REPORT**

**ORI:** KYKSP1100 **Case Number:** 11-19-0194

**Title of Investigation:** Murder **Violation: 09150**

I stopped by Daniel and asked him who Dave was. He acted as if he did not know a Dave. He asked if I was talking about someone, and gave the first name David and then a last name. I don't remember what last name he said, but it was not Huff. I told Nantz I was referring to the

| Det. Jesse Armstrong | 477 | 100 hours | March 16, 2019 | |
|---|---|---|---|---|
| **Trooper Making Report** | **Badge No.** | **Time Spent** | **Date** | **Reviewed By** |

11-19-0194 Vol II - 11

**CONTINUATION PAGE/SUPPLEMENTARY UNIFORM OFFENSE REPORT**

**ORI:** KYKSP1100 **Case Number:** 11-19-0194

**Title of Investigation:** Murder **Violation:** 09150

guy who watched his kids. Nantz told me it may be David Huff, but he would have no idea where to find Huff.

| Det. Jesse Armstrong | 477 | 100 hours | March 16, 2019 | |
|---|---|---|---|---|
| **Trooper Making Report** | **Badge No.** | **Time Spent** | **Date** | **Reviewed By** |

CONTINUATION PAGE/SUPPLEMENTARY
UNIFORM OFFENSE REPORT

**ORI:** KYKSP1100 **Case Number:** 11-19-0194
**Title of Investigation**: Murder **Violation:** **09150**

At 0041hrs on March 17, 2019, I interviewed Daniel Nantz a second time. We were still at his home, parked on the road to his driveway. Since Daniel had not been spoken to in a while, and he had been voluntarily waiting in a police cruiser, I read his Miranda Rights a second time. I asked him if he understood and he shook his yes. I told Nantz we had run into some issues in the investigation. He did not seem surprised and said, "Alright, yeah." These are his statements:

- I told Nantz I had spoken to MINOR #1, and I did not think he was lying to me. Nantz said he was in the house the entire time.
- Nantz said Johnson actually got to his house in the middle of the night the night before last. He said she had been there all day on the day of this incident.
- Nantz said he was gone four or five hours, working on the Dodge Charger.
- He said he asked the boys where Johnson was when he got back. He said he did not see her sitting in the S-10 that he pulled straight up in front of.
- Nantz said he cooked Ramen noodles, chicken patties, and green beans for them. He said he had a bad headache.
- Nantz said he came outside and talked to Johnson. He said she did not come inside immediately, but did at some point.
- He said he laid down in the bed because of the headache. He said he remembered Johnson talking to him, but not what she was saying.
- Nantz said she talked as if she was going away somewhere, but he couldn't make sense of it.
- He said she was depressed about the indictment, but said he could not give any details of the indictment.
- Nantz then went back and talked about seeing a needle track on Johnson's left wrist this morning. He thought a long time about the details of this needle mark.
- Nantz said he did not know why he woke up from his nap. He said he thought it was the door opening. He said he was lying on the side of the bed closest to the door.

| Det. Jesse Armstrong | 477 | 100 hours | March 16, 2019 | |
|---|---|---|---|---|
| **Trooper Making Report** | **Badge No.** | **Time Spent** | **Date** | **Reviewed By** |

**CONTINUATION PAGE/SUPPLEMENTARY UNIFORM OFFENSE REPORT**

**ORI:** KYKSP1100 **Case Number:** 11-19-0194

**Title of Investigation:** Murder **Violation:** 09150

- He said he woke up in a panic, but did not know why. Nantz said he came out of his room and told the boys to get their room clean. He said, and made a motion, as if he spanked them and told them to go clean the room.
- Nantz said he walked outside and Johnson took off, but then said, "I don't know."
- He said she took off, I grabbed her, I chased after her, and that is when he saw the gun. Nantz said he asked what she was doing, and Johnson said it was over.
- Nantz said he and Johnson had not been having problems, except her telling him about the indictment yesterday when he went and got her. This contradicts the fact that Nantz said she showed up in the middle of the night two nights ago.
- Nantz then brought up Huff on his own. He said Huff was not there and he did not bring Huff there. He said he dropped Dave off somewhere this morning. He then said he saw Dave as he was driving out with Johnson in the truck and asked him to go to his kids.
- I stopped Nantz and redirected him to the actual shooting. He skipped the details of telling me about the shooting and wanted to talk about anything but that.
- Nantz said he tried to grab Johnson near the blue barrel. He said the gun went off. He said he felt something pepper his face and Johnson twisted loose.
- He said he could show me what happened easier than explaining it. Nantz said he tried to grab her again and felt the gun in his hand. He said he did not have control of it.
- Nantz said he heard a pop and went deaf, and then fell to the ground.
- Nantz took long pauses when he transitioned from one act to the next. He skipped from falling to the ground and began talking about not moving the gun and the fact that his kids were not outside, instead of continuing with the chain of events.
- He said Johnson went toward the building when he noticed the blood. Nantz said he opened the door to his truck, slid the stuff out of the seat, jumped in the truck and backed up to where Johnson was.
- He said he loaded her into the truck, closed the door, and took off. He said he did not say anything to his kids, but just left.
- Nantz said his phone was on the charger. He said he looked for the key for a moment, but just rammed the gate because he thought they were in the house.

| Det. Jesse Armstrong | 477 | 100 hours | March 16, 2019 | |
|---|---|---|---|---|
| **Trooper Making Report** | **Badge No.** | **Time Spent** | **Date** | **Reviewed By** |

11-19-0194 VOL II - 15

**CONTINUATION PAGE/SUPPLEMENTARY UNIFORM OFFENSE REPORT**

**ORI:** KYKSP1100 **Case Number:** 11-19-0194

**Title of Investigation:** Murder **Violation:** **09150**

- Nantz said Johnson walked over to where he picked her up in the truck, after being shot. He said she made it near the front of the charger.
- Nantz said he did not know if Dave ever made it to the house or not.
- Nantz said he was pretty sure the gun was a revolver. He said it was rubbery.
- I asked Nantz how there was blood all over the bag, if he pulled it out of the truck after she walked off. He had no explanation.
- Nantz said the armrest had been pulled out of his truck for a while. He said Johnson never opened the door to the truck.
- I asked Nantz about the gunshot in the bedroom. He asked what gunshot in the bedroom I was talking about. He then asked me if that was what woke him up.
- Nantz tried to say he did not know about it. He then brought up that Johnson thought he was cheating on her, which was not related to the gunshot in the bedroom I was asking about.
- I asked again about the gunshot in the bedroom. Nantz said he heard a loud pop when he was asleep. He said he did not know if it were a gunshot or if someone slapped the door. He said he did not want to say anything because he did not know.
- I told Nantz that this entire story was crashing down. He began talking about how mad Johnson gets, especially when she uses drugs.
- I asked Nantz why Johnson would have sent messages to friends asking for a ride because it was bad there. He then told me he offered her a ride himself, but denied they were arguing.
- I confronted Nantz about there being no gun at the scene. He told me the gun was here when he left, although he had denied knowing anything about it before.
- Nantz said Huff might have moved the gun. I then confronted him about the fact that he knew Huff was there, because he had not admitted that yet.
- Nantz asked me how Huff got there. I told him he drove Huff there. Nantz then acted like he had an epiphany and remembered coming back to the home.

| Det. Jesse Armstrong | 477 | 100 hours | March 16, 2019 | |
|---|---|---|---|---|
| **Trooper Making Report** | **Badge No.** | **Time Spent** | **Date** | **Reviewed By** |

11-19-0194 Vol II - 16

**CONTINUATION PAGE/SUPPLEMENTARY UNIFORM OFFENSE REPORT**

**ORI:** KYKSP1100 **Case Number:** 11-19-0194

**Title of Investigation:** Murder **Violation:** 09150

- His new story was that he remembered he did not have a phone that made calls, so he turned the truck around to go back home. He said he passed Huff on the way back and he jumped in the truck and drove him and Johnson back to his home.
- Nantz said he picked up Huff from walking around the church. He said he sat in the middle and Huff drove.
- He said Huff ran inside and grabbed his phone and brought it back out. He claimed he forgot about this part the first time we talked.
- I asked why Nantz did not just call 911. He said he did not think they would get there before he could get Johnson to the hospital. He then said he did not think he had enough gas to even make it to the hospital.
- Nantz admitted he was mad at Johnson over the indictment, but said he was not mad enough to kill her.
- I asked Nantz why he left the hospital. He said he wanted to make sure his dad would come to the kids.
- I asked why he did not just call. Nantz said he was on the phone with 911.
- I confronted him that he had told me earlier that he left because his kids were home alone, but, in reality, he knew Huff was with them. Nantz said Huff was not going to sit there and told him to get his dad to get the kids.
- Nantz said he did not know if a gun was fired in the house or not.
- I asked Nantz several times about the bullet hole in his house. I was careful not to, and never did, mention where the bullet hole was while asking him about it.
- Nantz said he did not pull all the way into his dad's shop. He said he answered the phone as he was getting off the bypass, so he turned around just passed the shop and headed back to the hospital.
- Nantz talked about the phone he had that had no minutes on it. He said it should be in the middle of the truck cab still.
- He reiterated that he did not know how to find Huff. He said Huff usually calls him. He said he was like a ghost. He admitted that Huff had stayed with him and been around his kids before.

| Det. Jesse Armstrong | 477 | 100 hours | March 16, 2019 | |
|---|---|---|---|---|
| **Trooper Making Report** | **Badge No.** | **Time Spent** | **Date** | **Reviewed By** |

**CONTINUATION PAGE/SUPPLEMENTARY UNIFORM OFFENSE REPORT**

**ORI:** KYKSP1100 **Case Number:** 11-19-0194

**Title of Investigation:** Murder **Violation:** **09150**

- I asked if Johnson had told him who was getting indicted with her. Nantz said that Johnson told her a list of people who were on a piece of paper. He said there were about ten names, but he did not remember any of them.
- Nantz said Johnson told him she was supposed to turn herself in last week. He said the DEA or ATF called her and told her to turn herself in and she would be able to go on house arrest. Nantz said Johnson told her about this and he did not question it.
- He said she kept saying something about "Bones."
- We talked about why there was no gun there.
- Nantz, without prompting, told me he did not know how the bullet hole got into the headboard. I confronted him on the fact that I did not tell him it was in the headboard. Nantz then told me he saw it when he got up out of the bed.
- Nantz said he does not know how it got there. He tried to say that I told him where the gunshot was, but it is on recording that I did not.
- Nantz now said Johnson was mad because she thought he was cheating on her. He said he was tired of hearing about this "shit" of him cheating. Nantz said that was all he said to Johnson the whole time he was home.
- Nantz said either his dad, Huff, or the dog must have moved the gun.
- I asked Nantz if Huff would tell me the same thing Nantz was telling me when I found him. His response was, "About which part?"
- He then said Huff might tell me the same thing, if he told me anything at all.
- Nantz now said the gun had a rubber handle, and may be a revolver. Previously he did not know.
- I asked Nantz about the .38 special shell casing in the driveway. He said he used to have a .38 special, but someone had stolen it.
- Nantz said the gun was stolen, but not reported, and that it had not been long ago. He said he found that it was at a pawnshop in Middleboro. He said Dustin Walters stole the gun.
- Nantz said this gun was a stainless steel, shiny revolver. He said it was a 74 model.

| Det. Jesse Armstrong | 477 | 100 hours | March 16, 2019 | |
|---|---|---|---|---|
| **Trooper Making Report** | **Badge No.** | **Time Spent** | **Date** | **Reviewed By** |

**CONTINUATION PAGE/SUPPLEMENTARY UNIFORM OFFENSE REPORT**

**ORI:** KYKSP1100 **Case Number:** 11-19-0194

**Title of Investigation:** Murder **Violation:** **09150**

- Nantz admitted that Johnson told him, last night, that she had to stay moving to stay out of jail.
- Nantz said he took two Advil PM and an Ibuprofen. I asked him where the bottle to medicine was, he said they were in a hefty bag, and there was no bottle to find.
- Nantz said he felt like Huff was the key to finding the gun. I asked him why Huff would take the gun. Nantz said he thought Huff believed he was doing him a favor, trying to cover it up.
- Nantz was asked when the last time he shot a gun. He thought for some time, then said he shot one yesterday before he came home. He said he shot with someone Huff knew on Hazel Fork.

After the evidence was processed, I used a trajectory rod to mark the flight path of the bullet through the headboard. I placed the rod through the headboard and wall, to the outside of the trailer. Once the rod was securely in place, I used string to extend from the rod and fixed it to the ceiling of the room where the string extended. After doing so, I asked Nantz if he would come into the home. He agreed. I brought him into the bedroom and asked him to stand to the left side of the bed. I asked Nantz to raise his hand up to the string. Nantz did so and a picture was taken. His hand, raised in a shooting position, was in at the right height to have shot the round through the headboard and wall. This does not exclude others from shooting the round, just suggests that it would be consistent with Nantz firing it. Nantz said he needed an attorney and I stopped the questioning.

| Det. Jesse Armstrong | 477 | 100 hours | March 16, 2019 | |
|---|---|---|---|---|
| **Trooper Making Report** | **Badge No.** | **Time Spent** | **Date** | **Reviewed By** |