

# Extraction Report
Samsung SM-S920L Galaxy Grand Prime

**GOVERNMENT EXHIBIT**
**6:19-CR-16-REW**
**45**

## SMS Messages (118)

⚠ * These details are cross-referenced from this device's contacts

| # | Folder | Party | Time | All timestamps | Status | Message | Deleted |
|---|--------|-------|------|----------------|--------|---------|---------|
| 1 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/16/2019 8:52:25 PM(UTC+0) | | Sent | They said that the state police are everywhere. Why won't u just take me, or have someone take me? This is so childish | Yes |
| 2 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/16/2019 8:37:42 PM(UTC+0) | | Sent | I'm freezing so I got in | Yes |
| 3 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/16/2019 8:37:39 PM(UTC+0) | | Sent | I'm freezing so I got in | Yes |
| 4 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/16/2019 7:25:46 PM(UTC+0) | | Unknown | Nice � | Yes |
| 5 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/16/2019 7:25:45 PM(UTC+0) | | Sent | Nice | Yes |
| 6 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/16/2019 7:25:32 PM(UTC+0) | | Sent | 4 hours..... | Yes |
| 7 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/16/2019 6:31:30 PM(UTC+0) | | Sent | Or give me his number, I'll ask | Yes |
| 8 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/16/2019 6:30:08 PM(UTC+0) | | Sent | Tell Derek to give me a ride | Yes |
| 9 | Outbox | To +16065957333 Daniel* Direction: Outgoing | 3/16/2019 4:07:56 PM(UTC+0) | | Unknown | Ok | Yes |
| 10 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/15/2019 6:47:41 PM(UTC+0) | | Sent | Hey | Yes |
| 11 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/14/2019 6:06:15 PM(UTC+0) | | Sent | Giddammit | Yes |
| 12 | Sent | To +16065957333 Daniel* Extraction: Outgoing | 3/14/2019 6:04:19 PM(UTC+0) | | Sent | Hurry it's an emergency call me | Yes |
| 13 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/14/2019 4:25:01 PM(UTC+0) | | Sent | Really? | Yes |
| 14 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/14/2019 5:05:30 AM(UTC+0) | | Sent | Thanks Daniel | Yes |

NANTZ_002478

| # | Type | To/From | Date/Time | | Status | Message | |
|---|---|---|---|---|---|---|---|
| 15 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/14/2019 4:47:21 AM(UTC+0) | | Sent | | Yes |
| 16 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/14/2019 4:47:16 AM(UTC+0) | | Sent | Tell me what your doing right now.... | Yes |
| 17 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/14/2019 4:39:19 AM(UTC+0) | | Sent | I'm listening to "You Are The Reason" by Calum Scott on Pandora. https://www.pandora.com/artist/calum-scott/you-are-the-reason-single/you-are-the-reason/TRtrrzJcgJ364zg?corr=31131106&part=ug | Yes |
| 18 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/14/2019 4:31:14 AM(UTC+0) | | Sent | Heads up | Yes |
| 19 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/14/2019 4:31:09 AM(UTC+0) | | Sent | There is a road block at ok tires | Yes |
| 20 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/14/2019 4:29:33 AM(UTC+0) | | Sent | If I could touch u m, I would squeeze u so tight, my indention would be permanent, I would love u like they're would be no tomorrow | Yes |
| 21 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/14/2019 3:31:18 AM(UTC+0) | | Unknown | Gotcha | Yes |
| 22 | Inbox | From +16065957333 Daniel* Direction: Incoming | 3/14/2019 3:23:18 AM(UTC+0) | | Unknown | Right be the piece of shit everyone knows you as motherfucker.  When she comes out fucked up you will regret it I'll carve out your fucking heart and serve it to you on a platter. | Yes |
| 23 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/14/2019 3:20:38 AM(UTC+0) | | Unknown | Let me tell u, is I were with a man, I would never speak to u ....I don't need more than one... And don't tell me about love, you don't know a god damn thing about it... I'm good man, I'm bout to get right, at least them I won't miss u until I wake up | Yes |
| 24 | Inbox | From +16065957333 Daniel* Direction: Incoming | 3/14/2019 3:17:25 AM(UTC+0) | | Unknown | She doesnt exist u do the things I hate like hang up on me and I've told u how it feels so now I showed you. I heard a man's voice or someone talking in the back ground fuck them and fuck you too. Love isnt jealous. | Yes |
| 25 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/14/2019 3:15:30 AM(UTC+0) | | Unknown | Hope that she is worth this | Yes |
| 26 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/14/2019 3:06:46 AM(UTC+0) | | Unknown | And your not... Ever | Yes |
| 27 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/14/2019 3:06:28 AM(UTC+0) | | Unknown | I thought f for sure that every moment that you weren't with the boys, that u would be with me, no matter where, but as I look around, every single time, I'm alone | Yes |
| 28 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/14/2019 2:53:08 AM(UTC+0) | | Unknown | You'll never find me, but you'll know when they do bc they call u I'm sure they will when they find me.... | Yes |
| 29 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/14/2019 2:51:08 AM(UTC+0) | | Unknown | It was always that way... Your time was so u ever wanted... Your time and touch, and that was just not what u could give me.  ..too busy promising everyone else.... My life is not fair and I welcome death....invite it matter of fact | Yes |
| 30 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/14/2019 2:49:16 AM(UTC+0) | | Unknown | Fuck u and the whore your with, why do they all get you, when I'm the one that deserves u | Yes |
| 31 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/14/2019 2:48:35 AM(UTC+0) | | Unknown | It's like the pain that you beg for death instead | Yes |

| # | | | | | | | |
|---|---|---|---|---|---|---|---|
| 32 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/14/2019 2:47:55 AM(UTC+0) | | Unknown | I will never god damn speak to u again Daniel, fucking keep it, I can't stand myself...all day I've worked up the courage to all the man that was supposed to love me, for my things.... Things that I bought, or that he bought for me to use and need for everyday life, and I cry thinking about it... And u hang up on me out...8ve never done u wrong and this is what I get... Why can't u just f give it to me and be done! You are torturint me | Yes |
| 33 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/14/2019 2:43:12 AM(UTC+0) | | Unknown | I call u crying and that's what u do | Yes |
| 34 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/14/2019 2:35:16 AM(UTC+0) | | Unknown | I was your friend when you had no other | Yes |
| 35 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/14/2019 2:34:13 AM(UTC+0) | | Unknown | I'm sorry that I have put such a strain on you for so long, I never wanted to... I'm sorry for me as well | Yes |
| 36 | Inbox | From +16065957333 Daniel* Direction: Incoming | 3/14/2019 2:20:46 AM(UTC+0) | | Unknown | Dangerous for me dont let em twist it up on you | Yes |
| 37 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/14/2019 2:08:37 AM(UTC+0) | | Unknown | That I'm so dangerous | Yes |
| 38 | Inbox | From +16065957333 Daniel* Direction: Incoming | 3/14/2019 1:50:22 AM(UTC+0) | | Unknown | Sorry for what | Yes |
| 39 | Inbox | From +16065957333 Daniel* Direction: Incoming | 3/14/2019 1:50:01 AM(UTC+0) | | Unknown | I hurt just as bad as you do it's easy not to text or to answer calls when my phone is laid out of servixe | Yes |
| 40 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/14/2019 1:50:01 AM(UTC+0) | | Unknown | I'm so sorry Daniel | Yes |
| 41 | Inbox | From +16065957333 Daniel* Direction: Incoming | 3/14/2019 1:49:28 AM(UTC+0) | | Unknown | Your very dangerous for me. Very very dangerous. | Yes |
| 42 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/14/2019 1:47:42 AM(UTC+0) | | Unknown | And u could care less, it hurts so bad | Yes |
| 43 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/14/2019 1:46:07 AM(UTC+0) | | Unknown | Only 1 person has said that to me about now you, well I'm sorry that I am dangerous for u to be around, I be don't want that, you have hurt me to my soul and I literally feel like I'm Dyijg every second of every day | Yes |
| 44 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/14/2019 1:44:29 AM(UTC+0) | | Unknown | say what u want, you were busy, so i was unimportant, plus I'm dangerous so u say.... | Yes |
| 45 | Inbox | From +16065957333 Daniel* Direction: Incoming | 3/14/2019 1:43:14 AM(UTC+0) | | Unknown | I've gotten one missed call. That is it | Yes |
| 46 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/14/2019 1:42:42 AM(UTC+0) | | Unknown | I have all day Daniel and you know it | Yes |
| 47 | Inbox | From +16065957333 Daniel* Direction: Incoming | 3/14/2019 1:42:14 AM(UTC+0) | | Unknown | This phone tag is pissing me off u call me when u want to talk | Yes |
| 48 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/14/2019 1:37:48 AM(UTC+0) | | Unknown | What do u mean Daniel | Yes |

| # | Folder | Party | Timestamp | | Party | Message | Read |
|---|---|---|---|---|---|---|---|
| 49 | Inbox | From +16065957333 Daniel* Direction: Incoming | 3/14/2019 1:29:47 AM(UTC+0) | | Unknown | 24. I'm not fucking agguand | Yes |
| 50 | Inbox | From +16065957333 Daniel* Direction: Incoming | 3/14/2019 1:16:38 AM(UTC+0) | | Unknown | No u didnt it rang 30 times | Yes |
| 51 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/14/2019 1:02:01 AM(UTC+0) | | Unknown | Fuck it | Yes |
| 52 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/14/2019 1:01:16 AM(UTC+0) | | Unknown | And I called back | Yes |
| 53 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/14/2019 1:01:08 AM(UTC+0) | | Unknown | Whatever | Yes |
| 54 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/14/2019 12:54:49 AM(UTC+0) | | Unknown | I answered Daniel | Yes |
| 55 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/14/2019 12:53:16 AM(UTC+0) | | Unknown | I answered | Yes |
| 56 | Inbox | From +16065957333 Daniel* Direction: Incoming | 3/14/2019 12:53:02 AM(UTC+0) | | Unknown | I will not ever call u back I never get an answer | Yes |
| 57 | Inbox | From +16065957333 Daniel* Direction: Incoming | 3/14/2019 12:36:08 AM(UTC+0) | | Unknown | Your words not mine | Yes |
| 58 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/14/2019 12:09:38 AM(UTC+0) | | Unknown | Take care buddy | Yes |
| 59 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/14/2019 12:08:43 AM(UTC+0) | | Unknown | Ok Daniel | Yes |
| 60 | Inbox | From +16065957333 Daniel* Direction: Incoming | 3/14/2019 12:07:22 AM(UTC+0) | | Unknown | I'm a pos and I would hate to ruin your reputation. By associating with me | Yes |
| 61 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/13/2019 11:44:58 PM(UTC+0) | | Unknown | Problem | Yes |
| 62 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/13/2019 11:44:50 PM(UTC+0) | | Unknown | WTF IS YOUR GODDAMN | Yes |
| 63 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/13/2019 11:44:31 PM(UTC+0) | | Unknown | STOP FUCKING IGNORING MEEEEEE | Yes |
| 64 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/13/2019 11:33:19 PM(UTC+0) | | Unknown | Actually, take me, not go with | Yes |
| 65 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/13/2019 11:33:03 PM(UTC+0) | | Unknown | Daniel, will u please go with me to collect some of my money please | Yes |
| 66 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/13/2019 10:26:25 PM(UTC+0) | | Unknown | I HATE U!!!! | Yes |

| # | Type | To/From | Date/Time | | Party | Message | |
|---|---|---|---|---|---|---|---|
| 67 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/13/2019 10:04:08 PM(UTC+0) | | Unknown | Thank you for ever texting me back, all I ever have to do is look at my messages to see the empty left side and it immediately reminds me of the reality you are, instead of the image I possess in my mind | Yes |
| 68 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/13/2019 10:02:28 PM(UTC+0) | | Unknown | It's pretty heavy stuff if ya wanna know the truth, and finding out that it wasnt ever that for u makes me sad also, luckily enough for me, it just means that I've destroyed one less life, I'll take that I suppose.... | Yes |
| 69 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/13/2019 9:58:47 PM(UTC+0) | | Unknown | Only a month ago, I dreamed of you and I raising our daughter, happy ever after type shit, and to me it was real and I would have done anything to protect it.... Now it by will never be more than only a dream that I don't even think u really ever knew | Yes |
| 70 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/13/2019 9:52:26 PM(UTC+0) | | Unknown | I've gotta call my mom, that's where I shoulda been this whole time, the only real love I've ever known besides my daddy | Yes |
| 71 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/13/2019 9:47:34 PM(UTC+0) | | Unknown | Nothing does, u know that, I've just been in denial..... | Yes |
| 72 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/13/2019 9:46:24 PM(UTC+0) | | Unknown | I just didn't want to go like this, but it really doesn't matter anyways | Yes |
| 73 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/13/2019 9:44:47 PM(UTC+0) | | Unknown | Daniel what are u talking about fucking with you¿ I've never ducked around with u about the law, but yeah I'm ok rn, I only thought u should know | Yes |
| 74 | Inbox | From +16065957333 Daniel* Direction: Incoming | 3/13/2019 9:42:26 PM(UTC+0) | | Unknown | Really | Yes |
| 75 | Inbox | From +16065957333 Daniel* Direction: Incoming | 3/13/2019 9:42:22 PM(UTC+0) | | Unknown | I swear to God if your fuckin with me again. | Yes |
| 76 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/13/2019 8:36:12 PM(UTC+0) | | Unknown | , I love you buddy I'm going to jail | Yes |
| 77 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/13/2019 8:25:58 PM(UTC+0) | | Unknown | You always were gone Daniel lucky me I got used it | Yes |
| 78 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/13/2019 8:05:58 PM(UTC+0) | | Unknown | Nice one Tabitha | Yes |
| 79 | Inbox | From +16065957333 Daniel* Direction: Incoming | 3/13/2019 8:04:55 PM(UTC+0) | | Unknown | I'm changing my number I have tried to be there for you through all this truth is you ain't running from nothinthey are watching you a d gonna hit everyone at best maybe your other boys can save u I doubt it but who really needs saving. This is my last message I'll not even message u again. Remember when u need me I'm gone. | Yes |
| 80 | Inbox | From +16065957333 Daniel* Direction: Incoming | 3/13/2019 7:18:34 PM(UTC+0) | | Unknown | I'll kill u whore | Yes |
| 81 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/13/2019 7:10:43 PM(UTC+0) | | Unknown | Good point | Yes |
| 82 | Inbox | From +16065957333 Daniel* Direction: Incoming | 3/13/2019 7:09:37 PM(UTC+0) | | Unknown | Suck my dick I have no reason. To look at phone while y08r fucking van or country, nathan or daven or just everyone. The last thing I want to do is hurt hu ou more and never would I fuck jenn ur nasty. | Yes |
| 83 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/13/2019 6:38:42 PM(UTC+0) | | Unknown | Ahh I'll pass, keep ur STDs and your bullshit too....I don't know what I thought I was missing.... It fades daily though, especially as the smoke clears and I see what everyone else does.... | Yes |
| 84 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/13/2019 6:36:44 PM(UTC+0) | | Unknown | That what u want Daniel? Me to be like them..... | Yes |

NANTZ_002482

5

| # | | To | Date/Time | | | Message | |
|---|---|---|---|---|---|---|---|
| 85 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/13/2019 6:36:26 PM(UTC+0) | | Unknown | She's not nearly nasty enough... | Yes |
| 86 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/13/2019 6:35:46 PM(UTC+0) | | Unknown | If I was Jen u would answer.....a few county cops looking for her to see if she's ok and you run to her rescue.... Fuck the girl that used to love me more than life | Yes |
| 87 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/13/2019 6:28:33 PM(UTC+0) | | Unknown | This is why I hate u | Yes |
| 88 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/13/2019 6:21:36 PM(UTC+0) | | Unknown | Or try to anyhow | Yes |
| 89 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/13/2019 6:21:25 PM(UTC+0) | | Unknown | Gd I'll tty when I get out the shower | Yes |
| 90 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/13/2019 6:17:58 PM(UTC+0) | | Unknown | But I've slept all night | Yes |
| 91 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/13/2019 6:17:46 PM(UTC+0) | | Unknown | I think I'm tripping | Yes |
| 92 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/13/2019 6:17:41 PM(UTC+0) | | Unknown | Gd | Yes |
| 93 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/13/2019 6:17:17 PM(UTC+0) | | Unknown | Hello | Yes |
| 94 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/13/2019 6:13:05 PM(UTC+0) | | Unknown | This my new one | Yes |
| 95 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/13/2019 5:57:16 PM(UTC+0) | | Unknown | Well, I'm changing my number again, so I guess I'll see u around | Yes |
| 96 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/13/2019 5:53:12 PM(UTC+0) | | Sent | I guess u have me blocked | Yes |
| 97 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/13/2019 5:43:40 PM(UTC+0) | | Sent | I just now realized what you meant last night .. My bad... | Yes |
| 98 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/13/2019 5:42:25 PM(UTC+0) | | Sent | Never mind | Yes |
| 99 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/13/2019 5:41:45 PM(UTC+0) | | Sent | Hey never mind | Yes |
| 100 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/13/2019 5:05:22 PM(UTC+0) | | Sent | Something's wrong | Yes |
| 101 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/13/2019 5:05:13 PM(UTC+0) | | Sent | Daniel come get me | Yes |
| 102 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/13/2019 4:27:45 PM(UTC+0) | | Sent | And of course, your too good or busy to msg me back .. | Yes |

NANTZ_002483

| 103 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/13/2019 4:21:43 PM(UTC+0) | | Sent | Woke up thinking of u | Yes |
|---|---|---|---|---|---|---|---|
| 104 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/13/2019 7:38:44 AM(UTC+0) | | Sent | I just wanted to be the first one to tell you... I'm going out of town tomorrow until it cools off...I fully intend on raising my baby girl and VB I'll make sure I do | Yes |
| 105 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/13/2019 5:03:59 AM(UTC+0) | | Sent | Alright, well I'm Earth u | Yes |
| 106 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/13/2019 4:47:57 AM(UTC+0) | | Sent | U gonna be awhile? | Yes |
| 107 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/13/2019 4:40:46 AM(UTC+0) | | Sent | I'm hone | Yes |
| 108 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/13/2019 3:13:41 AM(UTC+0) | | Sent | Daniel | Yes |
| 109 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/13/2019 3:01:02 AM(UTC+0) | | Sent | Hey | Yes |
| 110 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/12/2019 10:47:30 PM(UTC+0) | | Sent | Nevermind | Yes |
| 111 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/12/2019 9:52:30 PM(UTC+0) | | Sent | Can u call me please | Yes |
| 112 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/12/2019 9:26:25 PM(UTC+0) | | Sent | Daniel | Yes |
| 113 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/12/2019 8:55:47 PM(UTC+0) | | Sent | Wyd | Yes |
| 114 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/12/2019 8:45:40 PM(UTC+0) | | Sent | That's so true | Yes |
| 115 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/12/2019 8:12:20 PM(UTC+0) | | Sent | Are u gonna tell me what u tried to send me... Or at least send it again | Yes |
| 116 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/12/2019 7:43:19 PM(UTC+0) | | Sent | What is it | Yes |
| 117 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/12/2019 4:27:05 PM(UTC+0) | | Sent | Please | Yes |
| 118 | Sent | To +16065957333 Daniel* Direction: Outgoing | 3/12/2019 4:27:02 PM(UTC+0) | | Sent | I need a favor | Yes |

NANTZ_002484