



My love,

I am so scared Daniel, I, for the 1st time in my life, am absolutely terrified. I have no idea what to do & my mind can't function b/c I'm in shock. I don't know how long they'll hunt for me, but I'm so dedicated to staying free that I'll do whatever. I know that you got me, and its gonna be tough but we'll get through this, Amelia will be here before long & I'm not sure how we're gonna deal with that, but we will.



**Daniell Scott,**     Wed, March 6, 2019

To begin with... I love you more than even I thought possible. I have loved you since the day you met me. & that's the truth. This prison time w/ turn out to be good. I'll make sure of it. This will be what changes my life. It has already really, but I mean forever, not just here & Now. I've already told you that I will do anything & everything that I can to come home to you & Amelia as fast as possible.